**Fill in this information to identify the case:**

Debtor Name _UBS Associates LLC_

United States Bankruptcy Court for the: _____ District of _____

Case number: _26-10564_

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _March 1st – March 31st_    Date report filed: _4/10/26_
MM / DD / YYYY

Line of business: _____    NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Jonathan R Billiard_

Original signature of responsible party: _[signature]_

Printed name of responsible party: _Jonathan R Billiard_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☒ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  UBS Associates LLC

Case number  26-10564

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 17,913.77

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 156,311.18

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 146,408.48

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 9,902.70

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 27,816.47

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ NONE

     *(Exhibit E)*

**Exhibit C**

List of Deposit

| | | |
|---|---|---|
| 3/2 | Deposit | 12,329.25 |
| 3/2 | Deposit | 35,540.63 |
| 3/2 | Deposit | 11,700.00 |
| 3/12 | Deposit | 10,000.00 |
| 3/13 | Deposit | 9,915.44 |
| 3/19 | Deposit | 15,000.00 |
| 3/20 | Deposit | 14,528.36 |
| 3/25 | Deposit | 9,800.00 |
| 3/26 | Deposit | 15,000.00 |
| 3/27 | Deposit | 18,498.67 |
| 3/30 | Deposit | 98.83 |
| Total | $ | 152,411.18 |

**Exhibit F**

| | |
|---|---|
| Madison | 7,379.25 |
| Smith | 10,921.00 |
| Adbullah | 18,000.00 |
| Modesto | 2,500 |
| Ruggiero | 38,000 |
| HART | 5,800.00 |
| Harkins | 480.00 |
| | $ 83,080.25 |

Debtor Name _UBS Associates LLC_    Case number _26-10564_

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables

    (Exhibit F)

$ _85,080.25_

## 5. Employees

26. What was the number of employees when the case was filed?    _NONE_

27. What is the number of employees as of the date of this monthly report?    _NONE_

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _NONE_

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _NONE_

30. How much have you paid this month in other professional fees?    $ _NONE_

31. How much have you paid in total other professional fees since filing the case?    $ _NONE_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | $ _165,083.00_ | − | $ _156,311.18_ | = | $ _8,771.82_ |
| 33. Cash disbursements | $ _152,523.78_ | − | $ _146,408.48_ | = | $ _6,115.30_ |
| 34. Net cash flow | $ _12,559.22_ | − | $ _9,902.70_ | = | $ _2,656.52_ |

35. Total projected cash receipts for the next month:    $ _165,083.00_

36. Total projected cash disbursements for the next month:    − $ _152,523.78_

37. Total projected net cash flow for the next month.    = $ _12,559.22_

Debtor Name  _UBS Associatus LLL_          Case number _26-10564_

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☒ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☒ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

Exhibit D

### DETAIL TRANSACTIONS BY DATE

| Date | Description | | | Amount | Balance |
|------|-------------|---|---|--------|---------|
| 3/02 | Deposit | | | 12,329.26 | 30,243.02 |
| 3/02 | Check | 13207 | Payroll | 256.00- | 29,987.02 |
| 3/02 | Check | 13205 | Payroll | 768.00- | 29,219.02 |
| 3/02 | Check | 13206 | Payroll | 1,000.00- | 28,219.02 |
| 3/02 | Check | 13023 | Payroll | 1,200.00- | 27,019.02 |
| 3/02 | Check | 13024 | Payroll | 1,665.00- | 25,354.02 |
| 3/02 | CPC-CLIENT STATE FARM RO 27 | | Insurance | 67.76- | 25,286.26 |
| | CCD | | | | |
| 3/02 | PAYMENT | CITI AUTOPAY | Business CARD | 490.34- | 24,795.92 |
| | WEB | 251947431750537 | | | |
| 3/02 | Loan Pymt | LAFAYETTE FCU | Loan | 526.94- | 24,268.98 |
| | PPO | Millard,Connie | | | |
| 3/02 | GMF Pymt | Financial | Business CARD | 530.00- | 23,738.98 |
| | WEB | 1099862682 | | | |
| 3/02 | E-PAYMENT | SCOVER | Business CARD | 1,000.00- | 22,738.98 |
| | WEB | | | | |
| 3/02 | E-PAYMENT | SCOVER | Business CARD | 1,000.00- | 21,738.98 |
| | WEB | | | | |
| 3/02 | INSURANCE | IEGAL INS GRP | Trent Insurance | 2,652.60- | 19,086.38 |
| | WEB | 254 | | | |
| 3/03 | Check | 13020 | Trailer Tags | 48.00- | 19,038.38 |

11,204.64

## DETAIL TRANSACTIONS BY DATE

| Date | Description | | Amount | Balance |
|------|-------------|--|--------|---------|
| 3/03 | Check | 13180 Trailer Ins | 48.00- | 18,990.38 |
| 3/03 | Check | 13064 Payroll | 145.00- | 18,845.38 |
| 3/03 | Check | 13265 Sub contractor | 375.00- | 18,470.38 |
| 3/03 | Check | 13146 Napa Auto | 708.04- | 17,762.34 |
| 3/03 | Check | 13200 Payroll | 768.00- | 16,994.34 |
| 3/03 | Check | 13165 Payroll | 928.00- | 16,066.34 |
| 3/03 | Check | 13262 Payroll | 1,661.00- | 14,405.34 |
| 3/03 | Check | 13300 Prestige Graphic | 2,000.00- | 12,405.34 |
| 3/03 | MOBILE PAY  MERRICK BANK Business Card | | 68.00- | 12,337.34 |
| | WEB    260610496290434 | | | |
| 3/03 | GMF Pymt    GM Financial Truck Payment | | 551.00- | 11,786.34 |
| | WEB    00211083862607 | | | |
| 3/03 | Ext Trnsfr JPMorgan Chase Home mortgage | | 2,607.68- | 9,178.66 |
| | CCD | | | |
| 3/05 | FDMS PYMT  FDMS  Business checks | | 50.86- | 9,127.80 |
| | CCD | | | |
| 3/05 | CRCARDPMT  CAPITAL ONE Business Card | | 200.00- | 8,927.80 |
| | CCD | | | |
| 3/06 | Deposit | | + 11,700.00 | 20,627.80 |
| 3/06 | Deposit | | 35,540.63 | 56,168.43 |
| 3/06 | Check | 13269 Payroll | 150.00- | 56,018.43 |
| 3/06 | Check | 13304 Dumpster Cost | 583.00- | 55,435.43 |
| 3/06 | Check | 13218 Payroll | 650.00- | 54,785.43 |
| 3/06 | Check | 10010 Payroll | 1,000.00- | 53,785.43 |
| 3/06 | Check | 13217 Payroll | 1,080.00- | 52,705.43 |
| 3/06 | Check | 13211 Payroll | 1,300.00- | 51,405.43 |
| 3/06 | Check | 13276 Payroll | 1,800.00- | 49,605.43 |
| 3/06 | Check | 13210 Payroll | 2,200.00- | 47,405.43 |
| 3/06 | Loan Pymt  LAFAYETTE FCU  Loan | | 112.00- | 47,293.43 |
| | PPD    Billlard,Connie | | | |
| 3/06 | ERIEXPSPAY ERIE INS GROUP  Insurance | | 199.25- | 47,094.18 |
| | PPD    Jonathan R Billlard | | | |
| 3/06 | ONLINEPYMT  MERRICK BANK  Business Card | | 250.00- | 46,844.18 |
| | WEB    260640496707647 | | | |
| 3/06 | AUTO PAY    COMN CAP APY F1 Lease | | 354.00- | 46,490.18 |
| | WEB    P26064029766540 | | | |
| 3/06 | CRCARDPMT  CAPITAL ONE  Business Card | | 400.00- | 46,090.18 |
| | CCD | | | |
| 3/06 | GMF Pymt    GM Financial Truck Loan | | 600.00- | 45,490.18 |
| | WEB    00211084264301 | | | |
| 3/09 | Check | 13268 Payroll | 150.00- | 45,340.18 |
| 3/09 | Check | 13221 Elton | 180.00- | 45,160.18 |
| 3/09 | Check | 13189 Best tire | 292.56- | 44,867.62 |
| 3/09 | Check | 13220 Gutter | 373.45- | 44,494.17 |
| 3/09 | Check | 13215 Payroll | 1,000.00- | 43,494.17 |

22,784.80

## DETAIL TRANSACTIONS BY DATE

| Date | Description | | | Amount | Balance |
|---|---|---|---|---|---|
| 3/09 | Check | 13212 | *Payroll* | 1,200.00- | 42,294.17 |
| 3/09 | Check | 13213 | *Payroll* | 1,480.00- | 40,814.17 |
| 3/09 | Check | 13302 | *Payroll* | 1,895.23- | 38,918.94 |
| 3/09 | CRCARDPMT CAPITAL ONE CCO | | *CARP* | 25.00- | 38,893.94 |
| 3/09 | CREDITCARD BARCLAYCARD US WEB 1386989466 | | *Business CARD* | 229.17- | 38,664.77 |
| 3/09 | PAYMENT SYNCHRONY BANK WEB 609769010010655 | | *Business CARD* | 350.00- | 38,314.77 |
| 3/09 | GMF Pymt GM Financial WEB 00211054326172 | | *Truck Loan* | 465.00- | 37,849.77 |
| 3/09 | PAYMENT CITI AUTOPAY WEB 251953478880333 | | *Business Card* | 490.35- | 37,359.42 |
| 3/09 | Loan Pymt LAFAYETTE FCU PPD Billiard,Connie | | *Loan* | 526.94- | 36,832.48 |
| 3/09 | GMF Pymt GM Financial WEB 00211099882682 | | *Truck Loan* | 530.00- | 36,302.48 |
| 3/09 | GMF Pymt GM Financial WEB 00211054326172 | | *Truck Loan* | 551.00- | 35,751.48 |
| 3/09 | GMF Pymt GM Financial WEB 00211083882607 | | *Truck Loan* | 551.00- | 35,200.48 |
| 3/09 | CNTRCT PMT Equip Financing CCO | | *Business equip* | 689.40- | 34,511.08 |
| 3/09 | CNTRCT PMT Equip Financing CCO | | *Business equip* | 954.05- | 33,557.03 |
| 3/09 | PURCHASE HOME DEPOT USA I WEB 926030600052050 | | *Supply* | 4,746.01- | 28,811.02 |
| 3/10 | Check | 13305 | *Checks* | 50.00- | 28,761.02 |
| 3/10 | Check | 13216 | *Payroll* | 832.00- | 27,929.02 |
| 3/10 | Check | 13264 | *Payroll* | 960.00- | 26,969.02 |
| 3/10 | Check | 13214 | *Payroll* | 1,248.00- | 25,721.02 |
| 3/10 | MERCH FEES TSYS/TRANSFIRST CCO | | *Bank Charge* | 36.95- | 25,684.07 |
| 3/10 | PAYMENT ONEPAY WALMART WEB 609767100038814 | | *CARD* | 200.00- | 25,484.07 |
| 3/10 | ONLINEPYMT MERRICK BANK WEB 280860501037311 | | *CARD* | 250.00- | 25,234.07 |
| 3/10 | E-PAYMENT DISCOVER WEB 8330 | | *Business Card* | 1,000.00- | 24,234.07 |
| 3/11 | Check | 13309 | | 150.00- | 24,084.07 |
| 3/11 | PAYMENT SAMS CLUB WEB 521333143854299 | | *CARD* | 100.00- | 23,984.07 |
| 3/11 | INSURANCE DONEGAL INS GRP WEB 3995800 | | *Business Ins.* | 840.75- | 23,143.32 |
| 3/12 | Deposit | | | 10,000.00 | 33,143.32 |

*20,350.85*

## DETAIL TRANSACTIONS BY DATE

| Date | Description | | | Amount | Balance |
|------|-------------|--|--|--------|---------|
| 3/12 | Check | 13219 | *Payroll* | 650.00- | 32,493.32 |
| 3/12 | Check | 13319 | *Payroll, check string* | 1,500.00- | 30,993.32 |
| 3/12 | Loan Pymt | LAFAYETTE FCU | | 50.00- | 30,943.32 |
|      | PPD | Billlard,Connie | | | |
| 3/13 | PAYMENTS | WESTERN LEHIGH | *Deposit* | 9,915.44 | 40,858.76 |
|      | CCD | | | | |
|      | NTE*INV# 1499, 1502\ | | | | |
| 3/13 | Check | 10011 | *Payroll* | 1,000.00- | 39,858.76 |
| 3/13 | Check | 13334 | *Payroll* | 1,080.00- | 38,778.76 |
| 3/13 | Check | 13311 | *Payroll* | 1,280.00- | 37,498.76 |
| 3/13 | Check | 13328 | *Payroll* | 1,300.00- | 36,198.76 |
| 3/13 | Check | 13327 | *Payroll* | 2,200.00- | 33,998.76 |
| 3/13 | Loan Pymt | LAFAYETTE FCU | *loan* | 265.00- | 33,733.76 |
|      | PPD | Billlard,Connie | | | |
| 3/13 | WEB PAY | PAYOREXPRESSCC1 | *CARD* | 400.00- | 33,333.76 |
|      | CCD | | | | |
| 3/13 | E-PAYMENT | DISCOVER | *Business CARD* | 1,500.00- | 31,833.76 |
|      | WEB | 8330 | | | |
| 3/16 | Check | 13307 | *Payroll* | 1,000.00- | 30,833.76 |
| 3/16 | Check | 13332 | *Payroll* | 1,000.00- | 29,833.76 |
| 3/16 | Check | 13333 | *Payroll* | 1,024.00- | 28,809.76 |
| 3/16 | Check | 13329 | *Payroll* | 1,200.00- | 27,609.76 |
| 3/16 | Check | 13330 | *Payroll* | 1,480.00- | 26,129.76 |
| 3/16 | CRCARDPMT | CAPITAL ONE | *Business CARD* | 150.00- | 25,979.76 |
|      | CCD | | | | |
| 3/16 | PAYMENT | SYNCHRONY BANK | *CARD* | 150.00- | 25,829.76 |
|      | WEB | 601918391912956 | | | |
| 3/16 | PAYMENT | SYNCHRONY BANK | *CARD* | 400.00- | 25,429.76 |
|      | WEB | 524306400526092 | | | |
| 3/16 | 8005435636 | HONDA PMT | *Truck Loan* | 459.82- | 24,969.94 |
|      | PPD | UBS ASSOCIATES | | | |
| 3/16 | debitpmt | Capital Blue Cro | *Health Ins-* | 781.07- | 24,188.87 |
|      | WEB | #579937949 | | | |
| 3/16 | EBPP PMT | HUNTINGTON NATIO | *Equip. Loan* | 991.68- | 23,197.19 |
|      | CCD | | | | |
| 3/17 | Check | 13267 | *sub Payroll* | 850.00- | 22,347.19 |
| 3/17 | Check | 13331 | *Business CARD* | 960.00- | 21,387.19 |
| 3/17 | Check | 13310 | | 1,400.00- | 19,987.19 |
| 3/17 | Check | 13277 | *Prestil Gob* | 2,000.00- | 17,987.19 |
| 3/17 | CRCARDPMT | CAPITAL ONE | *Business CARD* | 250.00- | 17,737.19 |
|      | CCD | | | | |
| 3/17 | AUTO PAY | COMN CAP APY F1 | *Inspection* | 340.00- | 17,397.19 |
|      | WEB | P26073032970960 | | | |
| 3/17 | PURCHASE | HOME DEPOT USA I | *Supply* | 5,512.82- | 11,884.37 |
|      | WEB | 926031600054698 | | | |

*31,154.39*

## DETAIL TRANSACTIONS BY DATE

| Date | Description | | | Amount | Balance |
|------|-------------|---|---|--------|---------|
| 3/18 | Check | 13369 | *turn* | 1,000.00- | 10,884.37 |
| 3/19 | Deposit | | | 15,000.00 | 25,884.37 |
| 3/19 | Check | 13350 | *Payroll* | 1,000.00- | 24,884.37 |
| 3/19 | E-PAYMENT DISCOVER | *Business CARD* | | 350.00- | 24,534.37 |
| | WEB 8330 | | | | |
| 3/19 | INSURANCE DONEGAL INS GRP | *Business Ins.* | | 2,706.00- | 21,828.37 |
| | WEB 6749436 | | | | |
| 3/20 | PAYMENTS WESTERN LEHIGH | *Deposit* | | 14,528.36 | 36,356.73 |
| | CCD | | | | |
| | NTE*INV#'S 1503, 1493, 1495\ | | | | |
| 3/20 | Check | 10012 | *Payroll* | 1,000.00- | 35,356.73 |
| 3/20 | Check | 13343 | *Payroll* | 1,080.00- | 34,276.73 |
| 3/20 | Check | 13337 | *Payroll* | 1,300.00- | 32,976.73 |
| 3/20 | Check | 13336 | *Payroll* | 2,200.00- | 30,776.73 |
| 3/20 | Loan Pymt LAFAYETTE FCU | *Loan* | | 112.00- | 30,664.73 |
| | PPD Billiard,Connie | | | | |
| 3/20 | FDC PAYMEN T-MOBILE | *Business Phone* | | 450.00- | 30,214.73 |
| | TEL | | | | |
| 3/20 | EBPP PMT HUNTINGTON NATIO | *Equip Loan* | | 1,138.00- | 29,076.73 |
| | CCD | | | | |
| 3/23 | Check | 13312 | *Business supply* | 164.40- | 28,912.33 |
| 3/23 | Check | 13303 | *Bass Pent* | 263.33- | 28,649.00 |
| 3/23 | Check | 13344 | *Payroll* | 650.00- | 27,999.00 |
| 3/23 | Check | 13335 | *Payroll* | 932.52- | 27,066.48 |
| 3/23 | Check | 13341 | *Payroll* | 1,037.50- | 26,028.98 |
| 3/23 | Check | 13338 | *Payroll* | 1,215.00- | 24,813.98 |
| 3/23 | Check | 13342 | *Payroll* | 1,280.00- | 23,533.98 |
| 3/23 | Check | 13339 | *Payroll* | 1,535.50- | 21,998.48 |
| 3/23 | ONLINE PMT TRACTOR SUPPLY | *Business Supply* | | 250.00- | 21,748.48 |
| | WEB 621961966904294 | | | | |
| 3/23 | WEB PAY PAYOREXPRESSCC1 | | | 400.00- | 21,348.48 |
| | CCD | | | | |
| 3/24 | Check | 13340 | *Payroll* | 1,008.00- | 20,340.48 |
| 3/24 | Check | 13278 | *Payroll* | 1,280.00- | 19,060.48 |
| 3/24 | Check | 13315 | *Sub* | 1,543.00- | 17,517.48 |
| 3/24 | Check | 13316 | *Supply* | 2,141.15- | 15,376.33 |
| 3/24 | PURCHASE HOME DEPOT USA I | *Supply* | | 5,479.55- | 9,896.78 |
| | WEB 926032300056476 | | | | |
| 3/25 | Deposit | | *Deposit* | 9,800.00 | 19,696.78 |
| 3/25 | Check | 13225 | *Trailer Ins.* | 15.00- | 19,681.78 |
| 3/25 | Check | 13098 | *Truck Tags* | 423.00- | 19,258.78 |
| 3/25 | E-PAYMENT DISCOVER | *Business CARD* | | 150.00- | 19,108.78 |
| | WEB 7715 | | | | |
| 3/25 | AUTO PYMT MACYS | | | 250.00- | 18,858.78 |
| | WEB 721944793140717 | *CARD* | | | |

*32,353.45*

## DETAIL TRANSACTIONS BY DATE

| Date | Description | Amount | Balance |
|---|---|---|---|
| 3/25 | EBPP PMT   HUNTINGTON NATIO *Equip Loan* CCD | 641.35- | 18,217.43 |
| 3/26 | OnlineBanking transfer   Funds *Ins. check* Transfer via Mobile | 3,000.00 | 21,217.43 |
| 3/26 | Deposit | 15,000.00 | 36,217.43 |
| 3/26 | SYF PAYMNT   Lowes   *Supply* WEB   798192739454244 | 150.00- | 36,067.43 |
| 3/26 | ONLINE PMT   TRACTOR SUPPLY *Supply* WEB   631965424750557 | 150.00- | 35,917.43 |
| 3/26 | E-PAYMENT   DISCOVER   *Business CARD* WEB   8330 | 2,500.00- | 33,417.43 |
| 3/27 | PAYMENTS   WESTERN LEHIGH CCD NTE°INV#'S 1497, 1499, 1505, 1 498, 1504\ | 18,498.67 | 51,916.10 |
| 3/27 | Check          13357 *Dumpster cost* | 300.00- | 51,616.10 |
| 3/27 | Check          13235 *Payroll* | 650.00- | 50,966.10 |
| 3/27 | Check          13318 *Payroll* | 699.00- | 50,267.10 |
| 3/27 | Check          10013 *Payroll* | 1,000.00- | 49,267.10 |
| 3/27 | Check          13234 *Payroll* | 1,080.00- | 48,187.10 |
| 3/27 | Check          13228 *Payroll* | 1,300.00- | 46,887.10 |
| 3/27 | Check          13317 *Payroll* | 1,400.00- | 45,487.10 |
| 3/27 | Check          13227 *Payroll* | 2,200.00- | 43,287.10 |
| 3/27 | Check          13351 *Car Ins. claim* | 3,665.32- | 39,621.78 |
| 3/27 | Loan Pymt   LAFAYETTE FCU   *Loan* PPD   Billiard,Connie | 265.00- | 39,356.78 |
| 3/27 | PCS SVC        T-MOBILE   *Business Phone* WEB   9480892 | 463.91- | 38,892.87 |
| 3/30 | Deposit | 98.83 | 38,991.70 |
| 3/30 | Check          13354 *Payroll* | 150.00- | 38,841.70 |
| 3/30 | Check          1308 *Equip. loan* | 236.93- | 38,604.77 |
| 3/30 | Check          13313 *electric* | 240.12- | 38,364.65 |
| 3/30 | Check          13353 *Jodi Class $ib* | 500.00- | 37,864.65 |
| 3/30 | Check          13314 *Electric* | 565.25- | 37,299.40 |
| 3/30 | Check          13231 *Payroll $ub* | 768.00- | 36,531.40 |
| 3/30 | Check          13232 *Payroll* | 1,025.00- | 35,506.40 |
| 3/30 | Check          13229 *Payroll* | 1,200.00- | 34,306.40 |
| 3/30 | Check          13233 *Payroll* | 1,296.00- | 33,010.40 |
| 3/30 | Check          13230 *Payroll* | 1,517.00- | 31,493.40 |
| 3/30 | CPC-CLIENT STATE FARM RO 27 *Insurance* CCD | 67.76- | 31,425.64 |
| 3/30 | CREDITCARD   BARCLAYCARD US *Business CARD* WEB   1394705421 | 123.24- | 31,302.40 |
| 3/30 | SYF PAYMNT   Lowes   *Business CARD Supply* WEB   798192739454244 | 400.00- | 30,902.40 |

*27,553.88*

| DETAIL TRANSACTIONS BY DATE | | | |
|---|---|---|---|
| Date | Description | Amount | Balance |
| 3/30 WEB PAY PAYOREXPRESSCC1 *Equip. loan* CCD | | 401.58- | 30,500.82 |
| 3/30 E-PAYMENT DISCOVER *Business CARD* WEB 8330 | | 1,000.00- | 29,500.82 |
| 3/31 CR CD DEP TSYS/TRANSFIRST CCD | | 3,900.00 | 33,400.82 |
| 3/31 E-PAYMENT SERVICE ELECTRIC *office electric* PPD UBS | | 332.21- | 33,068.61 |
| 3/31 PURCHASE HOME DEPOT USA I *Supply* WEB 926033033387721 | | 2,252.14- | 30,816.47 |

## Profit and Loss

### UBS ASSOCIATES LLC.

March 2026

| | TOTAL |
|---|---|
| **Income** | |
| Sales | 154,031.62 |
| **Total for Income** | **$154,031.62** |
| **Gross Profit** | **$154,031.62** |
| **Expenses** | |
| Insurance | 1,621.82 |
| Job Supplies | 37,994.40 |
| Meals & Entertainment | 123.15 |
| Office Supplies & Software | 364.38 |
| Other Business Expenses | 668.31 |
| **Total for Expenses** | **$40,772.06** |
| **Net Operating Income** | **$113,259.56** |
| **Other Expenses** | |
| 2022 - TOOLS | 227.88 |
| JOB SUPPLY | 1,470.47 |
| Lease loans | 236.93 |
| Phones | 913.91 |
| Sub Contractor | 44,442.00 |
| TOOLS - 2026 | 333.70 |
| **Total for Other Expenses** | **$47,624.89** |
| **Net Other Income** | **-$47,624.89** |
| **Net Income** | **$65,634.67** |

Accrual Basis  Friday, April 10, 2020 10:25 PM GMTZ                    1/1



**QNB**
Your Community Bank
PO Box 9005 • Quakertown, PA 18951

**Managing Your Accounts**

| | |
|---|---|
| 📱 Phone Number | (800)-491-9070 |
| 💻 Online Banking | qnbbank.com |

Date: 3/31/2026  Page: 1 of 14
Primary Account: ******3080

5322827

Jonathan R Billiard
DBA UBS Associates LLC
3771 State Rd
Coopersburg PA 18036

---

## CHECKING ACCOUNT

Account Title: Jonathan R Billiard
DBA UBS Associates LLC

| Small Business Checking | | | | 90 |
|---|---|---|---|---|
| ***ACCOUNT NUMBER*** | Acct Ending 3080 | Statement Dates | 3/02/26 thru | 3/31/26 |
| Previous Balance | 17,913.77 | Days this statement period | | 30 |
| 13 Deposits/Credits | 159,311.18 | Average Balance | | 26,679.18 |
| 162 Checks/Debits | 146,408.48 | Average Collected Bal | | 19,880.85 |
| Service Charge | .00 | | | |
| Interest Paid | .00 | | | |
| Ending Balance | 30,816.47 | | | |

---

### DETAIL TRANSACTIONS BY DATE

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 3/02 | Deposit | | 12,329.25 | 30,243.02 |
| 3/02 | Check | 13207 | 256.00- | 29,987.02 |
| 3/02 | Check | 13205 | 768.00- | 29,219.02 |
| 3/02 | Check | 13206 | 1,000.00- | 28,219.02 |
| 3/02 | Check | 13023 | 1,200.00- | 27,019.02 |
| 3/02 | Check | 13024 | 1,665.00- | 25,354.02 |
| 3/02 | CPC-CLIENT STATE FARM RO 27 CCD | | 67.76- | 25,286.26 |
| 3/02 | PAYMENT    CITI AUTOPAY WEB  251947431750537 | | 490.34- | 24,795.92 |
| 3/02 | Loan Pymt  LAFAYETTE FCU PPD  Billiard,Connie | | 526.94- | 24,268.98 |
| 3/02 | GMF Pymt   GM Financial WEB  00211099862682 | | 530.00- | 23,738.98 |
| 3/02 | E-PAYMENT  DISCOVER WEB  8330 | | 1,000.00- | 22,738.98 |
| 3/02 | E-PAYMENT  DISCOVER WEB  8330 | | 1,000.00- | 21,738.98 |
| 3/02 | INSURANCE  DONEGAL INS GRP WEB  0221254 | | 2,652.60- | 19,086.38 |
| 3/03 | Check | 13020 | 48.00- | 19,038.38 |


Member FDIC



Small Business Checking          Acct Ending 3080   (Continued)

**DETAIL TRANSACTIONS BY DATE**

| Date | Description | | Amount | Balance |
|------|-------------|---|--------|---------|
| 3/03 | Check | 13180 | 48.00- | 18,990.38 |
| 3/03 | Check | 13064 | 145.00- | 18,845.38 |
| 3/03 | Check | 13265 | 375.00- | 18,470.38 |
| 3/03 | Check | 13146 | 708.04- | 17,762.34 |
| 3/03 | Check | 13200 | 768.00- | 16,994.34 |
| 3/03 | Check | 13165 | 928.00- | 16,066.34 |
| 3/03 | Check | 13262 | 1,661.00- | 14,405.34 |
| 3/03 | Check | 13300 | 2,000.00- | 12,405.34 |
| 3/03 | MOBILE PAY  MERRICK BANK WEB   260610496290434 | | 68.00- | 12,337.34 |
| 3/03 | GMF Pymt    GM Financial WEB   00211083862607 | | 551.00- | 11,786.34 |
| 3/03 | Ext Trnsfr JPMorgan Chase CCD | | 2,607.68- | 9,178.66 |
| 3/05 | FDMS PYMT   FDMS CCD | | 50.86- | 9,127.80 |
| 3/05 | CRCARDPMT   CAPITAL ONE CCD | | 200.00- | 8,927.80 |
| 3/06 | Deposit | | 11,700.00 | 20,627.80 |
| 3/06 | Deposit | | 35,540.63 | 56,168.43 |
| 3/06 | Check | 13269 | 150.00- | 56,018.43 |
| 3/06 | Check | 13304 | 583.00- | 55,435.43 |
| 3/06 | Check | 13218 | 650.00- | 54,785.43 |
| 3/06 | Check | 10010 | 1,000.00- | 53,785.43 |
| 3/06 | Check | 13217 | 1,080.00- | 52,705.43 |
| 3/06 | Check | 13211 | 1,300.00- | 51,405.43 |
| 3/06 | Check | 13276 | 1,800.00- | 49,605.43 |
| 3/06 | Check | 13210 | 2,200.00- | 47,405.43 |
| 3/06 | Loan Pymt  LAFAYETTE FCU PPD    Billiard,Connie | | 112.00- | 47,293.43 |
| 3/06 | ERIEXPSPAY ERIE INS GROUP PPD    Jonathan R Billiard | | 199.25- | 47,094.18 |
| 3/06 | ONLINEPYMT  MERRICK BANK WEB   260640496707647 | | 250.00- | 46,844.18 |
| 3/06 | AUTO PAY    COMN CAP APY F1 WEB   P26064029766540 | | 354.00- | 46,490.18 |
| 3/06 | CRCARDPMT   CAPITAL ONE CCD | | 400.00- | 46,090.18 |
| 3/06 | GMF Pymt    GM Financial WEB   00211084264301 | | 600.00- | 45,490.18 |
| 3/09 | Check | 13268 | 150.00- | 45,340.18 |
| 3/09 | Check | 13221 | 180.00- | 45,160.18 |
| 3/09 | Check | 13189 | 292.56- | 44,867.62 |
| 3/09 | Check | 13220 | 373.45- | 44,494.17 |
| 3/09 | Check | 13215 | 1,000.00- | 43,494.17 |



Small Business Checking            Acct Ending 3080  (Continued)

## DETAIL TRANSACTIONS BY DATE

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 3/09 | Check | 13212 | 1,200.00- | 42,294.17 |
| 3/09 | Check | 13213 | 1,480.00- | 40,814.17 |
| 3/09 | Check | 13302 | 1,895.23- | 38,918.94 |
| 3/09 | CRCARDPMT  CAPITAL ONE CCD | | 25.00- | 38,893.94 |
| 3/09 | CREDITCARD  BARCLAYCARD US WEB  1386989466 | | 229.17- | 38,664.77 |
| 3/09 | PAYMENT  SYNCHRONY BANK WEB  609769010010655 | | 350.00- | 38,314.77 |
| 3/09 | GMF Pymt  GM Financial WEB  00211054326172 | | 465.00- | 37,849.77 |
| 3/09 | PAYMENT  CITI AUTOPAY WEB  251953478880333 | | 490.35- | 37,359.42 |
| 3/09 | Loan Pymt  LAFAYETTE FCU PPD  Billard,Connie | | 526.94- | 36,832.48 |
| 3/09 | GMF Pymt  GM Financial WEB  00211099862682 | | 530.00- | 36,302.48 |
| 3/09 | GMF Pymt  GM Financial WEB  00211054326172 | | 551.00- | 35,751.48 |
| 3/09 | GMF Pymt  GM Financial WEB  00211083862607 | | 551.00- | 35,200.48 |
| 3/09 | CNTRCT PMT Equip Financing CCD | | 689.40- | 34,511.08 |
| 3/09 | CNTRCT PMT Equip Financing CCD | | 954.05- | 33,557.03 |
| 3/09 | PURCHASE  HOME DEPOT USA I WEB  926030600052050 | | 4,746.01- | 28,811.02 |
| 3/10 | Check | 13305 | 50.00- | 28,761.02 |
| 3/10 | Check | 13216 | 832.00- | 27,929.02 |
| 3/10 | Check | 13264 | 960.00- | 26,969.02 |
| 3/10 | Check | 13214 | 1,248.00- | 25,721.02 |
| 3/10 | MERCH FEES TSYS/TRANSFIRST CCD | | 36.95- | 25,684.07 |
| 3/10 | PAYMENT  ONEPAY WALMART WEB  609767100038814 | | 200.00- | 25,484.07 |
| 3/10 | ONLINEPYMT  MERRICK BANK WEB  260660501037311 | | 250.00- | 25,234.07 |
| 3/10 | E-PAYMENT  DISCOVER WEB  8330 | | 1,000.00- | 24,234.07 |
| 3/11 | Check | 13309 | 150.00- | 24,084.07 |
| 3/11 | PAYMENT  SAMS CLUB WEB  521333143854299 | | 100.00- | 23,984.07 |
| 3/11 | INSURANCE  DONEGAL INS GRP WEB  3995800 | | 840.75- | 23,143.32 |
| 3/12 | Deposit | | 10,000.00 | 33,143.32 |


QNB
Your Community Bank

Date: 3/31/2026  Page: 4 of 14
Primary Account: ******3080

Small Business Checking          Acct Ending 3080  (Continued)

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 3/12 | Check | 13219 | 650.00- | 32,493.32 |
| 3/12 | Check | 13319 | 1,500.00- | 30,993.32 |
| 3/12 | Loan Pymt  LAFAYETTE FCU | | 50.00- | 30,943.32 |
| | PPD    Billlard,Connie | | | |
| 3/13 | PAYMENTS    WESTERN LEHIGH | | 9,915.44 | 40,858.76 |
| | CCD | | | |
| | NTE*INV# 1499, 1502\ | | | |
| 3/13 | Check | 10011 | 1,000.00- | 39,858.76 |
| 3/13 | Check | 13334 | 1,080.00- | 38,778.76 |
| 3/13 | Check | 13311 | 1,280.00- | 37,498.76 |
| 3/13 | Check | 13328 | 1,300.00- | 36,198.76 |
| 3/13 | Check | 13327 | 2,200.00- | 33,998.76 |
| 3/13 | Loan Pymt  LAFAYETTE FCU | | 265.00- | 33,733.76 |
| | PPD    Billlard,Connie | | | |
| 3/13 | WEB PAY    PAYOREXPRESSCC1 | | 400.00- | 33,333.76 |
| | CCD | | | |
| 3/13 | E-PAYMENT   DISCOVER | | 1,500.00- | 31,833.76 |
| | WEB   8330 | | | |
| 3/16 | Check | 13307 | 1,000.00- | 30,833.76 |
| 3/16 | Check | 13332 | 1,000.00- | 29,833.76 |
| 3/16 | Check | 13333 | 1,024.00- | 28,809.76 |
| 3/16 | Check | 13329 | 1,200.00- | 27,609.76 |
| 3/16 | Check | 13330 | 1,480.00- | 26,129.76 |
| 3/16 | CRCARDPMT   CAPITAL ONE | | 150.00- | 25,979.76 |
| | CCD | | | |
| 3/16 | PAYMENT    SYNCHRONY BANK | | 150.00- | 25,829.76 |
| | WEB   601918391912956 | | | |
| 3/16 | PAYMENT    SYNCHRONY BANK | | 400.00- | 25,429.76 |
| | WEB   524306400526092 | | | |
| 3/16 | 8005435636 HONDA PMT | | 459.82- | 24,969.94 |
| | PPD   UBS ASSOCIATES | | | |
| 3/16 | debitpmt    Capital Blue Cro | | 781.07- | 24,188.87 |
| | WEB   #579937949 | | | |
| 3/16 | EBPP PMT   HUNTINGTON NATIO | | 991.68- | 23,197.19 |
| | CCD | | | |
| 3/17 | Check | 13267 | 850.00- | 22,347.19 |
| 3/17 | Check | 13331 | 960.00- | 21,387.19 |
| 3/17 | Check | 13310 | 1,400.00- | 19,987.19 |
| 3/17 | Check | 13277 | 2,000.00- | 17,987.19 |
| 3/17 | CRCARDPMT   CAPITAL ONE | | 250.00- | 17,737.19 |
| | CCD | | | |
| 3/17 | AUTO PAY    COMN CAP APY F1 | | 340.00- | 17,397.19 |
| | WEB   P26073032970960 | | | |
| 3/17 | PURCHASE    HOME DEPOT USA I | | 5,512.82- | 11,884.37 |
| | WEB   926031600054698 | | | |



Small Business Checking          Acct Ending 3080   (Continued)

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| | **DETAIL TRANSACTIONS BY DATE** | | | |
| 3/18 | Check | 13369 | 1,000.00- | 10,884.37 |
| 3/19 | Deposit | | 15,000.00 | 25,884.37 |
| 3/19 | Check | 13350 | 1,000.00- | 24,884.37 |
| 3/19 | E-PAYMENT | DISCOVER | 350.00- | 24,534.37 |
| | WEB | 8330 | | |
| 3/19 | INSURANCE | DONEGAL INS GRP | 2,706.00- | 21,828.37 |
| | WEB | 6749436 | | |
| 3/20 | PAYMENTS | WESTERN LEHIGH | 14,528.36 | 36,356.73 |
| | CCD | | | |
| | NTE*INV#'S 1503, 1493, 1495\ | | | |
| 3/20 | Check | 10012 | 1,000.00- | 35,356.73 |
| 3/20 | Check | 13343 | 1,080.00- | 34,276.73 |
| 3/20 | Check | 13337 | 1,300.00- | 32,976.73 |
| 3/20 | Check | 13336 | 2,200.00- | 30,776.73 |
| 3/20 | Loan Pymt | LAFAYETTE FCU | 112.00- | 30,664.73 |
| | PPD | Billlard,Connie | | |
| 3/20 | FDC PAYMEN | T-MOBILE | 450.00- | 30,214.73 |
| | TEL | | | |
| 3/20 | EBPP PMT | HUNTINGTON NATIO | 1,138.00- | 29,076.73 |
| | CCD | | | |
| 3/23 | Check | 13312 | 164.40- | 28,912.33 |
| 3/23 | Check | 13303 | 263.33- | 28,649.00 |
| 3/23 | Check | 13344 | 650.00- | 27,999.00 |
| 3/23 | Check | 13335 | 932.52- | 27,066.48 |
| 3/23 | Check | 13341 | 1,037.50- | 26,028.98 |
| 3/23 | Check | 13338 | 1,215.00- | 24,813.98 |
| 3/23 | Check | 13342 | 1,280.00- | 23,533.98 |
| 3/23 | Check | 13339 | 1,535.50- | 21,998.48 |
| 3/23 | ONLINE PMT | TRACTOR SUPPLY | 250.00- | 21,748.48 |
| | WEB | 621961966904294 | | |
| 3/23 | WEB PAY | PAYOREXPRESSCC1 | 400.00- | 21,348.48 |
| | CCD | | | |
| 3/24 | Check | 13340 | 1,008.00- | 20,340.48 |
| 3/24 | Check | 13278 | 1,280.00- | 19,060.48 |
| 3/24 | Check | 13315 | 1,543.00- | 17,517.48 |
| 3/24 | Check | 13316 | 2,141.15- | 15,376.33 |
| 3/24 | PURCHASE | HOME DEPOT USA I | 5,479.55- | 9,896.78 |
| | WEB | 928032300056476 | | |
| 3/25 | Deposit | | 9,800.00 | 19,696.78 |
| 3/25 | Check | 13225 | 15.00- | 19,681.78 |
| 3/25 | Check | 13098 | 423.00- | 19,258.78 |
| 3/25 | E-PAYMENT | DISCOVER | 150.00- | 19,108.78 |
| | WEB | 7715 | | |
| 3/25 | AUTO PYMT | MACYS | 250.00- | 18,858.78 |
| | WEB | 721944793140717 | | |



Date: 3/31/2026  Page: 6 of 14
Primary Account: ******3080

Small Business Checking          Acct Ending 3080   (Continued)

| Date | Description | | Amount | Balance |
|------|-------------|--|--------|---------|
| 3/25 | EBPP PMT    HUNTINGTON NATIO CCD | | 641.35- | 18,217.43 |
| 3/26 | OnlineBanking transfer  Funds Transfer via Mobile | | 3,000.00 | 21,217.43 |
| 3/26 | Deposit | | 15,000.00 | 36,217.43 |
| 3/26 | SYF PAYMNT  Lowes WEB   798192739454244 | | 150.00- | 36,067.43 |
| 3/26 | ONLINE PMT  TRACTOR SUPPLY WEB   631965424750557 | | 150.00- | 35,917.43 |
| 3/26 | E-PAYMENT   DISCOVER WEB   8330 | | 2,500.00- | 33,417.43 |
| 3/27 | PAYMENTS    WESTERN LEHIGH CCD NTE*INV#'S 1497, 1499, 1505, 1 498, 1504\ | | 18,498.67 | 51,916.10 |
| 3/27 | Check       13357 | | 300.00- | 51,616.10 |
| 3/27 | Check       13235 | | 650.00- | 50,966.10 |
| 3/27 | Check       13318 | | 699.00- | 50,267.10 |
| 3/27 | Check       10013 | | 1,000.00- | 49,267.10 |
| 3/27 | Check       13234 | | 1,080.00- | 48,187.10 |
| 3/27 | Check       13228 | | 1,300.00- | 46,887.10 |
| 3/27 | Check       13317 | | 1,400.00- | 45,487.10 |
| 3/27 | Check       13227 | | 2,200.00- | 43,287.10 |
| 3/27 | Check       13351 | | 3,665.32- | 39,621.78 |
| 3/27 | Loan Pymt   LAFAYETTE FCU PPD   Billard,Connie | | 265.00- | 39,356.78 |
| 3/27 | PCS SVC     T-MOBILE WEB   9480892 | | 463.91- | 38,892.87 |
| 3/30 | Deposit | | 98.83 | 38,991.70 |
| 3/30 | Check       13354 | | 150.00- | 38,841.70 |
| 3/30 | Check       1306 | | 236.93- | 38,604.77 |
| 3/30 | Check       13313 | | 240.12- | 38,364.65 |
| 3/30 | Check       13353 | | 500.00- | 37,864.65 |
| 3/30 | Check       13314 | | 565.25- | 37,299.40 |
| 3/30 | Check       13231 | | 768.00- | 36,531.40 |
| 3/30 | Check       13232 | | 1,025.00- | 35,506.40 |
| 3/30 | Check       13229 | | 1,200.00- | 34,306.40 |
| 3/30 | Check       13233 | | 1,296.00- | 33,010.40 |
| 3/30 | Check       13230 | | 1,517.00- | 31,493.40 |
| 3/30 | CPC-CLIENT STATE FARM RO 27 CCD | | 67.76- | 31,425.64 |
| 3/30 | CREDITCARD  BARCLAYCARD US WEB   1394705421 | | 123.24- | 31,302.40 |
| 3/30 | SYF PAYMNT  Lowes WEB   798192739454244 | | 400.00- | 30,902.40 |


**QNB**
Your Community Bank

Date: 3/31/2026  Page: 7 of 14
Primary Account: ******3080

Small Business Checking          Acct Ending 3080  (Continued)

| DETAIL TRANSACTIONS BY DATE | | |
|---|---|---|
| Date  Description | Amount | Balance |
| 3/30 WEB PAY    PAYOREXPRESSCC1 CCD | 401.58- | 30,500.82 |
| 3/30 E-PAYMENT   DISCOVER WEB   8330 | 1,000.00- | 29,500.82 |
| 3/31 CR CD DEP   TSYS/TRANSFIRST CCD | 3,900.00 | 33,400.82 |
| 3/31 E-PAYMENT   SERVICE ELECTRIC PPD   UBS | 332.21- | 33,068.61 |
| 3/31 PURCHASE    HOME DEPOT USA I WEB   926033033387721 | 2,252.14- | 30,816.47 |

| CHECK DETAIL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
| 3/30 | 1306 | 236.93 | 3/09 | 13221 | 180.00 | 3/23 | 13312 | 164.40 |
| 3/06 | 10010* | 1,000.00 | 3/25 | 13225* | 15.00 | 3/30 | 13313 | 240.12 |
| 3/13 | 10011 | 1,000.00 | 3/27 | 13227* | 2,200.00 | 3/30 | 13314 | 565.25 |
| 3/20 | 10012 | 1,000.00 | 3/27 | 13228 | 1,300.00 | 3/24 | 13315 | 1,543.00 |
| 3/27 | 10013 | 1,000.00 | 3/30 | 13229 | 1,200.00 | 3/24 | 13316 | 2,141.15 |
| 3/03 | 13020* | 48.00 | 3/30 | 13230 | 1,517.00 | 3/27 | 13317 | 1,400.00 |
| 3/02 | 13023* | 1,200.00 | 3/30 | 13231 | 768.00 | 3/27 | 13318 | 699.00 |
| 3/02 | 13024 | 1,665.00 | 3/30 | 13232 | 1,025.00 | 3/12 | 13319 | 1,500.00 |
| 3/03 | 13064* | 145.00 | 3/30 | 13233 | 1,296.00 | 3/13 | 13327* | 2,200.00 |
| 3/25 | 13098* | 423.00 | 3/27 | 13234 | 1,080.00 | 3/13 | 13328 | 1,300.00 |
| 3/03 | 13146* | 708.04 | 3/27 | 13235 | 650.00 | 3/16 | 13329 | 1,200.00 |
| 3/03 | 13165* | 928.00 | 3/03 | 13262* | 1,661.00 | 3/16 | 13330 | 1,480.00 |
| 3/03 | 13180* | 48.00 | 3/10 | 13264* | 960.00 | 3/17 | 13331 | 960.00 |
| 3/09 | 13189* | 292.56 | 3/03 | 13265 | 375.00 | 3/16 | 13332 | 1,000.00 |
| 3/03 | 13200* | 768.00 | 3/17 | 13267* | 850.00 | 3/16 | 13333 | 1,024.00 |
| 3/02 | 13205* | 768.00 | 3/09 | 13268 | 150.00 | 3/13 | 13334 | 1,080.00 |
| 3/02 | 13206 | 1,000.00 | 3/06 | 13269 | 150.00 | 3/23 | 13335 | 932.52 |
| 3/02 | 13207 | 256.00 | 3/06 | 13276* | 1,800.00 | 3/20 | 13336 | 2,200.00 |
| 3/06 | 13210* | 2,200.00 | 3/17 | 13277 | 2,000.00 | 3/20 | 13337 | 1,300.00 |
| 3/06 | 13211 | 1,300.00 | 3/24 | 13278 | 1,280.00 | 3/23 | 13338 | 1,215.00 |
| 3/09 | 13212 | 1,200.00 | 3/03 | 13300* | 2,000.00 | 3/23 | 13339 | 1,535.50 |
| 3/09 | 13213 | 1,480.00 | 3/09 | 13302* | 1,895.23 | 3/24 | 13340 | 1,008.00 |
| 3/10 | 13214 | 1,248.00 | 3/23 | 13303 | 263.33 | 3/23 | 13341 | 1,037.50 |
| 3/09 | 13215 | 1,000.00 | 3/06 | 13304 | 583.00 | 3/23 | 13342 | 1,280.00 |
| 3/10 | 13216 | 832.00 | 3/10 | 13305 | 50.00 | 3/20 | 13343 | 1,080.00 |
| 3/06 | 13217 | 1,080.00 | 3/16 | 13307* | 1,000.00 | 3/23 | 13344 | 650.00 |
| 3/06 | 13218 | 650.00 | 3/11 | 13309* | 150.00 | 3/19 | 13350* | 1,000.00 |
| 3/12 | 13219 | 650.00 | 3/17 | 13310 | 1,400.00 | 3/27 | 13351 | 3,665.32 |
| 3/09 | 13220 | 373.45 | 3/13 | 13311 | 1,280.00 | 3/30 | 13353* | 500.00 |

* Denotes missing check numbers



**Small Business Checking**         **Acct Ending 3080   (Continued)**

### CHECK DETAIL

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 3/30 | 13354 | 150.00 | 3/27 | 13357* | 300.00 | 3/18 | 13369* | 1,000.00 |

* Denotes missing check numbers



Check: 1306 Amount: $236.93 Date: 3/30/2026 Check 10010 Amount: $1,000.00 Date: 3/6/2026 Check 10011 Amount $1,000.00 Date: 3/13/2026 C

Check: 10012 Amount: $1,000.00 Date: 3/20/2026 Check 10013 Amount $2,000.00 Date: 3/27/2026 Check 8020 Amount $148.00 Date: 3/3/2026 Check

Check: 13023 Amount: $1,200.00 Date: 3/2/2026 Check 3024 Amount $1,665.00 Date: 3/2/2026 Check 3064 Amount $145.00 Date: 3/3/2026 Check

Check: 13098 Amount: $423.00 Date: 3/25/2026 Check 3146 Amount $708.04 Date: 3/3/2026 Check 13165 Amount $928.00 Date: 3/3/2026 Check

Check: 13180 Amount: $48.00 Date: 3/3/2026 Check: 13189 Amount $292.56 Date: 3/9/2026 Check 13200 Amount $768.00 Date: 3/3/2026 Check

Check: 13205 Amount: $768.00 Date: 3/2/2026 Check 13206 Amount $1,000.00 Date: 3/2/2026 Check 3207 Amount $256.00 Date: 3/2/2026 Check



Check: 13210 Amount: $2,200.00 Date: 3/6/2026   Check: 13211 Amount: $1,300.00 Date: 3/6/2026   Check: 13212 Amount: $1,200.00 Date: 3/9/2026 Ch

Check: 13213 Amount: $1,480.00 Date: 3/9/2026   Check: 13214 Amount: $1,248.00 Date: 3/10/2026   Check: 13215 Amount: $1,000.00 Date: 3/9/2026 Ch

Check: 13216 Amount: $832.00 Date: 3/10/2026   Check: 13217 Amount: $1,080.00 Date: 3/6/2026   Check: 13218 Amount: $650.00 Date: 3/6/2026 Che

Check: 13219 Amount: $650.00 Date: 3/12/2026   Check: 13220 Amount: $373.45 Date: 3/9/2026   Check: 13221 Amount: $180.00 Date: 3/9/2026 Che

Check: 13225 Amount: $15.00 Date: 3/25/2026   Check: 13227 Amount: $2,200.00 Date: 3/27/2026   Check: 13228 Amount: $300.00 Date: 3/27/2026 C

Check: 13229 Amount: $1,200.00 Date: 3/30/2026   Check: 13230 Amount: $517.00 Date: 3/30/2026   Check: 13231 Amount: $68.00 Date: 3/30/2026 Ch



  

Check: 13232 Amount: $1,025.00 Date: 3/30/2026   Check 13233 Amount: $2,296.00 Date: 3/30/2026   Check 13234 Amount: $3,080.00 Date: 3/27/2026 C

  

Check: 13235 Amount: $650.00 Date: 3/27/2026   Check 13262 Amount: $1,661.00 Date: 3/3/2026   Check 13264 Amount: $2,960.00 Date: 3/10/2026 Che

  

Check: 13265 Amount: $375.00 Date: 3/3/2026   Check 13267 Amount: $850.00 Date: 3/17/2026   Check 13268 Amount: $7,150.00 Date: 3/9/2026 Cher

  

Check: 13269 Amount: $150.00 Date: 3/6/2026   Check 13276 Amount: $1,800.00 Date: 3/6/2026   Check 13277 Amount: $2,000.00 Date: 3/17/2026 C

  

Check: 13278 Amount: $1,280.00 Date: 3/24/2026   Check 13300 Amount: $7,000.00 Date: 3/3/2026   Check 13302 Amount: $1,895.23 Date: 3/9/2026 Ch

  

Check: 13303 Amount: $263.33 Date: 3/23/2026   Check 13304 Amount: $583.00 Date: 3/6/2026   Check 13305 Amount: $450.00 Date: 3/10/2026 Che



Check: 13307 Amount: $1,000.00 Date: 3/16/2026 Check: 13309 Amount: $30,050.00 Date: 3/11/2026 Check: 13310 Amount: $1,400.00 Date: 3/17/2026 C

Check: 13311 Amount: $1,280.00 Date: 3/13/2026 Check: 13312 Amount: $164.40 Date: 3/23/2026 Check: 13313 Amount: $240.12 Date: 3/30/2026 Ch

Check: 13314 Amount: $565.25 Date: 3/30/2026 Check: 13315 Amount: $1,543.00 Date: 3/24/2026 Check: 13316 Amount: $141.15 Date: 3/24/2026 C

Check: 13317 Amount: $1,400.00 Date: 3/27/2026 Check: 13318 Amount: $699.00 Date: 3/27/2026 Check: 13319 Amount: $1,500.00 Date: 3/12/2026 C

Check: 13327 Amount: $2,200.00 Date: 3/13/2026 Check: 13328 Amount: $7,300.00 Date: 3/13/2026 Check: 13329 Amount: $200.00 Date: 3/16/2026 C

Check: 13330 Amount: $1,480.00 Date: 3/16/2026 Check: 13331 Amount: $160.00 Date: 3/17/2026 Check: 13332 Amount: $1,000.00 Date: 3/18/2026 C



Check: 13333 Amount: $1,024.00 Date: 3/16/2026 Check 13334 Amount 13333,080.00 Date: 3/13/2026 Check 13335 Amount 13333,982.52 Date: 3/23/2026 Ch

Check: 13336 Amount: $2,200.00 Date: 3/20/2026 Check 13337 Amount 13336,300.00 Date: 3/20/2026 Check 13338 Amount 13337,215.00 Date: 3/23/2026 C

Check: 13339 Amount: $1,535.50 Date: 3/23/2026 Check 13340 Amount 13339,008.00 Date: 3/24/2026 Check 13341 Amount 13340,037.50 Date: 3/23/2026 C

Check: 13342 Amount: $1,280.00 Date: 3/23/2026 Check 13343 Amount 13342,080.00 Date: 3/20/2026 Check 13344 Amount 13343 650.00 Date: 3/23/2026 Ch

Check: 13350 Amount: $1,000.00 Date: 3/19/2026 Check 13351 Amount 13350,665.32 Date: 3/27/2026 Check 13353 Amount 13353 500.00 Date: 3/30/2026 Ch

Check: 13354 Amount: $150.00 Date: 3/30/2026 Check 13357 Amount 13356,300.00 Date: 3/27/2026 Check 13369 Amount 13357 1,000.00 Date: 3/18/2026 C

Has your mailing address changed? If so, please notify us immediately. For your convenience use form below.

NAME (PLEASE PRINT) _____

ADDRESS _____

CITY _____ STATE _____ ZIP _____

ACCOUNT NUMBER(S) AFFECTED BY CHANGE: _____

_____

DATE OF BIRTH_____ PHONE _____

EMAIL _____

SIGNATURE _____

PLEASE REPORT ANY ERROR(S) OR DIFFERENCE(S) IMMEDIATELY. IF NONE REPORTED 60 DAYS AFTER CLOSING DATE, ACCOUNT IS CONSIDERED CORRECT.
CALL OUR CUSTOMER SERVICE CENTER: 215-538-5605

## QNB Bank  PO Box 9005  Quakertown, PA 18951-9005

▼          DETACH HERE          ▼

### Consumer Only

**FOR HOME EQUITY LINE OF CREDIT CUSTOMERS:**
QNB RETAINS A SECURITY INTEREST IN YOUR REAL PROPERTY.

**CREDIT LINE ACCOUNT INFORMATION**
THE DAILY PERIODIC RATE MAY VARY.

We calculate the **FINANCE CHARGE** on your account by multiplying the daily balance of your account, including current transactions, by the daily periodic rate each day during the billing cycle. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total FINANCE CHARGE for the billing cycle. To get the daily balance on which each daily finance charge is computed, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and unpaid finance charges.

Payments made at any office on non-holiday weekdays prior to 7:00 PM, or ATM before 3:00 PM will be credited to your account as of the day received. Payments made at any office or ATM at other times will be credited to your account as of the next weekday that is not a holiday. This is regardless of the payment processing schedules on your original loan documents, all other terms and conditions of which remain the same.

**CREDIT REPORTING DISPUTES**
If you believe that the information we report about your account(s) is incomplete, inaccurate or outdated, please write us at: QNB Loan Services, P.O. Box 9005, Quakertown PA 18951-9005. QNB is committed to furnishing complete and accurate information about the loans and lines of credits you may have with us to credit reporting agencies.

**BILLING RIGHTS SUMMARY**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us at the address shown above as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. In your letter, tell us your name, account number and the dollar amount of the suspected error. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You may call us at 215-538-5605, but doing so will not preserve your billing rights.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**
Call us at 215-538-5605 or write us at P.O. Box 9005, Quakertown PA 18951-9005 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

Tell us your name and account number (if any); describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 for foreign-initiated or point-of-sale/debit card transactions) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes to complete our investigation.

### Commercial Only

**DISCLOSURE REGARDING ELECTRONIC "WHOLESALE CREDIT" TRANSACTIONS SUBJECT TO UNIFORM COMMERCIAL CODE ARTICLE 4A**
**Provisional Payment:** Credit given by us to you with respect to an ACH Credit entry is provisional until we receive final settlement for such entry through a Federal Reserve Bank. If we do not receive such final settlement, you are hereby notified and agree that we are entitled to a refund of the amount credited to you in connection with such entry, and the party making payment to you via such entry (i.e. the originator of the entry) shall not be deemed to have paid you in the amount of such entry.

**Notice of Receipt of Entry:** Under the operating Rules of the National Automated Clearing House Association, which are applicable to ACH transactions involving your account, we are not required to give next day notice to you of receipt of an ACH item and we will not do so. However, we will continue to notify you of the receipt of payments in the periodic statements we provide to you.

**Choice of Law:** We may accept on your behalf payments to your account which have been transmitted through one or more Automated Clearing Houses and which are not subject to the Electronic Funds Transfer Act and your rights and obligations with respect to such payments shall be construed in accordance with and governed by the laws of the Commonwealth of Pennsylvania.

# QNB-Online

QNBbank.com

Customer Service Center: 215-538-5605 or 800-491-9070

QNB-Voice 24-Hour Telephone Banking: 215-538-5760

QTNB

Member FDIC

March 1st – March 31th

UBS ASSOCIATES LLC

| JOBS NAME | HART | HARKINS | HARKINS | ABDULLAH | BURKE | | |
|---|---|---|---|---|---|---|---|
| TOTAL OF JOB | 115,000.00 | 43,475.00 | 50,350.00 | 79,600.00 | 36,500.00 | | |
| DATES | 3/2/26-3/27/26 | 3/30/26-4/10/26 | 4/13/26-4/24/26 | 5/1/26-5/22/26 | 5/25/26-6/2/26 | | |
| SUPPLY | 17,266.88 | 10,663.43 | 12,394.86 | 16,205.72 | 12,750.00 | | |
| TRUCK PAYENT | 8,523.48 | 2,130.79 | 4,261.58 | 6,392.37 | 2,130.79 | | |
| TRUCK INSURANCE | 3,675.00 | 718.75 | 1,437.50 | 2,156.25 | 718.75 | | |
| TRUCK LICENSE | 110.00 | 25.00 | | 414.00 | 110.00 | | |
| JON SALARY | 9,000.00 | 4,500.00 | 4,500.00 | 6750.00 | 2,250.00 | | |
| FUEL | 1,982.00 | 495.50 | 991.00 | 1,486.50 | 495.50 | | |
| PHONE COST | 971.00 | 242.75 | 485.50 | 728.25 | 242.75 | | |
| LIABILITY INSURANCE | 875.00 | 242.87 | 485.74 | 728.61 | 242.87 | | |
| SUB COST | 52,800.00 | 18,658.00 | 15,608.00 | 29,265.00 | 11,706.00 | | |
| OFFICE SUPPLY | 175.00 | 30.00 | | 75.00 | 40.00 | | |
| TOLLS | | | | | | | |
| MAINTENANCE | | | | | | | |
| PERMITS | | | | 1,340.00 | | | |
| TRAILER COST | | | | | | | |
| EQUIPMENT COST | 17,171.64 | 4,292.91 | 8,585.82 | 12,878.73 | 4,292.91 | | |
| SUB V-5 FEES | 500.00 | | 500.00 | | 500.00 | | |
| LAWYER FEES | | 250.00 | 250.00 | | 250.00 | | |
| TOTAL EXPENSE | 113,050.00 | 42,250.00 | 49,499.76 | 78,420.43 | 35,729.57 | | |
| NET INCOME | 1,950.00 | 1,225.00 | 850.24 | 1,179.57 | 770.43 | | |
| | | | | | | | |

1