IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| _____ §<br>In re:                                            §<br>                                                 §<br>UBS Associates, LLC,                  §<br>                                                 §<br>                          *Debtor*.     §<br>_____ § | | Chapter 11<br><br>Case No. 26-10564 (PMM) |

## ORDER

**AND NOW**, whereas the above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code, and the Court having held a status conference on April 7, 2026, and the Debtor's proposed plan of reorganization having been filed on May 13, 2026 [doc. #53], it is hereby **ORDERED** that the following dates and deadlines will govern the procedure of this case:

1. <u>Confirmation Hearing</u>. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on **Tuesday, July 7, 2026**, at **11:00AM EST**, at the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn Street, Reading, Pennsylvania, 19601.

2. <u>Deadline to Make §1111(b)(2) Election</u>. A secured creditor that wishes to make an election under 11 U.S.C. §1111(b)(2) must do so no later than **Tuesday, June 30, 2026**.

3. <u>Objections to Plan</u>. **Tuesday, June 30, 2026**, is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). ***Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules***.

4. <u>Voting on the Plan</u>. **Tuesday, June 30, 2026**, is the deadline for submitting acceptances or rejections of the Debtor's plan of reorganization. Acceptances and rejections  must   be submitted to the Debtor's attorney:

      **MAGGIE S. SOBOLESKI**
      701 Market Street, Suite 5000
      Philadelphia, PA 19106
      215-620-2132
      Email: msoboleski@kmllawgroup.com

5.    <u>Report of Plan Voting</u>. On or before **Thursday, July 2, 2026**, the Debtor shall file a report of plan voting with the Court.

6.    <u>Service of Plan Documents</u>. On or before **Tuesday, May 19, 2026**, the Debtor shall serve a copy of this Scheduling Order and the Debtor's plan of reorganization on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d). Debtor shall also serve a ballot on all creditors and equity security holders entitled to vote on the plan.

7.    <u>Certificate of Service of Plan Documents</u>. On or before **Friday, May 22, 2026**, the Debtor shall file a certificate of service of this Scheduling Order, Debtor's plan of reorganization, and ballot with the Court.

Date: May 14, 2026

Hon. Patricia M. Mayer,
United States Bankruptcy Judge