United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                     Case No. 26-10564-pmm

UBS ASSOCIATES, LLC                                                         Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 14, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

**Recip ID**            **Recipient Name and Address**
db            + UBS ASSOCIATES, LLC, 3771 State Road, Coopersburg, PA 18036-1642

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com  chsm11@trustesolutions.net |
| MAGGIE S SOBOLESKI | on behalf of Debtor UBS ASSOCIATES  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MILOS GVOZDENOVIC | on behalf of Creditor First Citizens Bank & Trust Company mgvozdenovic@weltman.com  pitecf@weltman.com |
| RACHEL WOLF | on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

District/off: 0313-4                          User: admin                                    Page 2 of 2

Date Rcvd: May 14, 2026                       Form ID: pdf900                          Total Noticed: 1

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| UBS Associates, LLC, | § | Case No. 26-10564 (PMM) |
| | § | |
| *Debtor*. | § | |
| | § | |

## ORDER

AND NOW, whereas the above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code, and the Court having held a status conference on April 7, 2026, and the Debtor's proposed plan of reorganization having been filed on May 13, 2026 [doc. #53], it is hereby **ORDERED** that the following dates and deadlines will govern the procedure of this case:

1.  Confirmation Hearing. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on **Tuesday, July 7, 2026**, at **11:00AM EST**, at the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn Street, Reading, Pennsylvania, 19601.

2.  Deadline to Make §1111(b)(2) Election. A secured creditor that wishes to make an election under 11 U.S.C. §1111(b)(2) must do so no later than **Tuesday, June 30, 2026**.

3.  Objections to Plan. **Tuesday, June 30, 2026**, is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules*.

4.  Voting on the Plan. **Tuesday, June 30, 2026**, is the deadline for submitting acceptances or rejections of the Debtor's plan of reorganization. Acceptances and rejections must be submitted to the Debtor's attorney:

     **MAGGIE S. SOBOLESKI**
     701 Market Street, Suite 5000
     Philadelphia, PA 19106
     215-620-2132
     Email: msoboleski@kmllawgroup.com

5.     <u>Report of Plan Voting</u>. On or before **Thursday, July 2, 2026**, the Debtor shall file a report of plan voting with the Court.

6.     <u>Service of Plan Documents</u>. On or before **Tuesday, May 19, 2026**, the Debtor shall serve a copy of this Scheduling Order and the Debtor's plan of reorganization on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d). Debtor shall also serve a ballot on all creditors and equity security holders entitled to vote on the plan.

7.     <u>Certificate of Service of Plan Documents</u>. On or before **Friday, May 22, 2026**, the Debtor shall file a certificate of service of this Scheduling Order, Debtor's plan of reorganization, and ballot with the Court.

Date: May 14, 2026

Hon. Patricia M. Mayer,
United States Bankruptcy Judge