**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| UBS ASSOCIATES, LLC | : | |
| | : | |
| | : | |
| Debtor. | : | Case No. 26-10564 (PMM) |

**DEBTOR'S RESPONSE TO AMERICREDIT FINANCIAL SERVICES MOTION
FOR RELIEF FROM THE AUTOMATIC STAY**

The Debtor, by and through its undersigned counsel files this response to the Motion for

Relief from Stay filed by Americredit Financial Services, Inc. d/b/a as GM Financial ("Movant")

and states the following:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied.  Debtor has attempted to make payment multiple times electronically and over

   the phone, but Movant has refused to accept post-petition payments.

5. Denied.  Debtor requests an updated payment history

6. Denied.  Debtor reserves its right to obtain its own valuation.

7. Denied as a conclusion of law.  By way of further response, Debtor filed a plan of

   reorganization wherein Movant's post-petition payments are accounted for in the plan.

   Debtor's counsel left a voice message for Movant's counsel to resolve this issue, but

   has not received any response.

WHEREFORE, Debtor respectfully requests that the relief sought by Movant be denied in its entirety and for any and all other relief the Court sees just.

Respectfully submitted,

*/s/ Maggie S. Soboleski*

Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
Counsel to the Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| UBS ASSOCIATES, LLC | : | |
| | : | |
| | : | |
| Debtor. | : | Case No. 26-10564 (PMM) |

**<u>CERTIFICATE OF SERVICE</u>**

I, Maggie S. Soboleski, Esquire hereby certify that a copy of the foregoing

*RESPONSE TO MOTION FOR RELIEF FROM STAY FILED BY AMERICREDIT FINANCIAL,*

was served by being filed through the Court's electronic filing system upon all of the parties who

have entered their appearance; and upon the following, via e-mail and as indicated:

William E. Craig, Esquire via e-mail at:  wcraig@egalawfirm.com

Respectfully submitted,

*/s/ Maggie S. Soboleski*

Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
Counsel to the Debtor