United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 26-10564-pmm

UBS ASSOCIATES, LLC                                                              Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2026 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | UBS ASSOCIATES, LLC, 3771 State Road, Coopersburg, PA 18036-1642 |
| cr | | First Citizens Bank & Trust Company, c/o Weltman, Weinberg & Reis, CO., LPA., 5900 West Creek Rd Suite 200, Independence, OH 44131 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2026 00:29:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 10 2026 00:29:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 10 2026 00:29:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 10 2026 00:30:38 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 10 2026 00:29:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026                    Signature:       /s/Gustava Winters

District/off: 0313-4                        User: admin                                Page 2 of 2
Date Rcvd: Jun 09, 2026                     Form ID: pdf900                           Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

HOLLY SMITH MILLER, ESQ.
                            hsmiller@gsbblaw.com  chsm11@trustesolutions.net

MAGGIE S SOBOLESKI
                            on behalf of Debtor UBS ASSOCIATES  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

MILOS GVOZDENOVIC
                            on behalf of Creditor First Citizens Bank & Trust Company mgvozdenovic@weltman.com  pitecf@weltman.com

RACHEL WOLF
                            on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

United States Trustee
                            USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                            on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
                            mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  UBS ASSOCIATES, LLC, | : | Chapter 11 |
| | : | |
| Debtor | : | |
| | : | Case No.   26-10564-pmm |
| | : | |
| | : | |

ORDER SETTING DEADLINE FOR FILING OF STIPULATION

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #57, the

"Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #59);

AND, the parties having reported the matter settled with a stipulation memorializing the

settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1. On or before July 9, 2026, the parties shall either file the Stipulation or file a notice relisting

    the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without

    further notice or hearing.

06/09/2026                                      _Patricia M. Mayer_
                                                       PATRICIA M. MAYER
                                                       U.S. BANKRUPTCY JUDGE