**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In Re: | : Chapter 11 |
| UBS Associates, LLC | : Bankruptcy Number:  26-10564-pmm |
| Debtor | : |

**NOTICE OF ENTRY OF APPEARANCE**
**AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that Wells Fargo Vendor Financial Services, LLC, a creditor in interest in the above case, by and through its undersigned counsel, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address/telephone number/ facsimile number/email address:

Kristen Wetzel Ladd, Esquire
Unruh, Turner, Burke & Frees
P.O. Box 515
West Chester, PA 19381-0515
(610) 692-1371
kladd@utbf.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

#2430338v1

PLEASE TAKE FURTHER NOTICE THAT neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Wells Fargo Vendor Financial Services, LLC (i) right to have final orders in non-core matters entered only after a de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Wells Fargo Vendor Financial Services, LLC is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted,

UNRUH, TURNER, BURKE & FREES, P.C.

Date:   June 18, 2026          By:   */s/ Kristen Wetzel Ladd*
Kristen Wetzel Ladd, Esquire
Attorney for Wells Fargo Vendor
Financial Services, LLC
P.O. Box 515
West Chester, PA 19381-0515
Attorney I.D. No. 208755
(610) 692-1371

#2430338v1

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In Re: | : | Chapter 11 |
|  | : |  |
| UBS Associates, LLC | : | Bankruptcy Number:  26-10564-pmm |
|  | : |  |
| Debtor | : |  |

## CERTIFICATE OF SERVICE

I, Kristen Wetzel Ladd, hereby certify that on this 18th day of June, 2026, a true and correct copy of the within Entry of Appearance and Demand for Service of Papers was served via CM/ECF to the following:

**UBS Associates, LLC**
3771 State Road
Coopersburg, PA  18036
*(Debtor)*

**Maggie S Soboleski**
Maggie Soboleski
701 Market Street
Suite 5000
Philadelphia, PA 19106
*(Counsel for Debtor)*

**Holly Smith Miller, Esq.**
Gellert Seitz Busenkell & Brown LLC
901 Market Street
Suite 3020
Philadelphia, PA 19107
*(Trustee)*

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 1910
*(U.S. Trustee)*

**Rachel Wolf**
DOJ-Ust
One Newark Center
Ste 2100
Newark, NJ 07102

UNRUH, TURNER, BURKE & FREES, P.C.

Date:  June 18, 2026        By:    */s/ Kristen Wetzel Ladd*
                                    Kristen Wetzel Ladd, Esquire
                                    Attorney for
                                    Wells Fargo Vendor Financial Services, LLC

#2430338v1