**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNRUH TURNER BURKE & FREES, P.C.**<br>Kristen Wetzel Ladd, Esq. (ID #208755)<br>17 W Gay Street<br>PO Box 515<br>West Chester, PA 19381<br>Phone: 610.692.1371<br>Fax: 610.918.1361<br>kladd@utbf.com<br>*Counsel to Wells Fargo Vendor Financial Services, LLC* | |
| In re:<br><br>UBS Associates, LLC | Case No.  26-10564-pmm<br><br>Judge:  Honorable Patricia Mayer<br><br>Chapter 11 |

**<u>OBJECTION OF WELLS FARGO VENDOR FINANCIAL SERVICES, LLC TO
CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN</u>**

Wells Fargo Vendor Financial Services, LLC, successor in interest to General Electric Capital Corporation (hereinafter "Wells Fargo" or the "Creditor") a creditor of UBS Associates, LLC (hereinafter the "Debtor"), by and through its counsel, Unruh Turner Burke & Frees, P.C., hereby objects to the confirmation of the Debtor's Chapter 11 plan (Document No. 53; hereinafter the "Plan") pursuant to 11 U.S.C. § 1123(b)(2) and states as follows:

1.  As of the petition date, Debtor is indebted to Wells Fargo under:

#2433044v2

a. An Equipment Schedule to Master Loan and Security Agreement[1] dated August 31, 2022 in the original principal amount of $15,677.04, payable by the Debtor to the Creditor (the "Secured Loan"); and

b. An Equipment Schedule to Master Loan and Security Agreement dated May 11, 2022 in the original principal amount of $14,307.83, payable by the Debtor to the Creditor; and

c. An Equipment Schedule to Master Loan and Security Agreement dated May 24, 2022 in the original principal amount of $11,823.25, payable by the Debtor to the Creditor; and

d. An Equipment Schedule to Master Loan and Security Agreement dated August 21, 2023 in the original principal amount of $12,817.37, payable by the Debtor to the Creditor; and

e. An Equipment Schedule to Master Loan and Security Agreement dated November 15, 2023 in the original principal amount of $13,232.00, payable by the Debtor to the Creditor; and

f. An Equipment Schedule to Master Loan and Security Agreement dated November 16, 2023 in the original principal amount of $11,753.09, payable by the Debtor to the Creditor; and

g. An Equipment Schedule to Master Loan and Security Agreement dated October 1, 2024 in the original principal amount of $13,277.94, payable by the Debtor to the Creditor; and

---

[1] The Master Loan and Security Agreement is dated July 24, 2019 between UBS Associates, LLC and Wells Fargo Vendor Financial Services, LLC and is attached to POC Nos. 21 and 22.

#2433044v2

h.  An Equipment Schedule to Master Loan and Security Agreement dated

October 2, 2024 in the original principal amount of $12,395.93, payable by

the Debtor to the Creditor; and

i.  An Equipment Schedule to Master Loan and Security Agreement dated

October 2, 2024 in the original principal amount of $12,3046.23, payable by

the Debtor to the Creditor; and

j.  An Equipment Schedule to Master Loan and Security Agreement dated April

8, 2025 in the original principal amount of $12,063.32, payable by the Debtor

to the Creditor; and

k.  An Equipment Schedule to Master Loan and Security Agreement dated

September 15, 2025 in the original principal amount of $13,855.17, payable

by the Debtor to the Creditor; (the loans detailed in subsections (b) – (k) are

collectively referred to as the "Unsecured Loans") and

l.  An Equipment Schedule to Power Lease to Master Lease Agreement[2] dated

April 13, 2023 between the Debtor and the Creditor, with regard to a Bobcat

2023 New Small Articulated Loader; and

m.  An Equipment Schedule to Power Lease to Master Lease Agreement dated

October 1, 2024 between the Debtor and the Creditor, with regard to a Bobcat

UV34 Diesel 2024; and

---

[2] The Master Lease Agreement is dated September 14, 2015 between UBS Associates, LLC and Wells Fargo Vendor
Financial Services, LLC and is attached to POC No. 23.

n.  An Equipment Schedule to Power Lease to Master Lease Agreement dated October 1, 2024 between the Debtor and the Creditor, with regard to a Bobcat ZT 7000-61 Inch 2024; and

o.  An Equipment Schedule to Power Lease to Master Lease Agreement dated December 20, 2024 between the Debtor and the Creditor, with regard to a Bobcat T54 2024; and

p.  An Equipment Schedule to Power Lease to Master Lease Agreement dated September 27, 2024 between the Debtor and the Creditor, with regard to a Bobcat T64 2024; and

q.  An Equipment Schedule to Power Lease to Master Lease Agreement dated July 22, 2025 between the Debtor and the Creditor, with regard to a Bobcat E10 2025; and

r.  An Equipment Schedule to Power Lease to Master Lease Agreement dated July 23, 2025 between the Debtor and the Creditor, with regard to a Bobcat E48 2025; and

s.  An Equipment Schedule to Power Lease to Master Lease Agreement dated December 18, 2025 between the Debtor and the Creditor, with regard to a Bobcat B760 2025; and

t.  An Equipment Schedule to Power Lease to Master Lease Agreement dated January 13, 2026 between the Debtor and the Creditor, with regard to a Bobcat MT120 2026  (the leases and leased equipment detailed in subsections (l) – (t) are collectively referred to as the "Leases" and the "Leased Equipment" respectively).

#2433044v2

2. The Secured Loan is secured by a first lien and security interest, granted to the Creditor by the Debtor as collateral security for payment and performance of all of Debtor's obligations under the Secured Loan, with regard to a Polaris 2022 New Wheel Model # A22SXZ85AF, Serial # 4XASXZ858NB205724 (the "Polaris").

3. On or about April 7, 2026, Wells Fargo filed proofs of claim with respect to the sums due under the Secured Loan in the amount of $6,171.54 (Proof of Claim No. 21), under the Unsecured Loans in the amount of $93,145.63 (Proof of Claim No. 22) and under the Leases in the amount of $475,177.29, with pre-petition arrears of $2,700.54 under the Leases (Proof of Claim No. 23).

4. The Secured Loan is a secured claim, the Unsecured Loans are an unsecured claim, while the Leases are unexpired executory contracts.

5. 11 U.S.C. § 1123 (b)(2) of the Bankruptcy Code provides that, subject to § 365 of the Bankruptcy Code, a debtor may assume an unexpired lease in a chapter 11 plan.

6. 11 U.S.C. § 365 provides that a debtor may assume a lease if the debtor will promptly cure the default under the lease.

7. The Plan, at section 6.01, is unclear whether it provides for the assumption of the Leases.

8. Exhibit A to the Plan, the Plan Payment Schedule lists the monthly payments on the post-petition arrears as $300.00 and $503.00.[3]

9. If the Leases are to be assumed, the Plan does not specify that the contractual lease payments will continue to be made outside the Plan.

---

[3] It is not clear from Exhibit A to the Plan which payments apply to which debt.  It appears that the Debtor is asserting that the Secured Loan and Unsecured Loans have post-petition arrears of $17,735.00 and the Leases have post-petition arrears of $30,213.00.

10. If the Leases are to be assumed, the Plan must provide for curing of the pre-petition arrearage of $2,700.54.  The Plan is silent on the curing of any pre-petition arrearage.

11. If the Leases are to be rejected, the Plan should provide Wells Fargo with relief from stay to repossess the Leased Equipment.

12. Moreover, the Plan does not provide for the payment of the Creditor's secured claim with regard to the Secured Loan nor surrender of the Polaris as required by the Bankruptcy Code.

13. The Plan does not specify whether the Debtor intends to continue to pay the Secured Loan and Unsecured Loans by making contractual payments outside the Plan.

14. The Plan is further contradictory because the Plan states, in section 2.03, that no unsecured claims are being paid through the Plan.

15. For all of the above reasons, Wells Fargo hereby objects to confirmation of the Plan. WHEREFORE, for all of the above reasons, Wells Fargo respectfully requests that this Honorable Court sustain its objections to the Plan and dismiss the Plan accordingly.

Dated:  6/26/2026

Respectfully submitted,

*/s/ Kristen Wetzel Ladd*
Kristen Wetzel Ladd, Esq.
Unruh Turner Burke & Frees, P.C.
17 W. Gay Street
West Chester, PA  19381

*Attorney for Wells Fargo*
*Vendor Financial Services LLC*

#2433044v2

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| UNRUH TURNER BURKE & FREES, P.C.<br>Kristen Wetzel Ladd, Esq. (ID #208755)<br>17 W Gay Street<br>PO Box 515<br>West Chester, PA 19381<br>Phone: 610.692.1371<br>Fax: 610.918.1361<br>kladd@utbf.com<br>*Counsel to Wells Fargo Vendor Financial Services, LLC* |

In re:

UBS Associates, LLC

Case No.  26-10564-pmm

Judge:  Honorable Patricia Mayer

Chapter 11

**CERTIFICATE OF SERVICE**

I, Kristen Wetzel Ladd, hereby certify that on this 26th day of June, 2026, a true and correct copy of the within Objection to Plan Confirmation was served via CM/ECF or United States First Class mail, prepaid, to the following:

**UBS Associates, LLC**
3771 State Road
Coopersburg, PA  18036
*(Debtor)*

**Maggie S Soboleski**
Maggie Soboleski
701 Market Street
Suite 5000
Philadelphia, PA 19106
*(Counsel for Debtor)*

**Holly Smith Miller, Esq.**
Gellert Seitz Busenkell & Brown LLC
901 Market Street
Suite 3020
Philadelphia, PA 19107
*(Trustee)*

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 1910
*(U.S. Trustee)*

#2433044v2

**Rachel Wolf**
DOJ-Ust
One Newark Center
Ste 2100
Newark, NJ 07102

UNRUH, TURNER, BURKE & FREES, P.C.

Date:   June 26, 2026            By:     /s/ Kristen Wetzel Ladd
                                         Kristen Wetzel Ladd, Esquire
                                         Attorney for Wells Fargo Vendor Financial
                                         Services, LLC
                                         P.O. Box 515
                                         West Chester, PA 19381-0515
                                         Attorney I.D. No. 208755
                                         (610) 692-1371

#2433044v2