**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | § CHAPTER 11 |
| | § |
| UBS ASSOCIATES, LLC | § CASE NO. 26-10564-PMM |
| DEBTOR. | § |

**CERTIFICATION OF SERVICE**

I, Hannah Deininger, certify that on June 26, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure To File Monthly Operating Reports and attachments thereto;

- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of

service indicated.

Date: June 26, 2026

By:  /s/ *Hannah Deininger*
Paralegal Specialist
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.280.8512
Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Maggie Soboleski
701 Market Street
Suite 5000
Philadelphia, PA 19106
Email: msoboleski@kmllawgroup.com
**Debtor**
**Via:   X CM/ECF X 1st Class Mail      ___ Certified Mail  X e-mail   ___ Other:**

UBS ASSOCIATES, LLC
3771 State Road
Coopersburg, PA 18036
**Via:    __ CM/ECF X 1st Class Mail     ___ Certified Mail __e-mail   ___ Other:**

Holly Smith Miller, ESQ.
Gellert Seitz Busenkell & Brown LLC
901 Market Street
Suite 3020
Philadelphia, PA 19107
Email: hsmiller@gsbblaw.com
**Sub-V Trustee**

**Via:   X CM/ECF X 1st Class Mail      ___ Certified Mail  X e-mail   ___ Other:**

Milos Gvozdenovic
Attorney for Creditor
5990 West Creek Rd, Suite 200
Cleveland, OH 44131
Email: bronationalecf@weltman.com
**Via:  X CM/ECF X 1st Class Mail      ___ Certified Mail  X e-mail   ___ Other:**

William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
**Email: Wcraig@egalawfirm.com**
**Via:   X CM/ECF X 1st Class Mail      ___ Certified Mail  X e-mail   ___ Other:**

Kristen Wetzel Ladd, Esquire
UNRUH, TURNER, BURKE & FREES, P.C.
P.O. Box 515
West Chester, PA 19381-0515
Email: kladd@utbf.com
**Via:  X CM/ECF X 1st Class Mail    ___ Certified Mail X e-mail ___ Other:**

**END OF DOCUMENT**