**Fill in this information to identify the case:**

Debtor Name _UBS Associates LLC_

United States Bankruptcy Court for the _____ District of _____

Case number _26-10564_

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11   12/17

Month: _April 1th – April 30th_       Date report filed: _5 | 10 | 26_
                                        MM / DD / YYYY

Line of business: _____       NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Jonathan R Billiard_

Original signature of responsible party _[signature]_

Printed name of responsible party _Jonathan R Billiard_

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name __UBS Associates LLC__          Case number __X-10564__

17  Have you paid any bills you owed before you filed bankruptcy?  ☒ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☒ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. Total opening balance of all accounts

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $30,816.47

20. Total cash receipts

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $67,213.56

21. Total cash disbursements

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    -$96,734.03

22. Net cash flow

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    +$29,520.47

23. Cash on hand at the end of the month

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    =$60,336.94

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. Total payables

    (Exhibit E)

    $NONE

Exhibit C

4/3  Deposit   27,409.97
4/3  Deposit   6,380.48
4/9  Deposit   18,000.00
4/10  Deposit   11,766.00
4/22  Deposit   3,500.00
4/28  Deposit   157.11

Total Deposit 67,213.56

Exhibit F

Wager - 1,400.00
Camilo - 1,450.00
Chorke - 1,999.43
Decker - 3,349.41
Daniels - 4,287.43
Dorn - 1,450.00
Poon 1,637.43
Seamon - 5,709.85
Celeste - 12,900.00
Staigerwalt - 4,447.09
Moucheron - 6,750.00
Cruz - 25,128.50
Ruggiero - 6,385.00
HART  4,250.00
Harkin's - 800.00

Total 81,933.14

Debtor Name _UBS Associates LLC_     Case number _ZC-10564_

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**      $ _81,933.14_

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?      _NONE_

27. What is the number of employees as of the date of this monthly report?      _NONE_

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ _NONE_

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _NONE_

30. How much have you paid this month in other professional fees?      $ _None_

31. How much have you paid in total other professional fees since filing the case?      $ _NONE_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | Column B | Column C |
|---|---|---|---|
| | Projected — | Actual = | Difference |
| | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. Cash receipts | $ 165,043.00 | – $ 94,030.03 | = $ 97,969.44 |
| 33. Cash disbursements | $ 152,523.78 | – $ 96,734.03 | = $ 55,789.75 |
| 34. Net cash flow | $ 12,559.22 | – $ (296.00) | = $ 42,079.69 |

35. Total projected cash receipts for the next month:      $ 97,969.44

36. Total projected cash disbursements for the next month:      – $ 55,789.75

37. Total projected net cash flow for the next month:      = $ 42,079.69

Debtor Name _UBS Associates LLC_          Case number _26-10564_

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☒ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☒ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☒ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

Print        Save As...        Reset

Exhibit D

## DETAIL TRANSACTIONS BY DATE

| Date | Description | | | Amount | Balance |
|------|-------------|---|---|--------|---------|
| 4/01 | Check | 13308 | *sub* | 778.00- | 30,038.47 |
| 4/01 | Check | 13361 | *Sub* | 1,016.00- | 29,022.47 |
| 4/01 | Check | 13358 | *General Floor* | 2,008.68- | 27,013.79 |
| 4/01 | LEASE PYMT Financial Pacifi CCD | | *Equipment* | 286.62- | 26,727.17 |
| 4/01 | PAYMENT    CITI AUTOPAY WEB   251975045120018 | | *Business CARD* | 471.84- | 26,255.33 |
| 4/01 | E-PAYMENT    DISCOVER WEB    8330 | | *Business CARD* | 1,500.00- | 24,755.33 |
| 4/01 | Ext Trnsfr JPMorgan Chase CCD | | *Mortage* | 2,607.68- | 22,147.65 |
| 4/02 | Check | 13280 | *sub* | 800.00- | 21,347.65 |
| 4/02 | E-PAYMENT    DISCOVER WEB    7715 | | *Business CARD* | 150.00- | 21,197.65 |
| 4/02 | SYF PAYMNT  AMAZON CORP WEB   6045781100081580 | | *Business Supply* | 150.00- | 21,047.65 |
| 4/03 | PAYMENTS    WESTERN LEHIGH CCD NTE*INV#'S 1512, 1511, 1508, 1 499, 1509, 1498\ | | *Deposit* | 27,409.97 | 48,457.62 |
| 4/03 | Deposit | | *Deposit* | 6,380.48 | 54,838.10 |

*Total 9,768.82*

Exhibit D

## DETAIL TRANSACTIONS BY DATE

| Date | Description | | | Amount | Balance |
|------|-------------|---|---|--------|---------|
| 4/03 | Check | 13379 | Sub | 650.00- | 54,188.10 |
| 4/03 | Check | 13294 | Sub | 1,000.00- | 53,188.10 |
| 4/03 | Check | 13378 | Sub | 1,080.00- | 52,108.10 |
| 4/03 | Check | 13301 | sub | 1,250.00- | 50,858.10 |
| 4/03 | Check | 13279 | Sub | 2,000.00- | 48,858.10 |
| 4/03 | Check | 13240 | Sub | 2,200.00- | 46,658.10 |
| 4/03 | MOBILE PAY  MERRICK BANK   CARD | | | 103.00- | 46,555.10 |
|      | WEB   260920501367296 | | | | |
| 4/03 | Loan Pymt  LAFAYETTE FCU   Business Loan | | | 112.00- | 46,443.10 |
|      | PPD   Billiard,Connie | | | | |
| 4/03 | CREDITCARD  BARCLAYCARD US  Business CARD | | | 279.80- | 46,163.30 |
|      | WEB   1397220535 | | | | |
| 4/06 | Check | 13355 | Hann Bros. | 500.00- | 45,663.30 |
| 4/06 | Check | 13226 | Doug Sub | 750.00- | 44,913.30 |
| 4/06 | Check | 13363 | Cars sub | 800.00- | 44,113.30 |
| 4/06 | Check | 13376 | Sub | 1,037.50- | 43,075.80 |
| 4/06 | Check | 13243 | Sub | 1,215.00- | 41,860.80 |
| 4/06 | Check | 13375 | Sub | 1,264.00- | 40,596.80 |
| 4/06 | Check | 13377 | Sub | 1,296.00- | 39,300.80 |
| 4/06 | Check | 13241 | Sub | 1,300.00- | 38,000.80 |
| 4/06 | Check | 13244 | Sub | 1,535.50- | 36,465.30 |
| 4/06 | FDMS PYMT   FDMS   Checks | | | 50.86- | 36,414.44 |
|      | CCD | | | | |
| 4/06 | ONLINE PMT CAPITAL ONE   Business CADD | | | 175.00- | 36,239.44 |
|      | CCD | | | | |
| 4/06 | ERIEXPSPAY ERIE INS GROUP   Insurance | | | 199.25- | 36,040.19 |
|      | PPD   Jonathan R Billiard | | | | |
| 4/06 | CRCARDPMT  CAPITAL ONE   CARD | | | 200.00- | 35,840.19 |
|      | CCD | | | | |
| 4/06 | PAYMENT   BANK OF AMERICA   CARD | | | 250.00- | 35,590.19 |
|      | TEL | | | | |
| 4/06 | PAYMENT   SYNCHRONY BANK   CARD | | | 350.00- | 35,240.19 |
|      | WEB   609769010010655 | | | | |
| 4/06 | CRCARDPMT  CAPITAL ONE | | | 400.00- | 34,840.19 |
|      | CCD | | | | |
| 4/06 | RESERVE   WELLS FARGO CARD  Business CARD | | | 1,114.00- | 33,726.19 |
|      | TEL | | | | |
| 4/06 | E-PAYMENT   DISCOVER   Business CARD | | | 1,500.00- | 32,226.19 |
|      | WEB   8330 | | | | |
| 4/07 | Check | 13352 | Insurance | 840.75- | 31,385.44 |
| 4/07 | Check | 13359 | login sub | 1,000.00- | 30,385.44 |
| 4/07 | ONLINEPYMT  MERRICK BANK   CARD | | | 250.00- | 30,135.44 |
|      | WEB   260950501918345 | | | | |
| 4/07 | AUTO PAY   COMN CAP APY F1  Business CARD | | | 385.00- | 29,750.44 |
|      | WEB   P26096039751839 | | | | |

23,791.66

Exhibit D

## DETAIL TRANSACTIONS BY DATE

| Date | Description | | Amount | Balance |
|------|-------------|--|--------|---------|
| 4/07 | PURCHASE   HOME DEPOT USA I *Supply* | | 2,743.95- | 27,006.49 |
|      | WEB   926040600057928   *Deposit* | | | |
| 4/09 | Deposit | | 18,000.00 | 45,006.49 |
| 4/09 | Check   13364 *Nick Dempster* | | 401.00- | 44,605.49 |
| 4/09 | Check   13356 *Ebony supply* | | 652.47- | 43,953.02 |
| 4/09 | CRCARDPMT   CAPITAL ONE   *CARD* | | 27.00- | 43,926.02 |
|      | CCD | | | |
| 4/09 | PAYMENT   CITI AUTOPAY   *CARD* | | 471.85- | 43,454.17 |
|      | WEB   251981953340101 | | | |
| 4/09 | EBPP PMT   HUNTINGTON NATIO *Equipment* | | 991.68- | 42,462.49 |
|      | CCD | | | |
| 4/10 | PAYMENTS   WESTERN LEHIGH   *Deposit* | | 11,766.00 | 54,228.49 |
|      | CCD | | | |
|      | NTE*INV#'S 1497, 1503, 1500, 1 | | | |
|      | 515, 1505\ | | | |
| 4/10 | Check   13393 *Sub Evan* | | 105.00- | 54,123.49 |
| 4/10 | Check   13360 *Sub Evan* | | 150.00- | 53,973.49 |
| 4/10 | Check   13380 *Sub Evan* | | 181.50- | 53,791.99 |
| 4/10 | Check   13392 *Sub* | | 650.00- | 53,141.99 |
| 4/10 | Check   13293 *Sub* | | 1,000.00- | 52,141.99 |
| 4/10 | Check   13391 *Sub* | | 1,080.00- | 51,061.99 |
| 4/10 | Check   13385 *Sub* | | 1,300.00- | 49,761.99 |
| 4/10 | Check   13384 *Sub* | | 2,200.00- | 47,561.99 |
| 4/10 | BT0409   BEACON BUILDING   *Supply* | | 103.00- | 47,458.99 |
|      | CCD | | | |
| 4/10 | MERCH FEES TSYS/TRANSFIRST *Bank-Charge* | | 140.13- | 47,318.86 |
|      | CCD | | | |
| 4/10 | WEB PYMT   COMENITY PAY VI   *CARD* | | 165.00- | 47,153.86 |
|      | WEB   P26099548333059 | | | |
| 4/10 | PAYMENT   ONEPAY WALMART   *CARD Supply* | | 200.00- | 46,953.86 |
|      | WEB   609767100038814 | | | |
| 4/10 | Loan Pymt   LAFAYETTE FCU *Business Loan* | | 265.00- | 46,688.86 |
|      | PPD   Billiard,Connie | | | |
| 4/10 | CREDITCARD   BARCLAYCARD US *Business CARD* | | 350.00- | 46,338.86 |
|      | WEB   1400220218 | | | |
| 4/10 | 8005435636 HONDA PMT   *Business Vehicle* | | 459.82- | 45,879.04 |
|      | PPD   UBS ASSOCIATES | | | |
| 4/13 | Check   13367 *Sub Greg* | | 500.00- | 45,379.04 |
| 4/13 | Check   13404 *Sub* | | 1,000.00- | 44,379.04 |
| 4/13 | Check   13389 *Sub* | | 1,025.00- | 43,354.04 |
| 4/13 | Check   13386 *Sub* | | 1,200.00- | 42,154.04 |
| 4/13 | Check   13388 *Sub* | | 1,280.00- | 40,874.04 |
| 4/13 | Check   13390 *Sub* | | 1,280.00- | 39,594.04 |
| 4/13 | Check   13387 *Sub Larry* | | 1,517.00- | 38,077.04 |
| 4/13 | Check   13281 *Sub Painter* | | 3,300.00- | 34,777.04 |

24,739.40

Exhibit D

## DETAIL TRANSACTIONS BY DATE

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 4/13 | ONLINE PMT CAPITAL ONE  *CARD* <br> CCD | 100.00- | 34,677.04 |
| 4/13 | PAYMENT    SAMS CLUB    *CARD* <br> WEB   521333143854299 | 106.00- | 34,571.04 |
| 4/13 | ONLINE PMT  TRACTOR SUPPLY *Busines's CARD* <br> WEB   631982645271049 | 200.00- | 34,371.04 |
| 4/13 | E-PAYMENT   DISCOVER  *Business CARD* <br> WEB   8330 | 2,000.00- | 32,371.04 |
| 4/14 | Check      13237 *Boss Pmt* | 70.47- | 32,300.57 |
| 4/14 | Check      13291 *Taxes* | 300.00- | 32,000.57 |
| 4/14 | Check      13403 *Sub DHC* | 550.00- | 31,450.57 |
| 4/14 | Check      13365 *Sub DHL* | 930.00- | 30,520.57 |
| 4/14 | CRCARDPMT  CAPITAL ONE   *CARD* <br> CCD | 150.00- | 30,370.57 |
| 4/14 | PAYMENT    SYNCHRONY BANK *CARD* <br> WEB   6019918391912956 | 150.00- | 30,220.57 |
| 4/14 | WEB PYMT    COMENITY PAY VI *CARD* <br> WEB   P26102548621275 | 170.00- | 30,050.57 |
| 4/14 | 0215773001 GENERAL FLOOR IN *Supply* <br> CCD | 368.82- | 29,681.75 |
| 4/14 | WEB PAY     PAYOREXPRESSCC1 *PPL office* <br> CCD | 400.00- | 29,281.75 |
| 4/14 | ONLINE PMT  HOME DEPOT   *Supply* <br> WEB   621985768643794 | 426.00- | 28,855.75 |
| 4/14 | PURCHASE    HOME DEPOT USA I *Supply* <br> WEB   926041333389972 | 7,081.43- | 21,774.32 |
| 4/15 | Check      13381 *Supply* | 6.50- | 21,767.82 |
| 4/15 | Check      13242 *Napa* | 58.25- | 21,709.57 |
| 4/15 | Check      13382 *Brook Watv* | 119.59- | 21,589.98 |
| 4/15 | Check      13402 *Dorg sub* | 900.00- | 20,689.98 |
| 4/15 | Check      13239 *Dorg sub* | 960.00- | 19,729.98 |
| 4/15 | AUTO PAY    COMN CAP APY F1 *Business CARD* <br> WEB   P26104042463891 | 340.00- | 19,389.98 |
| 4/15 | debitpmt    Capital Blue Cro *Health Ins.* <br> WEB   #593513654 | 781.07- | 18,608.91 |
| 4/16 | Check      13400 *License* | 15.00- | 18,593.91 |
| 4/16 | Check      13283 *Printed Sub* | 600.00- | 17,993.91 |
| 4/16 | CRCARDPMT  CAPITAL ONE   *CARD* <br> CCD | 250.00- | 17,743.91 |
| 4/16 | PAYMENT    SYNCHRONY BANK *CARD* <br> WEB   524306400526092 | 400.00- | 17,343.91 |
| 4/17 | Check      13238 *CARpet sub* | 344.00- | 16,999.91 |
| 4/17 | Check      13407 *Sub* | 650.00- | 16,349.91 |
| 4/17 | Check      13292 *Sub* | 1,000.00- | 15,349.91 |

19,427.13

Exhibit D

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 4/17 | Loan Pymt  LAFAYETTE FCU  *Business Loan* | 112.00- | 15,237.91 |
|      | PPO  Billiard,Connie | | |
| 4/17 | CC PYMT    Synchrony Bank  *CARD Supply* | 383.00- | 14,854.91 |
|      | WEB  524306400526092 | | |
| 4/20 | Check           13406  *Sub* | 1,000.00- | 13,854.91 |
| 4/20 | Check           13405  *Sub* | 1,300.00- | 12,554.91 |
| 4/20 | Check           13394  *Sub* | 1,878.67- | 10,676.24 |
| 4/20 | Check           13282  *Sub* | 2,000.00- | 8,676.24 |
| 4/20 | FwWEBBCOMP  094 FwWEBB CNP  *Supply* | 475.43- | 8,200.81 |
|      | WEB  5S12231419601 | | |
| 4/20 | E-PAYMENT   DISCOVER  *Business CARD* | 1,500.00- | 6,700.81 |
|      | WEB  8330 | | |
| 4/21 | DBT CRD 1110 04/20/26 82122058  *Supply* | 1,835.28- | 4,865.53 |
|      | CREATIVE TILE CONCEPTS | | |
|      | ALLENTOWN    PA C#0477 | | |
| 4/21 | Check           13284  *Sub* | 2,000.00- | 2,865.53 |
| 4/21 | Check           13296  *Friday Sub* | 3,500.00- | 634.47- |
| 4/21 | NSF/Overdraft SC (Item Paid)  *Charge* | 35.00- | 669.47- |
| 4/22 | Deposit | 3,500.00 | 2,830.53 |
| 4/22 | INSURANCE   DONEGAL INS GRP  *Insurance* | 2,652.64- | 177.89 |
|      | WEB  8336163 | | |
| 4/22 | NSF/Overdraft SC (Item Paid)  *Charge* | 35.00- | 142.89 |
| 4/24 | Loan Pymt  LAFAYETTE FCU  *Business Loan* | 265.00- | 122.11- |
|      | PPO  Billiard,Connie | | |
| 4/24 | NSF/Overdraft SC (Item Paid)  *Charge* | 35.00- | 157.11- |
| 4/28 | Deposit | 157.11 | .00 |

19,007.02



**QNB**

Your Community Bank
PO Box 9005 • Quakertown, PA 18951

| Managing Your Accounts | |
|---|---|
| 📱 Phone Number | (800)-491-9070 |
| 🖳 Online Banking | qnbbank.com |

Date: 4/30/2026  Page: 1 of 11
Primary Account: ******3080

5391470

Jonathan R Billiard
DBA UBS Associates LLC
3771 State Rd
Coopersburg PA 18036

## CHECKING ACCOUNT

Account Title: Jonathan R Billiard
DBA UBS Associates LLC

| Small Business Checking | | | | 59 |
|---|---|---|---|---|
| ***ACCOUNT NUMBER*** | Acct Ending 3080 | Statement Dates | 4/01/26 thru 4/30/26 | |
| Previous Balance | 30,816.47 | Days this statement period | | 30 |
| 6 Deposits/Credits | 67,213.56 | Average Balance | | 19,612.51 |
| 115 Checks/Debits | 98,030.03 | Average Collected Bal | | 18,257.80 |
| Service Charge | .00 | | | |
| Interest Paid | .00 | | | |
| Ending Balance | .00 | | | |

### DETAIL TRANSACTIONS BY DATE

| Date | Description | | | Amount | Balance |
|---|---|---|---|---|---|
| 4/01 | Check | 13308 | *sub* | 778.00- | 30,038.47 |
| 4/01 | Check | 13361 | *Sub* | 1,016.00- | 29,022.47 |
| 4/01 | Check | 13358 | *General Floor* | 2,008.68- | 27,013.79 |
| 4/01 | LEASE PYMT Financial Pacifi CCD | | *Equipment* | 286.62- | 26,727.17 |
| 4/01 | PAYMENT CITI AUTOPAY WEB 251975045120018 | | *Business CARD* | 471.84- | 26,255.33 |
| 4/01 | E-PAYMENT DISCOVER WEB 8330 | | *Business CARD* | 1,500.00- | 24,755.33 |
| 4/01 | Ext Trnsfr JPMorgan Chase CCD | | *Mortage* | 2,607.68- | 22,147.65 |
| 4/02 | Check | 13280 | *sub* | 800.00- | 21,347.65 |
| 4/02 | E-PAYMENT DISCOVER WEB 7715 | | *Business CARD* | 150.00- | 21,197.65 |
| 4/02 | SYF PAYMNT AMAZON CORP WEB 604578110081580 | | *Business Supply* | 150.00- | 21,047.65 |
| 4/03 | PAYMENTS WESTERN LEHIGH CCD NTE*INV#'S 1512, 1511, 1508, 1 499, 1509, 1498\ | | *Deposit* | 27,409.97 | 48,457.62 |
| 4/03 | Deposit | | *Deposit* | 6,380.48 | 54,838.10 |

 Member FDIC



Date: 4/30/2026  Page: 2 of 11
Primary Account: ******3080

Small Business Checking          Acct Ending 3080  (Continued)

### DETAIL TRANSACTIONS BY DATE

| Date | Description | | | Amount | Balance |
|------|-------------|--|--|--------|---------|
| 4/03 | Check | 13379 | *Sub* | 650.00- | 54,188.10 |
| 4/03 | Check | 13294 | *Sub* | 1,000.00- | 53,188.10 |
| 4/03 | Check | 13378 | *Sub* | 1,080.00- | 52,108.10 |
| 4/03 | Check | 13301 | *Sub* | 1,250.00- | 50,858.10 |
| 4/03 | Check | 13279 | *Sub* | 2,000.00- | 48,858.10 |
| 4/03 | Check | 13240 | *Sub* | 2,200.00- | 46,658.10 |
| 4/03 | MOBILE PAY  MERRICK BANK  *CARD* WEB   260920501367296 | | | 103.00- | 46,555.10 |
| 4/03 | Loan Pymt  LAFAYETTE FCU  *Bussiness Loan* PPD   Billiard,Connie | | | 112.00- | 46,443.10 |
| 4/03 | CREDITCARD  BARCLAYCARD US  *Business Card* WEB   1397220535 | | | 279.80- | 46,163.30 |
| 4/06 | Check | 13355 | *Hymn Bros.* | 500.00- | 45,663.30 |
| 4/06 | Check | 13226 | *Doug Sub* | 750.00- | 44,913.30 |
| 4/06 | Check | 13363 | *Gas sub* | 800.00- | 44,113.30 |
| 4/06 | Check | 13376 | *Sub* | 1,037.50- | 43,075.80 |
| 4/06 | Check | 13243 | *Sub* | 1,215.00- | 41,860.80 |
| 4/06 | Check | 13375 | *Sub* | 1,264.00- | 40,596.80 |
| 4/06 | Check | 13377 | *Sub* | 1,296.00- | 39,300.80 |
| 4/06 | Check | 13241 | *Sub* | 1,300.00- | 38,000.80 |
| 4/06 | Check | 13244 | *Sub* | 1,535.50- | 36,465.30 |
| 4/06 | FDMS PYMT   FDMS   *checks* CCD | | | 50.86- | 36,414.44 |
| 4/06 | ONLINE PMT CAPITAL ONE  *Business CADD* CCD | | | 175.00- | 36,239.44 |
| 4/06 | ERIEXPSPAY ERIE INS GROUP  *Insurance* PPD   Jonathan R Billiard | | | 199.25- | 36,040.19 |
| 4/06 | CRCARDPMT   CAPITAL ONE  *CARD* CCD | | | 200.00- | 35,840.19 |
| 4/06 | PAYMENT     BANK OF AMERICA  *CARD* TEL | | | 250.00- | 35,590.19 |
| 4/06 | PAYMENT     SYNCHRONY BANK  *CARD* WEB   609769010010655 | | | 350.00- | 35,240.19 |
| 4/06 | CRCARDPMT  CAPITAL ONE  CCD | | | 400.00- | 34,840.19 |
| 4/06 | RESERVE     WELLS FARGO CARD  *Business Card* TEL | | | 1,114.00- | 33,726.19 |
| 4/06 | E-PAYMENT   DISCOVER  *Business Card* WEB   8330 | | | 1,500.00- | 32,226.19 |
| 4/07 | Check | 13352 | *Insurance* | 840.75- | 31,385.44 |
| 4/07 | Check | 13359 | *Login Sub* | 1,000.00- | 30,385.44 |
| 4/07 | ONLINEPYMT  MERRICK BANK  *CARD* WEB   260950501918345 | | | 250.00- | 30,135.44 |
| 4/07 | AUTO PAY    COMN CAP APY F1  *Business Card* WEB   P26096039751839 | | | 385.00- | 29,750.44 |



Date: 4/30/2026  Page: 3 of 11
Primary Account: ******3080

Small Business Checking          Acct Ending 3080  (Continued)

## DETAIL TRANSACTIONS BY DATE

| Date | Description | | Amount | Balance |
|------|-------------|---|--------|---------|
| 4/07 | PURCHASE    HOME DEPOT USA I | Supply | 2,743.95- | 27,006.49 |
|      | WEB    926040600057928 | Deposit | | |
| 4/09 | Deposit | | 18,000.00 | 45,006.49 |
| 4/09 | Check           13364 | Nick Dumpster | 401.00- | 44,605.49 |
| 4/09 | Check           13356 | Ebony supply | 652.47- | 43,953.02 |
| 4/09 | CRCARDPMT  CAPITAL ONE | CARD | 27.00- | 43,926.02 |
|      | CCD | | | |
| 4/09 | PAYMENT      CITI AUTOPAY | CARD | 471.85- | 43,454.17 |
|      | WEB    251981953340101 | | | |
| 4/09 | EBPP PMT    HUNTINGTON NATIO | Equipment | 991.68- | 42,462.49 |
|      | CCD | | | |
| 4/10 | PAYMENTS    WESTERN LEHIGH | Deposit | 11,766.00 | 54,228.49 |
|      | CCD | | | |
|      | NTE*INV#'S 1497, 1503, 1500, 1 | | | |
|      | 515, 1505\ | | | |
| 4/10 | Check           13393 | Sub Evan | 105.00- | 54,123.49 |
| 4/10 | Check           13360 | Sub Evan | 150.00- | 53,973.49 |
| 4/10 | Check           13380 | Sub Evan | 181.50- | 53,791.99 |
| 4/10 | Check           13392 | Sub | 650.00- | 53,141.99 |
| 4/10 | Check           13293 | Sub | 1,000.00- | 52,141.99 |
| 4/10 | Check           13391 | Sub | 1,080.00- | 51,061.99 |
| 4/10 | Check           13385 | Sub | 1,300.00- | 49,761.99 |
| 4/10 | Check           13384 | Sub | 2,200.00- | 47,561.99 |
| 4/10 | BT0409      BEACON BUILDING | Supply | 103.00- | 47,458.99 |
|      | CCD | | | |
| 4/10 | MERCH FEES TSYS/TRANSFIRST | Bank Charge | 140.13- | 47,318.86 |
|      | CCD | | | |
| 4/10 | WEB PYMT    COMENITY PAY VI | CARD | 165.00- | 47,153.86 |
|      | WEB    P26099548333059 | | | |
| 4/10 | PAYMENT      ONEPAY WALMART | CARD Supply | 200.00- | 46,953.86 |
|      | WEB    609767100038814 | | | |
| 4/10 | Loan Pymt  LAFAYETTE FCU | Business Loan | 265.00- | 46,688.86 |
|      | PPD    Billiard,Connie | | | |
| 4/10 | CREDITCARD  BARCLAYCARD US | Business CARD | 350.00- | 46,338.86 |
|      | WEB    1400220218 | | | |
| 4/10 | 8005435636 HONDA PMT | Business Vehicle | 459.82- | 45,879.04 |
|      | PPD    UBS ASSOCIATES | | | |
| 4/13 | Check           13367 | Sub Greg | 500.00- | 45,379.04 |
| 4/13 | Check           13404 | Sub | 1,000.00- | 44,379.04 |
| 4/13 | Check           13389 | Sub | 1,025.00- | 43,354.04 |
| 4/13 | Check           13386 | Sub | 1,200.00- | 42,154.04 |
| 4/13 | Check           13388 | Sub | 1,280.00- | 40,874.04 |
| 4/13 | Check           13390 | Sub | 1,280.00- | 39,594.04 |
| 4/13 | Check           13387 | Sub Larry | 1,517.00- | 38,077.04 |
| 4/13 | Check           13281 | Sub Painter | 3,300.00- | 34,777.04 |


**QNB**
Your Community Bank

Date: 4/30/2026 Page: 4 of 11
Primary Account: ******3080

Small Business Checking          Acct Ending 3080   (Continued)

### DETAIL TRANSACTIONS BY DATE

| Date | Description | | Amount | Balance |
|------|-------------|---|--------|---------|
| 4/13 | ONLINE PMT CAPITAL ONE *CARD* CCD | | 100.00- | 34,677.04 |
| 4/13 | PAYMENT     SAMS CLUB *CARD* WEB   521333143854299 | | 106.00- | 34,571.04 |
| 4/13 | ONLINE PMT  TRACTOR SUPPLY *Business CARD* WEB   631982645271049 | | 200.00- | 34,371.04 |
| 4/13 | E-PAYMENT   DISCOVER *Business CARD* WEB   8330 | | 2,000.00- | 32,371.04 |
| 4/14 | Check        13237 *Boss Pmt* | | 70.47- | 32,300.57 |
| 4/14 | Check        13291 *Taxes* | | 300.00- | 32,000.57 |
| 4/14 | Check        13403 *Sub DHC* | | 550.00- | 31,450.57 |
| 4/14 | Check        13365 *Sub DHC* | | 930.00- | 30,520.57 |
| 4/14 | CRCARDPMT   CAPITAL ONE *CARD* CCD | | 150.00- | 30,370.57 |
| 4/14 | PAYMENT     SYNCHRONY BANK *CARD* WEB   601918391912956 | | 150.00- | 30,220.57 |
| 4/14 | WEB PYMT    COMENITY PAY VI *CARD* WEB   P26102548621275 | | 170.00- | 30,050.57 |
| 4/14 | 0215773001 GENERAL FLOOR IN *Supply* CCD | | 368.82- | 29,681.75 |
| 4/14 | WEB PAY     PAYOREXPRESSCC1 *PPL office* CCD | | 400.00- | 29,281.75 |
| 4/14 | ONLINE PMT  HOME DEPOT *Supply* WEB   621985768643794 | | 426.00- | 28,855.75 |
| 4/14 | PURCHASE    HOME DEPOT USA I *Supply* WEB   926041333389972 | | 7,081.43- | 21,774.32 |
| 4/15 | Check        13381 *Supply* | | 6.50- | 21,767.82 |
| 4/15 | Check        13242 *Napa* | | 58.25- | 21,709.57 |
| 4/15 | Check        13382 *Brony Watr* | | 119.59- | 21,589.98 |
| 4/15 | Check        13402 *Dong sub* | | 900.00- | 20,689.98 |
| 4/15 | Check        13239 *Dong sub* | | 960.00- | 19,729.98 |
| 4/15 | AUTO PAY    COMN CAP APY F1 *Business CARD* WEB   P26104042463891 | | 340.00- | 19,389.98 |
| 4/15 | debitpmt    Capital Blue Cro *Health Ins.* WEB   #593513654 | | 781.07- | 18,608.91 |
| 4/16 | Check        13400 *License* | | 15.00- | 18,593.91 |
| 4/16 | Check        13283 *Private Sub* | | 600.00- | 17,993.91 |
| 4/16 | CRCARDPMT   CAPITAL ONE *CARD* CCD | | 250.00- | 17,743.91 |
| 4/16 | PAYMENT     SYNCHRONY BANK *CARD* WEB   524306400526092 | | 400.00- | 17,343.91 |
| 4/17 | Check        13238 *Carpet sub* | | 344.00- | 16,999.91 |
| 4/17 | Check        13407 *Sub* | | 650.00- | 16,349.91 |
| 4/17 | Check        13292 *Sub* | | 1,000.00- | 15,349.91 |



Date: 4/30/2026  Page: 5 of 11
Primary Account: ******3080

Small Business Checking          Acct Ending 3080   (Continued)

## DETAIL TRANSACTIONS BY DATE

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 4/17 | Loan Pymt  LAFAYETTE FCU  *Business loan* | 112.00- | 15,237.91 |
|      | PPD   Billiard,Connie | | |
| 4/17 | CC PYMT    Synchrony Bank  *CARD Supply* | 383.00- | 14,854.91 |
|      | WEB   524306400526092 | | |
| 4/20 | Check           13406  *sub* | 1,000.00- | 13,854.91 |
| 4/20 | Check           13405  *sub* | 1,300.00- | 12,554.91 |
| 4/20 | Check           13394  *Sub* | 1,878.67- | 10,676.24 |
| 4/20 | Check           13282  *Sub* | 2,000.00- | 8,676.24 |
| 4/20 | FWWEBBCOMP 094 FWWEBB CNP  *Supply* | 475.43- | 8,200.81 |
|      | WEB   551231419601 | | |
| 4/20 | E-PAYMENT   DISCOVER   *Business CARD* | 1,500.00- | 6,700.81 |
|      | WEB   8330 | | |
| 4/21 | DBT CRD 1110 04/20/26 82122058  *Supply* | 1,835.28- | 4,865.53 |
|      | CREATIVE TILE CONCEPTS | | |
|      | ALLENTOWN      PA C#0477 | | |
| 4/21 | Check           13284  *sub* | 2,000.00- | 2,865.53 |
| 4/21 | Check           13296  *Painting Sub* | 3,500.00- | 634.47- |
| 4/21 | NSF/Overdraft SC (Item Paid)  *Charge* | 35.00- | 669.47- |
| 4/22 | Deposit | 3,500.00 | 2,830.53 |
| 4/22 | INSURANCE   DONEGAL INS GRP  *Insurance* | 2,652.64- | 177.89 |
|      | WEB   8336163 | | |
| 4/22 | NSF/Overdraft SC (Item Paid)  *Charge* | 35.00- | 142.89 |
| 4/24 | Loan Pymt  LAFAYETTE FCU  *Business Loan* | 265.00- | 122.11- |
|      | PPD   Billiard,Connie | | |
| 4/24 | NSF/Overdraft SC (Item Paid)  *Charge* | 35.00- | 157.11- |
| 4/28 | Deposit | 157.11 | .00 |

## CHECK DETAIL

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 4/06 | 13226 | 750.00 | 4/16 | 13283 | 600.00 | 4/07 | 13359 | 1,000.00 |
| 4/14 | 13237* | 70.47 | 4/21 | 13284 | 2,000.00 | 4/10 | 13360 | 150.00 |
| 4/17 | 13238 | 344.00 | 4/14 | 13291* | 300.00 | 4/01 | 13361 | 1,016.00 |
| 4/15 | 13239 | 960.00 | 4/17 | 13292 | 1,000.00 | 4/06 | 13363* | 800.00 |
| 4/03 | 13240 | 2,200.00 | 4/10 | 13293 | 1,000.00 | 4/09 | 13364 | 401.00 |
| 4/06 | 13241 | 1,300.00 | 4/03 | 13294 | 1,000.00 | 4/14 | 13365 | 930.00 |
| 4/15 | 13242 | 58.25 | 4/21 | 13296* | 3,500.00 | 4/13 | 13367* | 500.00 |
| 4/06 | 13243 | 1,215.00 | 4/03 | 13301* | 1,250.00 | 4/06 | 13375* | 1,264.00 |
| 4/06 | 13244 | 1,535.50 | 4/01 | 13308* | 778.00 | 4/06 | 13376 | 1,037.50 |
| 4/03 | 13279* | 2,000.00 | 4/07 | 13352* | 840.75 | 4/06 | 13377 | 1,296.00 |
| 4/02 | 13280 | 800.00 | 4/06 | 13355* | 500.00 | 4/03 | 13378 | 1,080.00 |
| 4/13 | 13281 | 3,300.00 | 4/09 | 13356 | 652.47 | 4/03 | 13379 | 650.00 |
| 4/20 | 13282 | 2,000.00 | 4/01 | 13358* | 2,008.68 | 4/10 | 13380 | 181.50 |

* Denotes missing check numbers





Date: 4/30/2026  Page: 6 of 11
Primary Account: ******3080

Small Business Checking          Acct Ending 3080   (Continued)

### CHECK DETAIL

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 4/15 | 13381 | 6.50 | 4/13 | 13389 | 1,025.00 | 4/15 | 13402* | 900.00 |
| 4/15 | 13382 | 119.59 | 4/13 | 13390 | 1,280.00 | 4/14 | 13403 | 550.00 |
| 4/10 | 13384* | 2,200.00 | 4/10 | 13391 | 1,080.00 | 4/13 | 13404 | 1,000.00 |
| 4/10 | 13385 | 1,300.00 | 4/10 | 13392 | 650.00 | 4/20 | 13405 | 1,300.00 |
| 4/13 | 13386 | 1,200.00 | 4/10 | 13393 | 105.00 | 4/20 | 13406 | 1,000.00 |
| 4/13 | 13387 | 1,517.00 | 4/20 | 13394 | 1,878.67 | 4/17 | 13407 | 650.00 |
| 4/13 | 13388 | 1,280.00 | 4/16 | 13400* | 15.00 | | | |

* Denotes missing check numbers



  

Check: 13226 Amount: $750.00 Date: 4/6/2026  Check 13237 Amount $70.47 Date: 4/14/2026  Check 13238 Amount $344.00 Date: 4/17/2026 Ch

  

Check: 13239 Amount: $960.00 Date: 4/15/2026  Check 13240 Amount $2,200.00 Date: 4/3/2026  Check 13241 Amount $1,300.00 Date: 4/6/2026 Ch

  

Check: 13242 Amount: $58.25 Date: 4/15/2026  Check 13243 Amount $1,215.00 Date: 4/6/2026  Check 13244 Amount $1,535.50 Date: 4/6/2026 Ch

  

Check: 13279 Amount: $2,000.00 Date: 4/3/2026  Check 13280 Amount $800.00 Date: 4/2/2026  Check 13281 Amount $3,300.00 Date: 4/13/2026 C

  

Check: 13282 Amount: $2,000.00 Date: 4/20/2026  Check 13283 Amount $500.00 Date: 4/16/2026  Check 13284 Amount $2,000.00 Date: 4/21/2026 C

  

Check: 13291 Amount: $300.00 Date: 4/14/2026  Check 13292 Amount $1,000.00 Date: 4/17/2026  Check 13293 Amount $2000.00 Date: 4/10/2026 C





Date: 4/30/2026  Page: 8 of 11
Primary Account: ******3080

Check: 13294 Amount: $1,000.00 Date: 4/3/2026  Check: 13296 Amount: $8,500.00 Date: 4/21/2026  Check: 13301 Amount: $250.00 Date: 4/3/2026 Ch

Check: 13308 Amount: $778.00 Date: 4/1/2026  Check: 13352 Amount: $840.75 Date: 4/7/2026  Check: 13355 Amount: $500.00 Date: 4/6/2026 Che

Check: 13356 Amount: $652.47 Date: 4/9/2026  Check: 13358 Amount: $2,008.68 Date: 4/1/2026  Check: 13359 Amount: $1,000.00 Date: 4/7/2026 Ch

Check: 13360 Amount: $150.00 Date: 4/10/2026  Check: 13361 Amount: $1,016.00 Date: 4/1/2026  Check: 13363 Amount: $800.00 Date: 4/6/2026 Che

Check: 13364 Amount: $401.00 Date: 4/9/2026  Check: 13365 Amount: $930.00 Date: 4/14/2026  Check: 13367 Amount: $500.00 Date: 4/13/2026 Ch

Check: 13375 Amount: $1,264.00 Date: 4/6/2026  Check: 13376 Amount: $1,037.50 Date: 4/6/2026  Check: 13377 Amount: $1,296.00 Date: 4/6/2026 Ch



  

Check: 13378 Amount: $1,080.00 Date: 4/3/2026  Check: 13379 Amount: $650.00 Date: 4/3/2026  Check: 13380 Amount: $181.50 Date: 4/10/2026 Ch

  

Check: 13381 Amount: $6.50 Date: 4/15/2026  Check: 13382 Amount: $119.59 Date: 4/15/2026  Check: 13384 Amount: $2,200.00 Date: 4/10/2026 (

  

Check: 13385 Amount: $1,300.00 Date: 4/10/2026  Check: 13386 Amount: $1,200.00 Date: 4/13/2026  Check: 13387 Amount: $1,517.00 Date: 4/13/2026 (

  

Check: 13388 Amount: $1,280.00 Date: 4/13/2026  Check: 13389 Amount: $1,025.00 Date: 4/13/2026  Check: 13390 Amount: $1,280.00 Date: 4/13/2026 (

  

Check: 13391 Amount: $1,080.00 Date: 4/10/2026  Check: 13392 Amount: $650.00 Date: 4/10/2026  Check: 13393 Amount: $105.00 Date: 4/10/2026 Ch

  

Check: 13394 Amount: $1,878.67 Date: 4/20/2026  Check: 13400 Amount: $15.00 Date: 4/16/2026  Check: 13402 Amount: $900.00 Date: 4/15/2026 Ch



Date: 4/30/2026 Page: 10 of 11
Primary Account: ******3080

  

Check: 13403 Amount: $550.00 Date: 4/14/2026 Check 13404 Amount $1,000.00 Date: 4/13/2026 Check 13405 Amount 13404 300.00 Date: 4/20/2026 C

 

Check: 13406 Amount: $1,000.00 Date: 4/20/2026 Check 13407 Amount 13406 50.00 Date: 4/17/2026 Check     13407

Date: 4/30/2026  Page: 11 of 11

Has your mailing address changed? If so, please notify us immediately. For your convenience use form below.

NAME (PLEASE PRINT) _____

ADDRESS _____

CITY _____ STATE _____ ZIP _____

ACCOUNT NUMBER(S) AFFECTED BY CHANGE: _____

_____

DATE OF BIRTH _____ PHONE _____

EMAIL _____

SIGNATURE _____

**PLEASE REPORT ANY ERROR(S) OR DIFFERENCE(S) IMMEDIATELY. IF NONE REPORTED 60 DAYS AFTER CLOSING DATE, ACCOUNT IS CONSIDERED CORRECT.**
CALL OUR CUSTOMER SERVICE CENTER: 215-538-5605

## QNB Bank  PO Box 9005  Quakertown, PA 18951-9005

▼            DETACH HERE            ▼

### Consumer Only
#### FOR HOME EQUITY LINE OF CREDIT CUSTOMERS:
#### QNB RETAINS A SECURITY INTEREST IN YOUR REAL PROPERTY.

#### CREDIT LINE ACCOUNT INFORMATION
#### THE DAILY PERIODIC RATE MAY VARY

We calculate the FINANCE CHARGE on your account by multiplying the daily balance of your account, including current transactions, by the daily periodic rate each day during the billing cycle. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total FINANCE CHARGE for the billing cycle. To get the daily balance on which each daily finance charge is computed, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and unpaid finance charges.

Payments made at any office on non-holiday weekdays prior to 7:00 PM, or ATM before 3:00 PM will be credited to your account as of the day received. Payments made at any office or ATM at other times will be credited to your account as of the next weekday that is not a holiday. This is regardless of the payment processing schedules on your original loan documents, all other terms and conditions of which remain the same.

#### CREDIT REPORTING DISPUTES
If you believe that the information we report about your account(s) is incomplete, inaccurate or outdated, please write us at: QNB Loan Services. P.O. Box 9005, Quakertown PA 18951-9005. QNB is committed to furnishing complete and accurate information about the loans and lines of credit you may have with us to credit reporting agencies.

#### BILLING RIGHTS SUMMARY
If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us at the address shown above as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. In your letter, tell us your name, account number and the dollar amount of the suspected error. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You may call us at 215-538-5605, but doing so will not preserve your billing rights.

#### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Call us at 215-538-5605 or write us at P.O. Box 9005, Quakertown PA 18951-9005 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

Tell us your name and account number (if any); describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 for foreign-initiated or point-of-sale/debit card transactions) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes to complete our investigation.

### Commercial Only
**DISCLOSURE REGARDING ELECTRONIC "WHOLESALE CREDIT" TRANSACTIONS SUBJECT TO UNIFORM COMMERCIAL CODE ARTICLE 4A**
**Provisional Payment:** Credit given by us to you with respect to an ACH Credit entry is provisional until we receive final settlement for such entry through a Federal Reserve Bank. If we do not receive such final settlement, you are hereby notified and agree that we are entitled to a refund of the amount credited to you in connection with such entry, and the party making payment to you via such entry (i.e. the originator of the entry) shall not be deemed to have paid you in the amount of such entry.

**Notice of Receipt of Entry:** Under the operating Rules of the National Automated Clearing House Association, which are applicable to ACH transactions involving your account, we are not required to give next day notice to you of receipt of an ACH item and we will not do so. However, we will continue to notify you of the receipt of payments in the periodic statements we provide to you.

**Choice of Law:** We may accept, on your behalf payments to your account which have been transmitted through one or more Automated Clearing Houses and which are not subject to the Electronic Funds Transfer Act and your rights and obligations with respect to such payments shall be construed in accordance with and governed by the laws of the Commonwealth of Pennsylvania.

# QNB-Online

QNBbank.com

**Customer Service Center: 215-538-5605 or 800-491-9070**

**QNB-Voice 24-Hour Telephone Banking: 215-538-5760**

For a list of QNB Bank branch locations, please visit our website or call our Customer Service Center.

QTNB (Rev. 06/19)


Member FDIC

# Wells Fargo Combined Statement of Accounts

April 15, 2026 ■ Page 1 of 6



JONATHAN R BILLIARD
3771 STATE RD
COOPERSBURG PA 18036-1642

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Spot the latest tax scam

Scammers posing as a tax consulting service are calling claiming you owe back taxes or have missed filings. They urge you to call them back immediately to "resolve" your tax debt. They often insist this is your "only chance" to avoid penalties.

Red Flags
- Unexpected calls regarding a tax issue.
- Claims of notices sent that you never received.
- Messages saying press a number to "be removed," a common scammer tactic to confirm working phone numbers.

What to Do
- Let unknown callers go to voicemail.
- Do NOT call back or share personal information.
- If you have concerns, contact the IRS directly - never use the number left on a voicemail.

For more information go to wellsfargo.com/spottaxscams

**WELLS FARGO**

## Summary of accounts

### Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| WELLS FARGO CLEAR ACCESS BANKING ℠ (Your primary account) | 2 | 1716024078 | 0.00 | 100.00 |
| WELLS FARGO WAY2SAVE® SAVINGS | 3 | 2007382597 | 100.00 | 100.00 |
| | | Total deposit accounts | $100.00 | $200.00 |

## Wells Fargo Clear Access Banking ℠

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/18 | $0.00 |
| Deposits/Additions | 100.00 |
| Withdrawals/Subtractions | - 0.00 |
| Ending balance on 4/15 | $100.00 |

Account number: 1716024078 (primary account)

JONATHAN R BILLIARD

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

### Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/18 | | Deposit | 100.00 | | 100.00 |
| Totals | | | $100.00 | $0.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| | | |
|---|---|---|
| Fee period: 03/18/2026 - 03/18/2026 | Standard monthly service fee $5.00 | You paid $0.00 |

The fee is waived for this period because you met the following waiver.

Your monthly service fee can be avoided with any one of the following each fee period:

- Primary account owner is 13-24 years old

- A qualifying monthly non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking Program

- Qualifying electronic deposits totaling $250.00 or more



# ☑ IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

# Wells Fargo Way2Save® Savings

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $100.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| Ending balance on 4/15 | $100.00 |

Account number: 2007382597

JONATHAN R BILLIARD

Pennsylvania account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 031000503

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $100.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2026 - 04/15/2026 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|

**WELLS FARGO**

---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| • Minimum daily balance | $300.00 | $100.00 ☐ |
| • A daily automatic transfer from a linked Wells Fargo checking account | $1.00 | $0.00 ☐ |
| • Save As You Go® transfer from a linked Wells Fargo checking account | $1.00 | $0.00 ☐ |
| • An automatic transfer from a linked Wells Fargo checking account each fee period | $25.00 | $0.00 ☐ |
| • Age of primary account owner | 0 - 24 | ☐ |
| • | | |

AM/AM

 IMPORTANT ACCOUNT INFORMATION

---

We're changing the timing of when the monthly service fee is posted to your account. Currently, the monthly service fee is assessed and posted on the last day of the fee period. Effective on or after May 18, 2026, if a monthly service fee is assessed, we will calculate it on the last business day of the fee period. Then, the fee will post on the first business day of the next fee period.

Due to this change in timing, your first statement after this change, won't include a monthly service fee and the monthly service fee summary will be blank, but both will be reflected on your next statement. Subsequent statements will include both the monthly service fee, if applicable, and the summary.

Your fee period details are available in the Monthly service fee summary in this statement.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**WELLS FARGO**

---

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:**

  Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**

  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

April 15, 2026 ■ Page 6 of 6

**WELLS FARGO**

## Account Balance Calculation Worksheet

| Number | Items outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | Total $ |  |

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
A. The ending balance
shown on your statement................. $_____

### ADD
B. Any deposits listed in your    $_____
register or transfers into    $_____
your account which are not    $_____
shown on your statement.    +$_____
................................. TOTAL $_____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)
.......................... TOTAL $_____

### SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above. ....... . -$_____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. ......... ............. $_____

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



*April* *April 30th*

UBS ASSOCIATES LLC

| JOBS NAME | HART | HARKINS | HARKINS | ABDULLAH | BURKE | | |
|---|---|---|---|---|---|---|---|
| TOTAL OF JOB | 115,000.00 | 43,000.00 | 50,450.00 | 79,500.00 | 36,500.00 | | |
| DATES | 3/2/26-3/27/26 | 3/30/26-4/10/26 | 4/13/26-4/24/26 | 5/1/26-5/22/26 | 5/25/26-6/2/26 | | |
| SUPPLY | 17,266.88 | 10,663.43 | 12,394.86 | 16,205.72 | 12,750.00 | | |
| TRUCK PAYENT | 8,523.48 | 2,130.79 | 4,261.58 | 6,392.37 | 2,130.79 | | |
| TRUCK INSURANCE | 3,675.00 | 718.75 | 1,437.50 | 2,156.25 | 718.75 | | |
| TRUCK LICENSE | 110.00 | 25.00 | | 414.00 | 110.00 | | |
| JON SALARY | 9,000.00 | 4,500.00 | 4,500.00 | 6750.00 | 2,250.00 | | |
| FUEL | 1,982.00 | 495.50 | 991.00 | 1,486.50 | 495.50 | | |
| PHONE COST | 971.00 | 242.75 | 485.50 | 728.25 | 242.75 | | |
| LIABILITY INSURANCE | 875.00 | 242.87 | 485.74 | 728.61 | 242.87 | | |
| SUB COST | 52,800.00 | 18,658.00 | 15,608.00 | 29,265.00 | 11,706.00 | | |
| OFFICE SUPPLY | 175.00 | 30.00 | | 75.00 | 40.00 | | |
| TOLLS | | | | | | | |
| MAINTENANCE | | | | | | | |
| PERMITS | | | | 1,340.00 | | | |
| TRAILER COST | | | | | | | |
| EQUIPMENT COST | 17,171.64 | 4,292.91 | 8,585.82 | 12,878.73 | 4,292.91 | | |
| SUB V-5 FEES | 500.00 | | 500.00 | | 500.00 | | |
| LAWYER FEES | | 250.00 | 250.00 | | 250.00 | | |
| TOTAL EXPENSE | 113,050.00 | 42,250.00 | 49,499.76 | 78,420.43 | 35,729.57 | | |
| NET INCOME | 1,950.00 | 750.00 | 950.24 | 1,079.57 | 770.43 | | |
| | | | | | | | |

1