May 1st — May 31th

## UBS ASSOCIATES LLC

| JOB NAMES | MOUCHERON | STEIGERWALT | PAASSHAUS | WHITE | MOLZAHN | CELESTE |
|---|---|---|---|---|---|---|
| TOTAL OF JOB | 61,000 | 31,921.70 | 45,784.77 | 17,400.00 | 55,135.28 | 36,000.00 |
| DATES | 6/3/26-6/29/26 | 6/30/26-7/14/26 | 7/15/26-7/31/26 | 8/3/26-8/7/26 | 8/10/26-8/28/26 | 8/29/26-9/12/26 |
| SUPPLY | 11,500.00 | 4,450.00 | 8,850.00 | 2,150.00 | 11,400.00 | 6,500.00 |
| INSURANCE | 2,731.25 | 1,581.25 | 1,868.75 | 718.75 | 2,156.25 | 1,437.50 |
| LIABILITY INS | 922.83 | 534.27 | 631.41 | 242.85 | 728.55 | 485.70 |
| TRUCK PAYMENT | 8,096.85 | 4,687.65 | 5,539.95 | 2,130.75 | 6,392.25 | 4,261.50 |
| TRUCK LICENSE | | | 450.00 | | 844.00 | |
| TRUCK SUPPLY | | | | | | |
| FUEL | 1,882.90 | 1,090.10 | 1,288.30 | 495.50 | 1,486.50 | 991.00 |
| PERMITS | | | | | | |
| MAINTENANCE | | | | | | |
| CELL PHONES | 922.45 | 534.05 | 631.15 | 242.75 | 728.25 | 485.50 |
| TOLLS | | | | | | |
| SUB COST | 12,500.00 | 6,100.00 | 10,450.00 | 5,500.00 | 15,000.00 | 10.450.00 |
| OFFICE SUPPLY | | | | | | |
| TRAILER COST | | | | | | |
| EQUIPMENT COST | 16,313.02 | 9,444.38 | 11,161.54 | 4,292.90 | 12,878.70 | 8,585.80 |
| COURT COST | 250.00 | | 250.00 | | 250.00 | |
| TOTAL EXPENSE | 55,119.30 | 28,421.70 | 41,121.10 | 15,773.50 | 51,864.50 | 33,197.00 |
| NET INCOME | 5,880.70 | 3,500.00 | 3,878.90 | 1,626.50 | 3,270.78 | 2,803.00 |

1

**Fill In this information to identify the case:**

Debtor Name __UBS Associates LLC__

United States Bankruptcy Court for the: _____ District of _____

Case number: __26-10564__

☐ Check If this Is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __April 1th – April 30th__    Date report filed: __5/10/26__
                                                        MM /DD / YYYY

Line of business: _____    NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Jonathan R Billiard__

Original signature of responsible party __(signature)__

Printed name of responsible party __Jonathan R Billiard__

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise Indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions In lines 1-9, attach an explanation and label It *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions In lines 10-18, attach an explanation and label It *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than Inventory? | ☐ | ☒ | ☐ |
| 12 | Have you sold or transferred any assets or provided services to anyone related to the DIP In any way? | ☐ | ☒ | ☐ |
| 13 | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16 | Has anyone made an Investment In your business? | ☐ | ☒ | ☐ |

Debtor Name  UBS Associates LLC

Case number  X-10564

17. Have you paid any bills you owed before you filed bankruptcy?  ☒ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☒ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$30,816.47

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$67,213.56

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

-$96,734.03

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $29,520.47

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $60,336.94

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

(Exhibit E)

$ NONE

Debtor Name  UBS Associates LLC                    Case number  26-10564

17. Have you paid any bills you owed before you filed bankruptcy?   ☒ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☒ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 41,587.48

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 164,782.26

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.

Before  33,764.95

Report the total from *Exhibit D* here.

– $ 156,959.73

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 7,822.53

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

= $ 49,410.01

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

$ NONE

     *(Exhibit E)*

**Exhibit F**

**money owed**

Edwards - 4,900.00

HART - 4,250.00

Hazkett - 28,500.00

Cruz - 1,600.00

Ruggiero - 1,150.00

Harkins - 800.00

ABDULLAH - 18,000

Wolfe - 9,800.00

Best - 3,500.00

Silberman - 5,250.00

Marjorie - 4,650.00

Cole - 2,450.00

Shelton - 12,500.00

Crachi - 1,000.00

Renetto - 400.00

Lynch - 2,570.90

Decker - 1,349.41

Rodriguez - 1,247.43

Aguliar - 8,000

Moucheron - 1,000.00

Molzahn - 22,700.00

Total 135,657.74

Debtor Name __UBS Assocites LLC__     Case number __26-10564__

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables

(*Exhibit F*)

$135,657.74

## 5. Employees

26. What was the number of employees when the case was filed?     NONE

27. What is the number of employees as of the date of this monthly report?     NONE

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ NONE

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ NONE

30. How much have you paid this month in other professional fees?     $ NONE

31. How much have you paid in total other professional fees since filing the case?     $ NONE

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | Column B | Column C |
|---|---|---|---|
| | Projected | — Actual | = Difference |
| | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. Cash receipts | $97,869.44 | – $164,782.26 | = $66,912.92 |
| 33. Cash disbursements | $55,749.75 | – $156,959.73 | = $101,169.99 |
| 34. Net cash flow | $42,079.69 | – $7,822.53 | = $34,257.16 |

35. Total projected cash receipts for the next month:     $164,782.26

36. Total projected cash disbursements for the next month:     - $156,959.73

37. Total projected net cash flow for the next month:     = $7,822.53

Debtor Name _UBS Associates LLC_____     Case number _26·10564_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☒ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☒ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports

Print     Save As...     Reset

# Initiate Business Checking℠

May 31, 2026 ■ Page 1 of 7



UBS ASSOCIATES LLC
DEBTOR IN POSSESSION
CH11 CASE #26-10564 (EPA)
3771 STATE RD
COOPERSBURG PA 18036-1642

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Fraud and scam tips to help keep your money and information safe

Quickly spot check fraud and scams
- Review check images at least monthly. If something doesn't look right, report it right away.
- Verify your recipient received the check.
- Set up "Checks posted yesterday" alerts in the Wells Fargo Mobile® app* or online banking to be notified when a check clears.
- Be wary if anyone sends you a check and asks you to send money back. That's likely a scam.

Government impersonation scams

Here's what to know:
- Scammers pose as government agencies to get your money or personal information.
- Never share your Social Security or Medicare number unless you're the one who initiated the contact.
- If you have a real tax issue, the IRS will always send you a letter. Hang up on unexpected calls from the IRS, even if the caller already has your Social Security number.
- If anyone urges you to move your money to a different account for any reason, even to "protect it", assume it's a scam.

May 31, 2026 ■ Page 2 of 7



Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate "who" and "why". You are in control when it's your money.

* Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $33,764.95 |
| Deposits/Credits | 164,782.26 |
| Withdrawals/Debits | - 156,959.73 |
| Ending balance on 5/31 | $41,587.48 |

Account number: 1716024086 (primary account)

UBS ASSOCIATES LLC
DEBTOR IN POSSESSION
CH11 CASE #26-10564 (EPA)

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Western Lehigh Payments Ubs Associates NTE*Inv# 1529, 1530, 1518, 1527, 1528, 1517, 1512 | 41,705.09 | | |
| 5/1 | | eDeposit IN Branch 05/01/26 11:57:26 Am 4 S Main St Coopersburg PA 8669 | 9,700.00 | | |
| 5/1 | | Service Electric E-Payment 260429 0783548336 Ubs | | 333.11 | |
| 5/1 | | < Business to Business ACH Debit - Jpmorgan Chase Ext Trnsfr 260501 29014113061 Jonathan R Billiard | | 2,607.68 | |
| 5/1 | | Discover E-Payment 260501 8330 Billiard Connie | | 4,600.00 | 77,629.25 |
| 5/4 | | Online Transfer to Jonathan R Billiard Business Market Rate Savings xxxxxx1187 Ref #Ib0Xwtbwmq on 05/02/26 | | 200.00 | |
| 5/4 | | Online Transfer Ref #Ib0Xwtbz27 to Wells Fargo Cash Wise VISA Signature Car Xxxxxxxxxxxx6430 on 05/02/26 | | 417.00 | |
| 5/4 | | < Business to Business ACH Debit - ADP Payroll Fees ADP Fees 260504 9252416663062 719725263Ubs Associate | | 84.00 | |
| 5/4 | | < Business to Business ACH Debit - General Floor IN 0215773001 050126 74454237 Ubs Associates | | 830.43 | |
| 5/4 | 13302 | Check | | 1,000.00 | |
| 5/4 | 13306 | Check | | 2,014.00 | |
| 5/4 | | Discover E-Payment 260502 8330 Billiard Connie | | 1,107.42 | |
| 5/4 | 13335 | Check | | 1,500.00 | |
| 5/4 | 13333 | Check | | 212.85 | |
| 5/4 | | < Business to Business ACH Debit - ADP Wage Pay Wage Pay 260504 3976040581219LF Ubs Associates LLC Ubs | | 11,925.00 | 58,338.55 |
| 5/5 | | 094 Fwwebb Cnp Fwwebbcomp 552163999121 Jonathan Billiard | | 213.99 | |
| 5/5 | | Honda Pmt 8005435636 C26124 2W7Tlezxi38Yesb Ubs Associates | | 459.82 | |
| 5/5 | | 094 Fwwebb Cnp Fwwebbcomp 552164151200 Jonathan Billiard | | 943.86 | |
| 5/5 | | Home Depot USA I Purchase 926050433392436 Ubs Associates | | 9,205.95 | |
| 5/5 | 13331 | Check | | 274.57 | 47,240.36 |
| 5/6 | | Erie Ins Group Eriexpspay Q080611512 Jonathan R Billiard | | 199.25 | |
| 5/6 | 13336 | Check | | 3,500.00 | 43,541.11 |
| 5/7 | | eDeposit IN Branch 05/07/26 02:33:54 PM 4 S Main St Coopersburg PA 8669 | 6,200.00 | | |
| 5/7 | | < Business to Business ACH Debit - Financial Pacifi Lease Pymt 050626 015-2677081-301 Ubs Associates LLC | | 286.62 | |

May 31, 2026 ■ Page 3 of 7



---

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/7 | < | Business to Business ACH Debit - Payorexpressccl Web Pay 260506 7984118--231287 Ubs 1 | | 401.58 | |
| 5/7 | 13329 | Check | | 104.72 | |
| 5/7 | 13330 | Check | | 432.04 | 48,516.15 |
| 5/8 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1533, 1499, 1532, 1503, 1520, 1534, 15 | 17,072.96 | | |
| 5/8 | < | Business to Business ACH Debit - Hajoca Corporati BT0507 050726 000000355315826 Ubs Associates | | 600.00 | |
| 5/8 | | Donegal Ins Grp Insurance 260507 4119408 NA *Ubs Associates LLC | | 845.75 | |
| 5/8 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260508 6270998234929LF Ubs Associates LLC Ubs | | 587.00 | |
| 5/8 | 13307 | Check | | 500.00 | |
| 5/8 | | Discover E-Payment 260508 8330 Billiard Connie | | 2,052.73 | 61,003.63 |
| 5/11 | | Purchase authorized on 05/08 Colonial Electric 610-312-8100 PA S386128483310423 Card 8669 | | 789.06 | |
| 5/11 | 13340 | Deposited OR Cashed Check | | 1,781.00 | |
| 5/11 | 13337 | Check | | 2,300.00 | |
| 5/11 | 13303 | Check | | 1,000.00 | |
| 5/11 | | Lowes Syf Paymnt May 11 798192739454244 Billardconstance | | 250.00 | |
| 5/11 | | Discover E-Payment 260510 8330 Billiard Connie | | 552.40 | |
| 5/11 | | Barclaycard US Creditcard 1411663061 Connie Billiard | | 881.53 | |
| 5/11 | | Discover E-Payment 260511 8330 Billiard Connie | | 975.70 | |
| 5/11 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260511 5540984774149LF Ubs Associates LLC Ubs | | 11,670.00 | 40,803.94 |
| 5/12 | | Bankcard Fee - 0384007553 | | 19.95 | |
| 5/12 | | Bankcard Discount Fee - 0384007553 | | 88.15 | |
| 5/12 | 13334 | Deposited OR Cashed Check | | 1,142.50 | |
| 5/12 | | Capital Blue Cro Debitpmt 260511 #605199526 Jonathan R Billiard | | 781.07 | |
| 5/12 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260511 Htf Ubs Associates, LLC | | 991.68 | |
| 5/12 | | Home Depot USA I Purchase 926051133394922 Ubs Associates | | 9,829.20 | |
| 5/12 | 13339 | Check | | 167.00 | 27,784.39 |
| 5/13 | | 05/13Bankcard Deposit -0384007553 | 15,000.00 | | |
| 5/13 | 13332 | Check | | 410.88 | |
| 5/13 | | Discover E-Payment 260513 8330 Billiard Connie | | 1,064.54 | 41,308.97 |
| 5/14 | 13309 | Check | | 2,436.57 | |
| 5/14 | | Barclaycard US Creditcard 1413230275 Connie Billiard | | 142.60 | |
| 5/14 | | Synchrony Bank Payment May 14 6019183919129 56 Billiard,Tiffany | | 178.00 | |
| 5/14 | < | Business to Business ACH Debit - Payorexpressccl Web Pay 260513 8042816--231287 Ubs 1 | | 400.00 | |
| 5/14 | 13344 | Check | | 1,500.00 | 36,651.80 |
| 5/15 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1511, 1535, 1519, 1524, 1499, 1536, 15 | 18,102.78 | | |
| 5/15 | 13355 | Cashed Check | | 600.00 | |
| 5/15 | 13341 | Deposited OR Cashed Check | | 540.00 | |
| 5/15 | 13342 | Deposited OR Cashed Check | | 600.00 | |
| 5/15 | | Barclaycard US Creditcard 1413792818 Connie Billiard | | 443.52 | |
| 5/15 | 13308 | Check | | 2,000.00 | |
| 5/15 | 13352 | Check | | 15.00 | |
| 5/15 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260515 9336415829159LF Ubs Associates LLC Ubs | | 235.00 | |
| 5/15 | 13356 | Check | | 2,500.00 | |
| 5/15 | | Discover E-Payment 260515 8330 Billiard Connie | | 891.94 | 46,929.12 |
| 5/18 | | Onepay Walmart Syf Paymnt May 18 609767100038814 Billiardjon | | 173.00 | |
| 5/18 | | T-Mobile Fdc Paymen 260516 7288249 Ubs | | 450.00 | |
| 5/18 | | Discover E-Payment 260516 8330 Billiard Connie | | 571.03 | |
| 5/18 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260515 IItf Ubs Associates, LLC | | 1,138.00 | |

May 31, 2026 ■ Page 4 of 7



**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 5/18 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260518 7920817804829LF Ubs Associates LLC Ubs | | 11,340.00 | 33,257.09 |
| 5/19 | | 05/19Bankcard Deposit -0384007553 | 9,128.50 | | |
| 5/19 | | eDeposit IN Branch 05/19/26 10:33:33 Am 4 S Main St Coopersburg PA 8669 | 4,584.77 | | |
| 5/19 | | eDeposit IN Branch 05/19/26 10:38:03 Am 4 S Main St Coopersburg PA 8669 | 1,800.00 | | |
| 5/19 | | Lowes Syf Paymnt May 19 798192739454244 Billardconstance | | 350.00 | |
| 5/19 | | Donegal Ins Grp Insurance 260518 7847086 NA *Ubs Associates LLC | | 2,652.64 | |
| 5/19 | 13353 | Check | | 15.00 | |
| 5/19 | 13357 | Check | | 1,000.00 | 44,752.72 |
| 5/20 | | Home Depot USA I Purchase 926051933397749 Ubs Associates | | 7,934.34 | |
| 5/20 | 13345 | Check | | 1,000.00 | 35,818.38 |
| 5/21 | 13360 | Cashed Check | | 600.00 | |
| 5/21 | 13354 | Check | | 250.00 | |
| 5/21 | < | Business to Business ACH Debit - Payorexpressccl Web Pay 260520 8042816--231287 Ubs 1 | | 400.00 | |
| 5/21 | | Discover E-Payment 260521 8330 Billiard Connie | | 1,414.39 | 33,153.99 |
| 5/22 | 13358 | Deposited OR Cashed Check | | 690.00 | |
| 5/22 | | Barclaycard US Creditcard 1416196238 Connie Billiard | | 417.96 | |
| 5/22 | 13310 | Check | | 2,300.00 | |
| 5/22 | 13361 | Check | | 1,500.00 | |
| 5/22 | | Discover E-Payment 260522 8330 Billiard Connie | | 446.46 | 27,799.57 |
| 5/26 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1520, 1499, 1538, 1539, 1534\ | 24,214.62 | | |
| 5/26 | 13346 | Check | | 1,000.00 | |
| 5/26 | | Discover E-Payment 260523 8330 Billiard Connie | | 437.64 | |
| 5/26 | | Lowes Syf Paymnt May 26 798192739454244 Billardconstance | | 500.00 | |
| 5/26 | | Citi Card Online Payment 260525 432020286173643 Connie Billiard | | 600.00 | |
| 5/26 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260526 2701069409689LF Ubs Associates LLC Ubs | | 10,336.00 | 39,140.55 |
| 5/27 | | Service Electric E-Payment 260525 0783548336 Ubs | | 333.11 | |
| 5/27 | | T-Mobile PCS Svc 260526 0593486 Ubs | | 473.30 | |
| 5/27 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260526 Htf Ubs Associates, LLC | | 641.35 | 37,692.79 |
| 5/28 | < | Business to Business ACH Debit - State Farm Ro 27 Cpc-Client 13 S 1387725713 Jonathan Billiard | | 67.76 | |
| 5/28 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260527 Htf Ubs Associates, LLC | | 90.44 | |
| 5/28 | < | Business to Business ACH Debit - Payorexpressccl Web Pay 260527 8042816--231287 Ubs 1 | | 401.58 | 37,133.01 |
| 5/29 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1540, 1503, 1533, 1538, 1535, 1532, 15 | 17,273.54 | | |
| 5/29 | 13365 | Cashed Check | | 600.00 | |
| 5/29 | | Online Transfer to Billiard J Everyday Checking xxxxxx5755 Ref #Tb0Y9Rf85J on 05/29/26 | | 1,000.00 | |
| 5/29 | | Citi Card Online Payment 260528 432025116518622 Connie Billiard | | 400.00 | |
| 5/29 | | Barclaycard US Creditcard 1418514211 Connie Billiard | | 566.72 | |
| 5/29 | | Home Depot USA I Purchase 926052800062640 Ubs Associates | | 5,142.43 | |
| 5/29 | 13364 | Check | | 2,000.00 | |
| 5/29 | 13362 | Check | | 1,500.00 | |
| 5/29 | | Discover E-Payment 260529 8330 Billiard Connie | | 1,571.32 | |
| 5/29 | | Transactions Fee | | 0.50 | |
| 5/29 | | Cash Deposit Processing Fee | | 38.10 | 41,587.48 |
| **Totals** | | | **$164,782.26** | **$156,959.73** | |



## Transaction History (continued)

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Summary of checks written(checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 13302 | 5/4 | 1,000.00 | 13334 | 5/12 | 1,142.50 | 13353 | 5/19 | 15.00 |
| 13303 | 5/11 | 1,000.00 | 13335 | 5/4 | 1,500.00 | 13354 | 5/21 | 250.00 |
| 13306 * | 5/4 | 2,014.00 | 13336 | 5/6 | 3,500.00 | 13355 | 5/15 | 600.00 |
| 13307 | 5/8 | 500.00 | 13337 | 5/11 | 2,300.00 | 13356 | 5/15 | 2,500.00 |
| 13308 | 5/15 | 2,000.00 | 13339 * | 5/12 | 167.00 | 13357 | 5/19 | 1,000.00 |
| 13309 | 5/14 | 2,436.57 | 13340 | 5/11 | 1,781.00 | 13358 | 5/22 | 690.00 |
| 13310 | 5/22 | 2,300.00 | 13341 | 5/15 | 540.00 | 13360 * | 5/21 | 600.00 |
| 13329 * | 5/7 | 104.72 | 13342 | 5/15 | 600.00 | 13361 | 5/22 | 1,500.00 |
| 13330 | 5/7 | 432.04 | 13344 * | 5/14 | 1,500.00 | 13362 | 5/29 | 1,500.00 |
| 13331 | 5/5 | 274.57 | 13345 | 5/20 | 1,000.00 | 13364 * | 5/29 | 2,000.00 |
| 13332 | 5/13 | 410.88 | 13346 | 5/26 | 1,000.00 | 13365 | 5/29 | 600.00 |
| 13333 | 5/4 | 212.85 | 13352 * | 5/15 | 15.00 | | | |

* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2026 - 05/31/2026 | Standard monthly service fee $0.00 | You paid $0.00 |
|---|---|---|
| C1/V6 | | |

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 17,700 | 5,000 | 12,700 | 0.0030 | 38.10 |
| Transactions | 101 | 100 | 1 | 0.50 | 0.50 |
| Total service charges | | | | | $38.60 |

 IMPORTANT ACCOUNT INFORMATION



Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

May 31, 2026 ■ Page 7 of 7

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
   shown on your statement ........................ $ _____

**ADD**

B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.            + $ _____

   ..................................... TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   ..................................... TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
   withdrawals from the chart above ............. - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register ......................... $ _____

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |