IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| UBS Associates, LLC, | § § | Case No. 26-10564 (PMM) |
| *Debtor*. | § § § | |

## ORDER

**AND NOW**, whereas the above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code, AND the Court having held a status conference on April 7, 2026, AND the Debtor's proposed plan of reorganization having been filed on May 13, 2026 [doc. #53] (the "Original Plan"), BUT the Debtor having requested a continuation of the Confirmation Hearing, apparently for the purpose of amending the Original Plan in response to several Objections thereto, AND the Debtor never having filed a Report of Plan Voting, it is hereby **ORDERED** that the following dates and deadlines will govern the procedure of this case:

1. Deadline to File Amended Plan. **Wednesday, July 15, 2026**, is the deadline for the Debtor to file an amended plan of reorganization (the "Amended Plan").

2. Confirmation Hearing. The Court shall hold a hearing on confirmation of the Amended Plan on **Tuesday, August 25, 2026**, at **11:00AM EST**, at the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn Street, Reading, Pennsylvania, 19601.

3. Deadline to Make §1111(b)(2) Election. A secured creditor making an election under 11 U.S.C. §1111(b)(2) must do so no later than **Tuesday, August 18, 2026**.

4. Objections to Plan. **Tuesday, August 18, 2026**, is the deadline for filing and serving written objections to confirmation of the Amended Plan pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules*.

5. Voting on the Plan. **Tuesday, August 18, 2026**, is the deadline for submitting acceptances or rejections of the Amended Plan. Acceptances and rejections must

be submitted to the Debtor's attorney:

**MAGGIE S. SOBOLESKI**
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-620-2132
Email: msoboleski@kmllawgroup.com

6.    Report of Plan Voting. On or before **Thursday, August 20, 2026**, the Debtor shall file a report of plan voting with the Court.

7.    Service of Plan Documents. On or before **Monday, July 20, 2026**, the Debtor shall serve a copy of this Scheduling Order and the Amended Plan on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d). Debtor shall also serve a ballot on all creditors and equity security holders entitled to vote on the plan.

8.    Certificate of Service of Plan Documents. On or before **Wednesday, July 22, 2026**, the Debtor  shall  file with the Court a  certificate  of  service  of  this Scheduling  Order,  the Amended Plan, and ballot.

Date: July 7, 2026

_____
Hon. Patricia M. Mayer,
United States Bankruptcy Judge