United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 26-10564-pmm

UBS ASSOCIATES, LLC                                                    Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                      Page 1 of 2

Date Rcvd: Jul 07, 2026                    Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

**Recip ID                    Recipient Name and Address**
db                     + UBS ASSOCIATES, LLC, 3771 State Road, Coopersburg, PA 18036-1642

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

**Name                          Email Address**

HOLLY SMITH MILLER, ESQ.
                    hsmiller@gsbblaw.com  chsm11@trustesolutions.net

KRISTEN WETZEL LADD
                    on behalf of Creditor Wells Fargo Vendor Financial Services  LLC kladd@utbf.com, ddays@utbf.com

MAGGIE S SOBOLESKI
                    on behalf of Debtor UBS ASSOCIATES  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

MILOS GVOZDENOVIC
                    on behalf of Creditor First Citizens Bank & Trust Company mgvozdenovic@weltman.com  pitecf@weltman.com

RACHEL WOLF
                    on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4                                    User: admin                                              Page 2 of 2
Date Rcvd: Jul 07, 2026                            Form ID: pdf900                                  Total Noticed: 1

WILLIAM EDWARD CRAIG

        on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
        mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| UBS Associates, LLC, | § | Case No. 26-10564 (PMM) |
|  | § |  |
| *Debtor*. | § |  |
|  | § |  |

## ORDER

**AND NOW**, whereas the above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code, AND the Court having held a status conference on April 7, 2026, AND the Debtor's proposed plan of reorganization having been filed on May 13, 2026 [doc. #53] (the "Original Plan"), BUT the Debtor having requested a continuation of the Confirmation Hearing, apparently for the purpose of amending the Original Plan in response to several Objections thereto, AND the Debtor never having filed a Report of Plan Voting, it is hereby **ORDERED** that the following dates and deadlines will govern the procedure of this case:

1. Deadline to File Amended Plan. **Wednesday, July 15, 2026**, is the deadline for the Debtor to file an amended plan of reorganization (the "Amended Plan").

2. Confirmation Hearing. The Court shall hold a hearing on confirmation of the Amended Plan on **Tuesday, August 25, 2026**, at **11:00AM EST**, at the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn Street, Reading, Pennsylvania, 19601.

3. Deadline to Make §1111(b)(2) Election. A secured creditor making an election under 11 U.S.C. §1111(b)(2) must do so no later than **Tuesday, August 18, 2026**.

4. Objections to Plan. **Tuesday, August 18, 2026**, is the deadline for filing and serving written objections to confirmation of the Amended Plan pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules*.

5. Voting on the Plan. **Tuesday, August 18, 2026**, is the deadline for submitting acceptances or rejections of the Amended Plan. Acceptances and rejections must

be submitted to the Debtor's attorney:

**MAGGIE S. SOBOLESKI**
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-620-2132
Email: msoboleski@kmllawgroup.com

6. Report of Plan Voting. On or before **Thursday, August 20, 2026**, the Debtor shall file a report of plan voting with the Court.

7. Service of Plan Documents. On or before **Monday, July 20, 2026**, the Debtor shall serve a copy of this Scheduling Order and the Amended Plan on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d). Debtor shall also serve a ballot on all creditors and equity security holders entitled to vote on the plan.

8. Certificate of Service of Plan Documents. On or before **Wednesday, July 22, 2026**, the Debtor shall file with the Court a certificate of service of this Scheduling Order, the Amended Plan, and ballot.

Date: July 7, 2026

_____
Hon. Patricia M. Mayer,
United States Bankruptcy Judge

2