## UBS ASSOCIATES LLC

| JOB NAMES | MOUCHERON | STEIGERWALT | PAASSHAUS | WHITE | MOLZAHN | CELESTE |
|---|---|---|---|---|---|---|
| TOTAL OF JOB | 61,000 | 31,921.70 | 45,784.77 | 17,400.00 | 55,135.28 | 36,000.00 |
| DATES | 6/3/26-6/29/26 | 6/30/26-7/14/26 | 7/15/26-7/31/26 | 8/3/26-8/7/26 | 8/10/26-8/28/26 | 8/29/26-9/12/26 |
| SUPPLY | 11,500.00 | 4,450.00 | 8,850.00 | 2,150.00 | 11,400.00 | 6,500.00 |
| INSURANCE | 2,731.25 | 1,581.25 | 1,868.75 | 718.75 | 2,156.25 | 1,437.50 |
| LIABILITY INS | 922.83 | 534.27 | 631.41 | 242.85 | 728.55 | 485.70 |
| TRUCK PAYMENT | 8,096.85 | 4,687.85 | 5,539.95 | 2,130.75 | 6,392.25 | 4,261.50 |
| TRUCK LICENSE | | | 450.00 | | 844.00 | |
| TRUCK SUPPLY | | | | | | |
| FUEL | 1,882.90 | 1,090.10 | 1,288.30 | 495.50 | 1,488.50 | 991.00 |
| PERMITS | | | | | | |
| MAINTENANCE | | | | | | |
| CELL PHONES | 922.45 | 534.05 | 631.15 | 242.75 | 728.25 | 485.50 |
| TOLLS | | | | | | |
| SUB COST | 12,500.00 | 6,100.00 | 10,450.00 | 5,500.00 | 15,000.00 | 10,450.00 |
| OFFICE SUPPLY | | | | | | |
| TRAILER COST | | | | | | |
| EQUIPMENT COST | 16,313.02 | 9,444.38 | 11,161.54 | 4,292.90 | 12,878.70 | 8,585.80 |
| COURT COST | 250.00 | | 250.00 | | 250.00 | |
| TOTAL EXPENSE | 55,119.30 | 28,421.70 | 41,121.10 | 15,773.50 | 51,864.50 | 33,197.00 |
| NET INCOME | 5,880.70 | 3,500.00 | 3,878.90 | 1,626.50 | 3,270.78 | 2,803.00 |

1

Fill in this information to identify the case:

Debtor Name _UBS Associates LLC_

United States Bankruptcy Court for the: _____ District of _____

Case number: _26 - 10564_

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _June 1st – June 30th_    Date report filed: _6/12/2026_
MM / DD / YYYY

Line of business: _____    NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Jonathan Billiard_

Original signature of responsible party _[signature]_

Printed name of responsible party _Jonathan R Billiard_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13 | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15 | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16 | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  UBS Associates

Case number  26-10564

17. Have you paid any bills you owed before you filed bankruptcy?  ☒ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☒ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 24,478.53

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 192,256.23

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 184,886.65

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 7,369.58

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 31,848.11

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

$ NONE

(Exhibit E)

Debtor Name  UBS Associates                       Case number  26-10564

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                            $ 144,050.00

    (Exhibit F)

### 5. Employees

26. What was the number of employees when the case was filed?          NONE

27. What is the number of employees as of the date of this monthly report?    NONE

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ NONE

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ NONE

30. How much have you paid this month in other professional fees?      $ NONE

31. How much have you paid in total other professional fees since filing the case?   $ NONE

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>Projected | — | Column B<br>Actual | = | Column C<br>Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | $ 124,782.26 | – | $ 92,256.23 | = | $ 27,473.97 |
| 33. Cash disbursements | $ 156,959.73 | – | $ 84,896.65 | = | $ 22,926.92 |
| 34. Net cash flow | $ 7822.53 | – | $ 7369.58 | = | $ 452.95 |

35. Total projected cash receipts for the next month:                 $ 190,000.00

36. Total projected cash disbursements for the next month:            – $ 180,000.00

37. Total projected net cash flow for the next month:                  = $ 10,000.00

Debtor Name ___UBS Associates LLC___    Case number___26-10564___

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☒ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☒ 39. Bank reconciliation reports for each account.

☒ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☒ 41. Budget, projection, or forecast reports.

☒ 42. Project, job costing, or work-in-progress reports.

Print        Save As...        Reset

Exhibit C

| Date | Amount |
|------|--------|
| 6/1  | 8700.00 |
| 6/2  | 6,507.95 |
| 6/3  | 4,300.00 |
| 6/4  | 5,000.00 |
| 6/4  | 5,000.00 |
| 6/5  | 16,189.43 |
| 6/5  | 2,500.00 |
| 6/9  | 5.40 |
| 6/9  | 5,500.00 |
| 6/11 | 5,000.00 |
| 6/12 | 21,036.27 |
| 6/17 | 12,000.00 |
| 6/18 | 19,452.42 |
| 6/18 | 12,000.00 |
| 6/26 | 34,146.23 |
| 6/30 | 10,000.00 |

Total Deposits  167,777.70

Exhibit D

| Date | Check # | Description | Amount | Balance |
|------|---------|-------------|--------|---------|
| 6/1 | | eDeposit IN Branch 06/01/26 01:45:20 PM 4 S Main St Coopersburg PA 8669 | 8,700.00 | |
| 6/1 | | < Business to Business ACH Debit - Financial Pacifi Lease Pymt *[Equipment Loan]* 060126 015-2677081-301 Ubs Associates LLC | 286.62 | |
| 6/1 | 13347 | Check *[Payroll]* | 1,000.00 | |
| 6/1 | | Discover E-Payment 260601 8330 Billiard Connie *[Credit CARD Gas]* | 780.89 | |
| 6/1 | | < Business to Business ACH Debit - ADP Wage Pay Wage Pay *[Payroll]* 260601 4575684737059LF Ubs Associates LLC Ubs | 10,740.00 | 37,479.97 |
| 6/2 | | eDeposit IN Branch 06/02/26 04:02:47 PM 4 S Main St Coopersburg PA 8669 | 6,507.95 | |
| 6/2 | 13377 | Deposited OR Cashed Check *[Payroll]* | 288.00 | |
| 6/2 | | < Business to Business ACH Debit - Huntington Natio Ebpp Pmt *[Equipment loan]* 260601 Htf Ubs Associates, LLC | 32.07 | |
| 6/2 | | Lafayette Fcu Sweb Pymt 1303805157 Connie Billiard *[Loan]* | 209.85 | |
| 6/2 | | Lafayette Fcu Sweb Pymt 1303803297 Connie Billiard *[Loan]* | 520.82 | |
| 6/2 | | < Business to Business ACH Debit - General Floor IN 0215773001 *[Material]* 060126 74888300 Ubs Associates | 715.34 | |
| 6/2 | | < Business to Business ACH Debit - Jpmorgan Chase Ext Trnsfr 260602 29402364551 Jonathan R Billiard | 2,607.68 | |
| 6/2 | | 094 Fwwebb Cnp Fwwebbcomp 553881253219 Jonathan Billiard *[Material]* | 3,500.00 | |
| 6/2 | 13376 | Check *[Payroll]* | 325.00 | 35,789.16 |
| 6/3 | | eDeposit IN Branch 06/03/26 02:27:45 PM 4 S Main St Coopersburg PA 8669 | 4,300.00 | |
| 6/3 | | < Business to Business ACH Debit - ADP Payroll Fees ADP Fees *[Fees]* 260603 929042950505 721984611Ubs Associate | 92.00 | |
| 6/3 | | Service Electric E-Payment 260601 0783548336 Ubs *[office exp.]* | 333.21 | |
| 6/3 | | Honda Pmt 8005435636 C26153 2Wdh3Qt5Mimlz0D Ubs *[Business Loan]* Associates | 459.82 | |
| 6/3 | | Citi Card Online Payment 260602 422029386506196 Connie *[Credit CARD]* Billiard | 650.00 | 38,554.13 |
| 6/4 | | eDeposit IN Branch 06/04/26 12:05:15 PM 4 S Main St Coopersburg PA 8669 | 5,000.00 | |
| 6/4 | | eDeposit IN Branch 06/04/26 04:40:12 PM 4 S Main St Coopersburg PA 8669 | 5,000.00 | |
| 6/4 | 13363 | Deposited OR Cashed Check *[Payroll]* | 390.00 | |
| 6/4 | 13381 | Cashed Check *[Payroll]* | 600.00 | |
| 6/4 | | ATM Withdrawal authorized on 06/04 4 S Main St Coopersburg PA 0007363 ATM ID 0258H Card 8669 *[Payroll]* | 200.00 | |
| 6/4 | | Online Transfer Ref #Tb0Yddv9x5 to Wells Fargo Cash Wise VISA Signature Car Xxxxxxxxxxxx6430 on 06/04/26 *[Business Loan]* | 414.00 | |
| 6/4 | | Gm Financial Gmf Pymt 260604 00211056423330 Ubs *[Business Loan]* Associates LLC | 1,234.02 | |
| 6/4 | | Home Depot USA I Purchase 926060300064251 Ubs *[Material]* Associates | 5,818.61 | |

Exhibit D

| Date | Check # | Description | Note | Amount | Balance |
|------|---------|-------------|------|--------|---------|
| 6/4 | 13311 | Check | Sub contndor | 2,000.00 | |
| 6/4 | 13351 | Check | | 63.68 | |
| 6/4 | 13350 | Check | Fai's | 442.37 | |
| 6/4 | 13380 | Check | sub contractor | 1,800.00 | |
| 6/4 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260604 9318420367569LF Ubs Associates LLC Ubs | Sub Construction | 552.00 | |
| 6/4 | | Discover E-Payment 260604 8330 Billiard Connie | credit CARD | 1,381.74 | 33,657.71 |
| 6/5 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1542, 1531, 1529, 1538, 1535, 1536, 15 | | 16,189.43 | |
| 6/5 | | 06/05Bankcard Deposit -0384007553 | | 2,500.00 | |
| 6/5 | | Barclaycard US Creditcard 1420642382 Connie Billiard | credit CARD | 284.54 | |
| 6/5 | | Citi Card Online Payment 260604 432030958578762 Connie Billiard | Cudt CARD | 500.00 | |
| 6/5 | | Comenity Pay Io Web Pymt 060426 P26155058208345 Jonathan Billard | Material | 582.00 | |
| 6/5 | 13369 | Check | Payoll | 188.68 | 50,791.92 |
| 6/8 | | Online Transfer to Billiard J Everyday Checking xxxxxx5755 Ref #Tb0Yf2S9CT on 06/06/26 | Payoll | 600.00 | |
| 6/8 | | Erie Ins Group Eriexpspay Q080611512 Jonathan R Billiard | insurance | 199.25 | |
| 6/8 | < | Business to Business ACH Debit - General Floor IN 0215773001 060526 74951350 Ubs Associates | material | 559.64 | |
| 6/8 | 13375 | Check | Sub | 614.85 | |
| 6/8 | | Discover E-Payment 260606 8330 Billiard Connie | credit CARD | 410.40 | |
| 6/8 | | Discover E-Payment 260606 8330 Billiard Connie | Cudi CARD | 560.41 | |
| 6/8 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260608 7830815376079LF Ubs Associates LLC Ubs | Payoll | 11,910.00 | 35,937.37 |
| 6/9 | | Cash Deposited Fees Assessed IN Error | | 5.40 | |
| 6/9 | | eDeposit IN Branch 06/09/26 02:28:09 PM 4 S Main St Coopersburg PA 8669 | | 5,500.00 | |
| 6/9 | 13359 | Deposited OR Cashed Check | Payoll | 661.20 | |
| 6/9 | | Citi Card Online Payment 260608 432034347048741 Connie Billiard | CARD | 500.00 | |
| 6/9 | 13312 | Check | Card | 509.25 | 39,772.32 |
| 6/10 | | Bankcard Fee - 0384007553 | Card fees | 19.95 | |
| 6/10 | | Bankcard Discount Fee - 0384007553 | | 844.80 | |
| 6/10 | 13313 | Deposited OR Cashed Check | Payoll | 1,200.00 | |
| 6/10 | | Donegal Ins Grp Insurance 260609 5574181 NA *Ubs Associates LLC | insurance | 897.95 | |
| 6/10 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260609 Htf Ubs Associates, LLC | Loan | 991.68 | |
| 6/10 | 13348 | Check | Sub | 1,000.00 | |
| 6/10 | 13387 | Check | Sub | 1,400.00 | |
| 6/10 | | Discover E-Payment 260610 8330 Billiard Connie | CARD | 1,344.39 | 32,073.55 |
| 6/11 | | eDeposit IN Branch 06/11/26 11:34:39 Am 4 S Main St Coopersburg PA 8669 | | 5,000.00 | |
| 6/11 | < | Business to Business ACH Debit - Clover Fees Clover Fee 260611 2686438 Ubs Associates LLC | CARD Fee | 73.01 | |
| 6/11 | < | Business to Business ACH Debit - Payorexpresscc1 Web Pay 260610 8101752-231287 Ubs 1 | Sub | 400.00 | |
| 6/11 | | Home Depot USA I Purchase 926061000066511 Ubs Associates | Materiel | 6,092.48 | 30,508.06 |
| 6/12 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1538, 1547, 1549, 1548, 1550, 1536\ | | 21,036.27 | |
| 6/12 | 13392 | Cashed Check | Payoll | 1,000.00 | |
| 6/12 | 13366 | Deposited OR Cashed Check | Payoll | 180.00 | |
| 6/12 | | Barclaycard US Creditcard 1423252149 Connie Billiard | CARD | 612.98 | |
| 6/12 | | 094 Fwwebb Cnp Fwwebbcomp 554569341841 Jonathan Billiard | Material | 1,800.00 | |
| 6/12 | 13386 | Check | Sub | 2,000.00 | |
| 6/12 | 13389 | Check | Fee | 15.00 | |
| 6/12 | 13388 | Check | Fee | 15.00 | |
| 6/12 | | Discover E-Payment 260612 8330 Billiard Connie | CARD | 524.67 | 45,396.68 |
| 6/15 | 13315 | Cashed Check | Payoll | 272.00 | |

Exhibit D

| Date | Check # | Description | Note | Amount | Balance |
|---|---|---|---|---|---|
| 6/15 | | Citi Card Online Payment 260612 432037710465716 Connie Billiard | CARD | 300.00 | |
| 6/15 | 13349 | Check | Sub | 1,000.00 | |
| 6/15 | | Synchrony Bank Payment Jun 15 601918391912956 Billiard,Tiffany | CARD | 179.00 | |
| 6/15 | | Lowes Syf Paymnt Jun 15 798192739454244 Billardconstance | CARD Fee | 300.00 | |
| 6/15 | | T-Mobile Fdc Paymen 260613 7029251 Ubs | Material | 923.30 | |
| 6/15 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260615 4775677836849LF Ubs Associates LLC Ubs | Material | 11,390.00 | 31,032.38 |
| 6/16 | 13368 | Deposited OR Cashed Check | Payroll | 2,600.00 | |
| 6/16 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260615 Htf Ubs Associates, LLC | Equpment loan | 1,138.00 | |
| 6/16 | | Gm Financial Gmf Pymt 260616 00211099862682 Ubs Associates, LLC | Truck Loan | 1,581.85 | |
| 6/16 | 13316 | Check | Buss Print | 260.00 | |
| 6/16 | 13367 | Check | Sub | 1,000.00 | |
| 6/16 | 13317 | Check | Sub | 3,200.00 | 21,252.53 |
| 6/17 | | eDeposit IN Branch 06/17/26 02:23:29 PM 4 S Main St Coopersburg PA 8669 | | 12,000.00 | |
| 6/17 | | Online Transfer to Billiard J Everyday Checking xxxxxx5755 Ref #Tb0Ytf24H3 on 06/17/26 | CARD Fee | 500.00 | |
| 6/17 | | 094 Fwwebb Cnp Fwwebbcomp 554885184385 Jonathan Billiard | Material | 1,758.71 | |
| 6/17 | 13379 | Check | Truck okp | 249.17 | |
| 6/17 | | Discover E-Payment 260617 8330 Billiard Connie | CARD | 1,233.18 | 29,511.47 |
| 6/18 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1532, 1553, 1554, 1512, 1555, 1536, 15 | | 19,852.42 | |
| 6/18 | | eDeposit IN Branch 06/18/26 11:49:35 Am 4 S Main St Coopersburg PA 8669 | | 12,000.00 | |
| 6/18 | 13426 | Deposited OR Cashed Check | Payou | 500.00 | |
| 6/18 | | Online Transfer to Billiard J Everyday Checking xxxxxx5755 Ref #Tb0Ykqpvdr on 06/18/26 | Payroll | 1,200.00 | |
| 6/18 | 13425 | Deposited OR Cashed Check | Sub | 840.00 | |
| 6/18 | | Lafayette Fcu Sweb Pymt 1314527052 Connie Billiard | Loan | 112.00 | |
| 6/18 | < | Business to Business ACH Debit - Payorexpresscc1 Web Pay 260617 8101752-231287 Ubs 1 | Equpment loan | 400.00 | |
| 6/18 | | Home Depot USA 1 Purchase 926061733401569 Ubs Associates | Material | 5,752.00 | |
| 6/18 | | Discover E-Payment 260618 8330 Billiard Connie | CARD | 490.08 | 52,069.81 |
| 6/22 | 13430 | Deposited OR Cashed Check | Payroll | 1,600.00 | |
| 6/22 | 13382 | Check | Sub | 600.00 | |
| 6/22 | 13429 | Check | Sub | 3,200.00 | |
| 6/22 | | Ei Printing ACH Trans 4970614 Ubs Associates LLC | Check | 196.05 | |
| 6/22 | | Barclaycard US Creditcard 1425923994 Connie Billiard | CARD | 500.00 | |
| 6/22 | < | Business to Business ACH Debit - General Floor IN 0215773001 061826 75148144 Ubs Associates | Material | 1,182.67 | |
| 6/22 | | Donegal Ins Grp Insurance 260618 8745427 NA *Ubs Associates LLC | Insurance | 2,657.64 | |
| 6/22 | | Discover E-Payment 260619 8330 Billiard Connie | CARD | 153.70 | |
| 6/22 | | Citi Card Online Payment 260618 432043241219387 Connie Billiard | CARD | 400.00 | |
| 6/22 | | Discover E-Payment 260620 8330 Billiard Connie | CARD | 628.08 | |
| 6/22 | 13428 | Check | | 1,000.00 | |
| 6/22 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260622 5620632737689LF Ubs Associates LLC Ubs | Payroll | 11,370.00 | 28,581.67 |
| 6/23 | 13378 | Deposited OR Cashed Check | Sub | 1,087.00 | |
| 6/23 | 13314 | Deposited OR Cashed Check | Sub | 1,464.00 | |
| 6/23 | | Lafayette Fcu Sweb Pymt 1317062422 Connie Billiard | Loan | 265.00 | |
| 6/23 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260622 Htf Ubs Associates, LLC | Equpment loan | 641.35 | |
| 6/23 | | Capital Blue Cro Debitpmt 260622 #624031029 Jonathan R Billiard | Health Ins. | 781.07 | |
| 6/23 | 13320 | Check | Sub | 1,000.00 | |
| 6/23 | 13437 | Check | Sub | 1,830.08 | 21,513.17 |

Exhibit D

| Date | Check # | Description | Handwritten note | Amount | Balance |
|---|---|---|---|---|---|
| 6/24 | 13318 | Check | Sub Payroll | 1,000.00 | 20,513.17 |
| 6/25 | 13455 | Deposited OR Cashed Check | | 700.00 | |
| 6/25 | < | Business to Business ACH Debit - Payorexpresscc1 Web Pay 260624 8101752--231287 Ubs 1 | Equipmnt Loan | 401.58 | |
| 6/25 | | Home Depot USA I Purchase 926062400068127 Ubs Associates | Material | 6,063.81 | |
| 6/25 | 13385 | Check | | 547.79 | 12,799.99 |
| 6/26 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1539, 1555, 1557, 1556, 1554A, 1558, 1 | 34,186.23 | | |
| 6/26 | 13452 | Deposited OR Cashed Check | Sub | 1,600.00 | |
| 6/26 | 13451 | Deposited OR Cashed Check | Payroll | 900.00 | |
| 6/26 | | Barclaycard US Creditcard 1427901381 Connie Billiard | CARD | 558.38 | |
| 6/26 | 13450 | Check | Sub | 2,000.00 | |
| 6/26 | 13454 | Check | Sub | 2,350.00 | |
| 6/26 | | Discover E-Payment 260626 8330 Billiard Connie | CARD Material | 1,758.02 | 37,819.82 |
| 6/29 | < | Business to Business ACH Debit - Beacon Building BT0626 062626 000000359798902 Ubs Associates | | 1,992.61 | |
| 6/29 | 13321 | Check | Payroll | 1,000.00 | |
| 6/29 | | Lowes Syf Paymnt Jun 29 798192739454244 Billardconstance | material | 500.00 | |
| 6/29 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260626 Htf Ubs Associates, LLC | Equipmnt loan | 813.98 | |
| 6/29 | | Gm Financial Gmf Pymt 260629 00211054326172 Ubs Associates, LLC | Truck Loan | 924.19 | |
| 6/29 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260629 75607979001189LF Ubs Associates LLC Ubs | Payroll | 11,022.00 | |
| 6/29 | 13457 | Check | Huntington Bank Loan 10,000.00 | 2,825.00 | 18,742.04 |
| 6/30 | | eDeposit IN Branch 06/30/26 04:00:13 PM 4 S Main St Coopersburg PA 8669 | | | |
| 6/30 | | 094 Fwwebb Cnp Fwwebbcomp 555484843517 Jonathan Billiard | material | 390.95 | |
| 6/30 | | Gm Financial Gmf Pymt 260630 00211083862607 Ubs Associates, LLC | Truck Loan | 1,651.56 | |
| 6/30 | 13456 | Check | Sub | 1,200.00 | |
| 6/30 | 13439 | Check | Payroll | 500.00 | |
| 6/30 | 13438 | Check | Payroll | 500.00 | |
| 6/30 | | Transactions Fee | Fee | 21.00 | 24,478.53 |

Exhibit F

Molzahn -     19,500.00
Moucheron -    1,000.00
Aguliar -      4,500.00
Shelton -      9,500.00
Silberman -    2,000.00
Abdullah  -   18,000.00
Harkins -        800.00
Hazlett -     28,500.00
HARD  -        4,250.00
Lynch -       56,000.00

144,050.00

# Initiate Business Checking℠

June 30, 2026 ∎ Page 1 of 8



**WELLS FARGO**

UBS ASSOCIATES LLC
DEBTOR IN POSSESSION
CH11 CASE #26-10564 (EPA)
3771 STATE RD
COOPERSBURG PA 18036-1642

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern
Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

Be mindful of ongoing scams affecting older adults. Help protect yourself and loved ones from:

- Investment scams - the scammer makes friends with you on social media then offers to show you how to invest in crypto or
another "money making" opportunity. Watch out for promises of big returns, suggestions to invest in crypto, or requests to wire
money.
- Scam Callers Pretending to Be Tech Help - scammers pose as a computer technician, or you may get a pop-up window on your
screen warning you about an issue with your device.

If you have a real tech issue: go to a local company that you know and trust. Be on the lookout for fake websites. Never trust
someone who contacts you first or asks for access to your device. If this happens to you, it's a scam.

Learn more at wellsfargo.com/scams



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $41,587.48 |
| Deposits/Credits | 167,777.70 |
| Withdrawals/Debits | - 184,886.65 |
| Ending balance on 6/30 | $24,478.53 |

Account number: 1716024086 (primary account)

UBS ASSOCIATES LLC
DEBTOR IN POSSESSION
CH11 CASE #26-10564 (EPA)

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | eDeposit IN Branch 06/01/26 01:45:20 PM 4 S Main St Coopersburg PA 8669 | 8,700.00 | | |
| 6/1 | < | Business to Business ACH Debit - Financial Pacifi Lease Pymt 060126 015-2677081-301 Ubs Associates LLC | | 286.62 | |
| 6/1 | 13347 | Check | | 1,000.00 | |
| 6/1 | | Discover E-Payment 260601 8330 Billiard Connie | | 780.89 | |
| 6/1 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260601 4575684737059LF Ubs Associates LLC Ubs | | 10,740.00 | 37,479.97 |
| 6/2 | | eDeposit IN Branch 06/02/26 04:02:47 PM 4 S Main St Coopersburg PA 8669 | 6,507.95 | | |
| 6/2 | 13377 | Deposited OR Cashed Check | | 288.00 | |
| 6/2 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260601 Htf Ubs Associates, LLC | | 32.07 | |
| 6/2 | | Lafayette Fcu Sweb Pymt 1303805157 Connie Billiard | | 209.85 | |
| 6/2 | | Lafayette Fcu Sweb Pymt 1303803297 Connie Billiard | | 520.82 | |
| 6/2 | < | Business to Business ACH Debit - General Floor IN 0215773001 060126 74888300 Ubs Associates | | 715.34 | |
| 6/2 | < | Business to Business ACH Debit - Jpmorgan Chase Ext Trnsfr 260602 29402364551 Jonathan R Billiard | | 2,607.68 | |
| 6/2 | | 094 Fwwebb Cnp Fwwebbcomp 553881253219 Jonathan Billiard | | 3,500.00 | |
| 6/2 | 13376 | Check | | 325.00 | 35,789.16 |
| 6/3 | | eDeposit IN Branch 06/03/26 02:27:45 PM 4 S Main St Coopersburg PA 8669 | 4,300.00 | | |
| 6/3 | < | Business to Business ACH Debit - ADP Payroll Fees ADP Fees 260603 929042950505 721984611Ubs Associate | | 92.00 | |
| 6/3 | | Service Electric E-Payment 260601 0783548336 Ubs | | 333.21 | |
| 6/3 | | Honda Pmt 8005435636 C26153 2Wdh3Qt5Mimlz0D Ubs Associates | | 459.82 | |
| 6/3 | | Citi Card Online Payment 260602 422029386506196 Connie Billiard | | 650.00 | 38,554.13 |
| 6/4 | | eDeposit IN Branch 06/04/26 12:05:15 PM 4 S Main St Coopersburg PA 8669 | 5,000.00 | | |
| 6/4 | | eDeposit IN Branch 06/04/26 04:40:12 PM 4 S Main St Coopersburg PA 8669 | 5,000.00 | | |
| 6/4 | 13363 | Deposited OR Cashed Check | | 390.00 | |
| 6/4 | 13381 | Cashed Check | | 600.00 | |
| 6/4 | | ATM Withdrawal authorized on 06/04 4 S Main St Coopersburg PA 0007363 ATM ID 0258H Card 8669 | | 200.00 | |
| 6/4 | | Online Transfer Ref #Ib0Yddv9x5 to Wells Fargo Cash Wise VISA Signature Car Xxxxxxxxxxxx6430 on 06/04/26 | | 414.00 | |
| 6/4 | | Gm Financial Gmf Pymt 260604 00211056423330 Ubs Associates LLC | | 1,234.02 | |
| 6/4 | | Home Depot USA I Purchase 926060300064251 Ubs Associates | | 5,818.61 | |

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/4 | 13311 | Check | | 2,000.00 | |
| 6/4 | 13351 | Check | | 63.68 | |
| 6/4 | 13350 | Check | | 442.37 | |
| 6/4 | 13380 | Check | | 1,800.00 | |
| 6/4 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260604 9318420367569LF Ubs Associates LLC Ubs | | 552.00 | |
| 6/4 | | Discover E-Payment 260604 8330 Billiard Connie | | 1,381.74 | 33,657.71 |
| 6/5 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1542, 1531, 1529, 1538, 1535, 1536, 15 | 16,189.43 | | |
| 6/5 | | 06/05Bankcard Deposit -0384007553 | 2,500.00 | | |
| 6/5 | | Barclaycard US Creditcard 1420642382 Connie Billiard | | 284.54 | |
| 6/5 | | Citi Card Online Payment 260604 432030958578762 Connie Billiard | | 500.00 | |
| 6/5 | | Comenity Pay Io Web Pymt 060426 P26155058208345 Jonathan Billard | | 582.00 | |
| 6/5 | 13369 | Check | | 188.68 | 50,791.92 |
| 6/8 | | Online Transfer to Billiard J Everyday Checking xxxxxx5755 Ref #Tb0Yf2S9CT on 06/06/26 | | 600.00 | |
| 6/8 | | Erie Ins Group Eriexpspay Q080611512 Jonathan R Billiard | | 199.25 | |
| 6/8 | < | Business to Business ACH Debit - General Floor IN 0215773001 060526 74951350 Ubs Associates | | 559.64 | |
| 6/8 | 13375 | Check | | 614.85 | |
| 6/8 | | Discover E-Payment 260606 8330 Billiard Connie | | 410.40 | |
| 6/8 | | Discover E-Payment 260606 8330 Billiard Connie | | 560.41 | |
| 6/8 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260608 7830815376079LF Ubs Associates LLC Ubs | | 11,910.00 | 35,937.37 |
| 6/9 | | Cash Deposited Fees Assessed IN Error | 5.40 | | |
| 6/9 | | eDeposit IN Branch 06/09/26 02:28:09 PM 4 S Main St Coopersburg PA 8669 | 5,500.00 | | |
| 6/9 | 13359 | Deposited OR Cashed Check | | 661.20 | |
| 6/9 | | Citi Card Online Payment 260608 432034347048741 Connie Billiard | | 500.00 | |
| 6/9 | 13312 | Check | | 509.25 | 39,772.32 |
| 6/10 | | Bankcard Fee - 0384007553 | | 19.95 | |
| 6/10 | | Bankcard Discount Fee - 0384007553 | | 844.80 | |
| 6/10 | 13313 | Deposited OR Cashed Check | | 1,200.00 | |
| 6/10 | | Donegal Ins Grp Insurance 260609 5574181 NA *Ubs Associates LLC | | 897.95 | |
| 6/10 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260609 Htf Ubs Associates, LLC | | 991.68 | |
| 6/10 | 13348 | Check | | 1,000.00 | |
| 6/10 | 13387 | Check | | 1,400.00 | |
| 6/10 | | Discover E-Payment 260610 8330 Billiard Connie | | 1,344.39 | 32,073.55 |
| 6/11 | | eDeposit IN Branch 06/11/26 11:34:39 Am 4 S Main St Coopersburg PA 8669 | 5,000.00 | | |
| 6/11 | < | Business to Business ACH Debit - Clover Fees Clover Fee 260611 2686438 Ubs Associates LLC | | 73.01 | |
| 6/11 | < | Business to Business ACH Debit - Payorexpresscc1 Web Pay 260610 8101752--231287 Ubs 1 | | 400.00 | |
| 6/11 | | Home Depot USA I Purchase 9260610000665511 Ubs Associates | | 6,092.48 | 30,508.06 |
| 6/12 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1538, 1547, 1549, 1548, 1550, 1536\ | 21,036.27 | | |
| 6/12 | 13392 | Cashed Check | | 1,000.00 | |
| 6/12 | 13366 | Deposited OR Cashed Check | | 180.00 | |
| 6/12 | | Barclaycard US Creditcard 1423252149 Connie Billiard | | 612.98 | |
| 6/12 | | 094 Fwwebb Cnp Fwwebbcomp 554569341841 Jonathan Billiard | | 1,800.00 | |
| 6/12 | 13386 | Check | | 2,000.00 | |
| 6/12 | 13389 | Check | | 15.00 | |
| 6/12 | 13388 | Check | | 15.00 | |
| 6/12 | | Discover E-Payment 260612 8330 Billiard Connie | | 524.67 | 45,396.68 |
| 6/15 | 13315 | Cashed Check | | 272.00 | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|--------|--------|--------|
| 6/15 | | Citi Card Online Payment 260612 4320377 10465716 Connie Billiard | | 300.00 | |
| 6/15 | 13349 | Check | | 1,000.00 | |
| 6/15 | | Synchrony Bank Payment Jun 15 601918391912956 Billiard,Tiffany | | 179.00 | |
| 6/15 | | Lowes Syf Paymnt Jun 15 798192739454244 Billardconstance | | 300.00 | |
| 6/15 | | T-Mobile Fdc Paymen 260613 7029251 Ubs | | 923.30 | |
| 6/15 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260615 4775677836849LF Ubs Associates LLC Ubs | | 11,390.00 | 31,032.38 |
| 6/16 | 13368 | Deposited OR Cashed Check | | 2,600.00 | |
| 6/16 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260615 Htf Ubs Associates, LLC | | 1,138.00 | |
| 6/16 | | Gm Financial Gmf Pymt 260616 00211099862682 Ubs Associates, LLC | | 1,581.85 | |
| 6/16 | 13316 | Check | | 260.00 | |
| 6/16 | 13367 | Check | | 1,000.00 | |
| 6/16 | 13317 | Check | | 3,200.00 | 21,252.53 |
| 6/17 | | eDeposit IN Branch 06/17/26 02:23:29 PM 4 S Main St Coopersburg PA 8669 | 12,000.00 | | |
| 6/17 | | Online Transfer to Billiard J Everyday Checking xxxxxx5755 Ref #Ib0Ykf24H3 on 06/17/26 | | 500.00 | |
| 6/17 | | 094 Fwwebb Cnp Fwwebbcomp 554885184385 Jonathan Billiard | | 1,758.71 | |
| 6/17 | 13379 | Check | | 249.17 | |
| 6/17 | | Discover E-Payment 260617 8330 Billiard Connie | | 1,233.18 | 29,511.47 |
| 6/18 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1532, 1553, 1554, 1512, 1555, 1536, 15 | 19,852.42 | | |
| 6/18 | | eDeposit IN Branch 06/18/26 11:49:35 Am 4 S Main St Coopersburg PA 8669 | 12,000.00 | | |
| 6/18 | 13426 | Deposited OR Cashed Check | | 500.00 | |
| 6/18 | | Online Transfer to Billiard J Everyday Checking xxxxxx5755 Ref #Ib0Ykqpvdr on 06/18/26 | | 1,200.00 | |
| 6/18 | 13425 | Deposited OR Cashed Check | | 840.00 | |
| 6/18 | | Lafayette Fcu Sweb Pymt 1314527052 Connie Billiard | | 112.00 | |
| 6/18 | < | Business to Business ACH Debit - Payorexpressccl Web Pay 260617 8101752-231287 Ubs 1 | | 400.00 | |
| 6/18 | | Home Depot USA I Purchase 926061733401569 Ubs Associates | | 5,752.00 | |
| 6/18 | | Discover E-Payment 260618 8330 Billiard Connie | | 490.08 | 52,069.81 |
| 6/22 | 13430 | Deposited OR Cashed Check | | 1,600.00 | |
| 6/22 | 13382 | Check | | 600.00 | |
| 6/22 | 13429 | Check | | 3,200.00 | |
| 6/22 | | Ei Printing ACH Trans 4970614 Ubs Associates LLC | | 196.05 | |
| 6/22 | | Barclaycard US Creditcard 1425923994 Connie Billiard | | 500.00 | |
| 6/22 | < | Business to Business ACH Debit - General Floor IN 0215773001 061826 75148144 Ubs Associates | | 1,182.67 | |
| 6/22 | | Donegal Ins Grp Insurance 260618 8745427 NA *Ubs Associates LLC | | 2,657.64 | |
| 6/22 | | Discover E-Payment 260619 8330 Billiard Connie | | 153.70 | |
| 6/22 | | Citi Card Online Payment 260618 432043241219387 Connie Billiard | | 400.00 | |
| 6/22 | | Discover E-Payment 260620 8330 Billiard Connie | | 628.08 | |
| 6/22 | 13428 | Check | | 1,000.00 | |
| 6/22 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260622 5620632737689LF Ubs Associates LLC Ubs | | 11,370.00 | 28,581.67 |
| 6/23 | 13378 | Deposited OR Cashed Check | | 1,087.00 | |
| 6/23 | 13314 | Deposited OR Cashed Check | | 1,464.00 | |
| 6/23 | | Lafayette Fcu Sweb Pymt 1317062422 Connie Billiard | | 265.00 | |
| 6/23 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260622 Htf Ubs Associates, LLC | | 641.35 | |
| 6/23 | | Capital Blue Cro Debitprnt 260622 #624031029 Jonathan R Billiard | | 781.07 | |
| 6/23 | 13320 | Check | | 1,000.00 | |
| 6/23 | 13437 | Check | | 1,830.08 | 21,513.17 |

June 30, 2026 ■ Page 5 of 8

WELLS FARGO

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/24 | 13318 | Check | | 1,000.00 | 20,513.17 |
| 6/25 | 13455 | Deposited OR Cashed Check | | 700.00 | |
| 6/25 | < | Business to Business ACH Debit - Payorexpressccl Web Pay 260624 8101752--231287 Ubs 1 | | 401.58 | |
| 6/25 | | Home Depot USA I Purchase 926062400068127 Ubs Associates | | 6,063.81 | |
| 6/25 | 13385 | Check | | 547.79 | 12,799.99 |
| 6/26 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1539, 1555, 1557, 1556, 1554A, 1558, 1 | 34,186.23 | | |
| 6/26 | 13452 | Deposited OR Cashed Check | | 1,600.00 | |
| 6/26 | 13451 | Deposited OR Cashed Check | | 900.00 | |
| 6/26 | | Barclaycard US Creditcard 1427901381 Connie Billiard | | 558.38 | |
| 6/26 | 13450 | Check | | 2,000.00 | |
| 6/26 | 13454 | Check | | 2,350.00 | |
| 6/26 | | Discover E-Payment 260626 8330 Billiard Connie | | 1,758.02 | 37,819.82 |
| 6/29 | < | Business to Business ACH Debit - Beacon Building BT0626 062626 000000359798902 Ubs Associates | | 1,992.61 | |
| 6/29 | 13321 | Check | | 1,000.00 | |
| 6/29 | | Lowes Syf Paymnt Jun 29 798192739454244 Billardconstance | | 500.00 | |
| 6/29 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260626 Htf Ubs Associates, LLC | | 813.98 | |
| 6/29 | | Gm Financial Gmf Pymt 260629 00211054326172 Ubs Associates, LLC | | 924.19 | |
| 6/29 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260629 7560797900189LF Ubs Associates LLC Ubs | | 11,022.00 | |
| 6/29 | 13457 | Check | | 2,825.00 | 18,742.04 |
| 6/30 | | eDeposit IN Branch 06/30/26 04:00:13 PM 4 S Main St Coopersburg PA 8669 | 10,000.00 | | |
| 6/30 | | 094 Fwwebb Cnp Fwwebbcomp 555484843517 Jonathan Billiard | | 390.95 | |
| 6/30 | | Gm Financial Gmf Pymt 260630 00211083862607 Ubs Associates, LLC | | 1,651.56 | |
| 6/30 | 13456 | Check | | 1,200.00 | |
| 6/30 | 13439 | Check | | 500.00 | |
| 6/30 | 13438 | Check | | 500.00 | |
| 6/30 | | Transactions Fee | | 21.00 | 24,478.53 |
| Totals | | | $167,777.70 | $184,886.65 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Summary of checks written(checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 13311 | 6/4 | 2,000.00 | 13320 • | 6/23 | 1,000.00 | 13363 • | 6/4 | 390.00 |
| 13312 | 6/9 | 509.25 | 13321 | 6/29 | 1,000.00 | 13366 • | 6/12 | 180.00 |
| 13313 | 6/10 | 1,200.00 | 13347 • | 6/1 | 1,000.00 | 13367 | 6/16 | 1,000.00 |
| 13314 | 6/23 | 1,464.00 | 13348 | 6/10 | 1,000.00 | 13368 | 6/16 | 2,600.00 |
| 13315 | 6/15 | 272.00 | 13349 | 6/15 | 1,000.00 | 13369 | 6/5 | 188.68 |
| 13316 | 6/16 | 260.00 | 13350 | 6/4 | 442.37 | 13375 • | 6/8 | 614.85 |
| 13317 | 6/16 | 3,200.00 | 13351 | 6/4 | 63.68 | 13376 | 6/2 | 125.00 |
| 13318 | 6/24 | 1,000.00 | 13359 • | 6/9 | 661.20 | 13377 | 6/2 | 288.00 |

**WELLS FARGO**

## Summary of checks written(continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 13378 | 6/23 | 1,087.00 | 13389 | 6/12 | 15.00 | 13439 | 6/30 | 500.00 |
| 13379 | 6/17 | 249.17 | 13392 • | 6/12 | 1,000.00 | 13450 • | 6/26 | 2,000.00 |
| 13380 | 6/4 | 1,800.00 | 13425 • | 6/18 | 840.00 | 13451 | 6/26 | 900.00 |
| 13381 | 6/4 | 600.00 | 13426 | 6/18 | 500.00 | 13452 | 6/26 | 1,600.00 |
| 13382 | 6/22 | 600.00 | 13428 • | 6/22 | 1,000.00 | 13454 • | 6/26 | 2,350.00 |
| 13385 • | 6/25 | 547.79 | 13429 | 6/22 | 3,200.00 | 13455 | 6/25 | 700.00 |
| 13386 | 6/12 | 2,000.00 | 13430 | 6/22 | 1,600.00 | 13456 | 6/30 | 1,200.00 |
| 13387 | 6/10 | 1,400.00 | 13437 • | 6/23 | 1,830.08 | 13457 | 6/29 | 2,825.00 |
| 13388 | 6/12 | 15.00 | 13438 | 6/30 | 500.00 | | | |

• Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2026 - 06/30/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee<br>Have any ONE of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $2,000.00 | $12,799.99 ⊞ |

CI/CI

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 142 | 100 | 42 | 0.50 | 21.00 |
| Total service charges | | | | | $21.00 |

**TIP** Report check fraud right away. Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so it's important to review the check image as soon as it clears. Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

 IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

June 30, 2026 ■ Page 8 of 8

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
shown on your statement .......................... $ _____

**ADD**

B. Any deposits listed in your        $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

............................................ TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

............................................ TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above............. - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register........ ....   ..    $ _____

© 2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total amount |  | $ |