**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In re:  UBS Assoc., LLC** | : | **Chapter 11** | |
| | : | | |
| | : | **Case No.   26-10564 (PMM)** | |
| | : | | |
| **Debtor.** | : | | |

**O R D E R**

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. # 57, "the Motion") and the Response thereto (doc. #59);

**AND,** the parties having reported the Motion settled;

**AND,** the Court having an entered an Order (doc. # 61) directing the parties to file a stipulation **on or before July 9, 2026** and additionally specifying that failure timely to file a stipulation may result in denial of the Motion without further notice or hearing;

**AND,** no stipulation having been filed and no further action having been taken with regard to the Motion;

It is therefore **ORDERED** that:

1)   The Motion is **DENIED**; and

2)   The entrance of this Order precludes any further action with regard to the Motion.

**Date:  7/30/26**

_Patricia M. Mayer_
_____
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**