United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                   Case No. 26-10564-pmm

UBS ASSOCIATES, LLC                                                      Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

**Recip ID              Recipient Name and Address**
db                    +  UBS ASSOCIATES, LLC, 3771 State Road, Coopersburg, PA 18036-1642

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:

**Name**                          **Email Address**

HOLLY SMITH MILLER, ESQ.
     hsmiller@gsbblaw.com  chsm11@trustesolutions.net

KRISTEN WETZEL LADD
     on behalf of Creditor Wells Fargo Vendor Financial Services  LLC kladd@utbf.com, ddays@utbf.com

MAGGIE S SOBOLESKI
     on behalf of Debtor UBS ASSOCIATES  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

MILOS GVOZDENOVIC
     on behalf of Creditor First Citizens Bank & Trust Company mgvozdenovic@weltman.com  pitecf@weltman.com

RACHEL WOLF
     on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4

User: admin

Page 2 of 2

Date Rcvd: Jul 30, 2026

Form ID: pdf900

Total Noticed: 1

WILLIAM EDWARD CRAIG

on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In re:  UBS Assoc., LLC** | : | **Chapter 11** | |
| | : | | |
| | : | **Case No.   26-10564 (PMM)** | |
| | : | | |
| **Debtor.** | : | | |

**O R D E R**

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. # 57, "the Motion") and the Response thereto (doc. #59);

**AND,** the parties having reported the Motion settled;

**AND,** the Court having an entered an Order (doc. # 61) directing the parties to file a stipulation **on or before July 9, 2026** and additionally specifying that failure timely to file a stipulation may result in denial of the Motion without further notice or hearing;

**AND,** no stipulation having been filed and no further action having been taken with regard to the Motion;

It is therefore **ORDERED** that:

1)   The Motion is **DENIED**; and

2)   The entrance of this Order precludes any further action with regard to the Motion.

**Date:  7/30/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**