**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| UBS ASSOCIATES LLC, | § | CASE NO. 26-10564-PMM |
| DEBTOR. | § | |
| | § | |
| | § | |

## CERTIFICATION OF SERVICE

I, Hannah Deininger, certify that on August 17 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Objection of The United States Trustee to Debtor's Subchapter V Plan of Reorganization.

I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.

Date: August 17, 2026

By: /s/ *Hannah Deininger*

Paralegal Specialist
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.280.8512
Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Maggie Soboleski
701 Market Street
Suite 5000
Philadelphia, PA 19106
Email: msoboleski@kmllawgroup.com
**Debtor**
**Via: ___1st Class Mail ___ Certified Mail X e-mail ___ Other:**

UBS ASSOCIATES, LLC
3771 State Road
Coopersburg, PA 18036

**Via: X 1st Class Mail ___ Certified Mail ___e-mail ___ Other:**

Holly Smith Miller, ESQ.
Gellert Seitz Busenkell & Brown LLC
901 Market Street
Suite 3020
Philadelphia, PA 19107
Email: hsmiller@gsbblaw.com
**Sub-V Trustee**

**Via: ___1st Class Mail ___ Certified Mail X e-mail ___ Other:**

Milos Gvozdenovic
Attorney for Creditor
5990 West Creek Rd, Suite 200
Cleveland, OH 44131
Email: bronationalecf@weltman.com

**Via: __ 1st Class Mail ___ Certified Mail X e-mail ___ Other:**

William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
**Email: Wcraig@egalawfirm.com**

**Via: __1st Class Mail ___ Certified Mail X e-mail ___ Other:**

Kristen Wetzel Ladd, Esquire
UNRUH, TURNER, BURKE & FREES, P.C.
P.O. Box 515
West Chester, PA 19381-0515
Email: kladd@utbf.com

**Via:__1st Class Mail ___ Certified Mail _X e-mail ___ Other:**

**END OF DOCUMENT**