**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - READING DIVISION District of PENNSYLVANIA - Reading**

**RE: UBS ASSOCIATES LLC** :

: Bankruptcy Number: 26-10564-PMM
:
:
**Debtor** : Chapter: 11
:
:
:
:
:

## REQUEST FOR NOTICES

**TO THE CLERK OF THE U. S. BANKRUPTCY COURT**

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Linda Mitten, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 09/07/2026

By: /S/ Linda Mitten

Linda Mitten
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
PO Box 68568
Harrisburg, PA 17106-8568
Telephone: (717) 775-8080
Fax: (717) 787-7671
Email: ra-li-beto-bankreading@pa.gov