**Fill in this information to identify the case:**

Debtor Name UBS Associates LLC

United States Bankruptcy Court for the: __________ District of __________

Case number: 26-10564

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: July 1 – July 31th

Date report filed: 7/12/2026 (MM / DD / YYYY)

Line of business: ______________________

NAISC code: __________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jonathan Billard

Original signature of responsible party: [signature]

Printed name of responsible party: Jonathan R Billard

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Exhibit C

| | |
|---|---|
| 7/1 | 9,000.00 |
| 7/2 | 23,775.83 |
| 7/9 | 18,000.00 |
| 7/10 | 33,332.61 |
| 7/16 | 18,000.00 |
| 7/17 | 25,710.16 |
| 7/23 | 18,494.84 |
| 7/24 | 20,569.69 |
| 7/30 | 15,000.00 |

Total Deposits 202,942.93

Exhibit D

| Date | Check Number | Description | | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance | |
|---|---|---|---|---|---|---|---|
| 7/1 | | eDeposit IN Branch 07/01/26 04:19:45 PM 4 S Main St Coopersburg PA 8669 | | 9,000.00 | | | |
| 7/1 | 13463 | Deposited OR Cashed Check | Sub | | 1,300.00 | | |
| 7/1 | | Cash eWithdrawal IN Branch 07/01/2026 13:20 PM 4 S Main St Coopersburg PA 8669 | Sub Bill | | 800.00 | | |
| 7/1 | < | Business to Business ACH Debit - State Farm Ro 27 Cpc-Client 13 S 1387725713 Jonathan Billiard | Insurance | | 67.76 | | |
| 7/1 | < | Business to Business ACH Debit - Financial Pacifi Lease Pymt 070126 015-2677081-301 Ubs Associates LLC | Equipment Lease | | 286.62 | | |
| 7/1 | 13475 | Check | Sub | | 707.00 | | |
| 7/1 | 13427 | Check | Sub | | 1,825.00 | | |
| 7/1 | 13476 | Check | Sub | | 2,200.00 | 26,292.15 | |
| 7/2 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1561, 1557, 1555, 1540, 1554, 1548, 15 | | 23,775.83 | | | |
| 7/2 | | Gm Financial Gmf Pymt 260702 00211056423330 Ubs Associates, LLC | Truck Loan | | 307.63 | | |
| 7/2 | | Barclaycard US Creditcard 1429953147 Connie Billiard | Business CARD | | 560.00 | | Lookout ? |
| 7/2 | < | Business to Business ACH Debit - Jpmorgan Chase Ext Trnsfr 260702 29795896178 Jonathan R Billiard | | | 2,607.68 | | |
| 7/2 | 13435 | Check | Material | | 90.69 | | |
| 7/2 | 13434 | Check | Material | | 104.96 | | |
| 7/2 | | Discover E-Payment 260702 8330 Billiard Connie | Business exp. | | 1,422.38 | 44,974.64 | |
| 7/3 | < | Business to Business ACH Debit - Beacon Building BT0702 070226 000000360387899 Ubs Associates | Supplys | | 317.89 | | |
| 7/3 | | Home Depot USA I Purchase 926070200070643 Ubs Associates | Supplys | | 6,774.38 | | |
| 7/3 | 13467 | Check | Sub | | 2,350.00 | 35,532.37 | |
| 7/6 | 13477 | Deposited OR Cashed Check | Sub payment | | 464.00 | | |
| 7/6 | < | Business to Business ACH Debit - ADP Payroll Fees ADP Fees 260706 372583038462 724956000Ubs Associate | Bank Fee | | 80.00 | | |
| 7/6 | | Honda Pmt 8005435636 C26183 2Wiy2Evq9Yn3Avd Ubs Associates | Truck Loan | | 459.82 | | |
| 7/6 | 13322 | Check | Sub payment | | 1,000.00 | | |
| 7/6 | | Gm Financial Gmf Pymt 260706 00211098064719 Ubs Associates, LLC | Truck Loan | | 952.91 | | |
| 7/6 | 13400 | Check | Sub Contractor | | 1,126.82 | | |
| 7/6 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260706 5640755978679LF Ubs Associates LLC Ubs | Payroll | | 12,234.50 | | |
| 7/6 | < | Business to Business ACH Debit - Capital One Crcardpmt CA084B982A690C4 Connie Billiard | Bank Fee | | 35.00 | Left over | |
| 7/6 | < | Business to Business ACH Debit - Capital One Crcardpmt CA04B13Aafa6FC6 Connie Billiard | Bank Fee | | 386.00 | 18,793.32 | Lookout |
| 7/7 | 13500 | Deposited OR Cashed Check | checks | | 180.00 | | |
| 7/7 | 13469 | Deposited OR Cashed Check | Sub Bill | | 420.00 | | |
| 7/7 | 13468 | Deposited OR Cashed Check | Sub Bill | | 420.00 | | |

Exhibit D

| Date | Check Number | Description | | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|---|
| 7/7 | 13433 | Deposited OR Cashed Check | sub | | 655.00 | |
| 7/7 | 13432 | Deposited OR Cashed Check | sub | | 719.00 | |
| 7/7 | | Erie Ins Group Eriexpspay Q080611512 Jonathan R Billiard | Insurance | | 199.25 | |
| 7/7 | | 094 Fwwebb Cnp Fwwebbcomp 555835156412 Jonathan Billiard | rental Supply | | 249.78 | |
| 7/7 | | Comn Cap Apy F1 Auto Pay 070626 P26187068226832 Connie Billiard | Bank Fee | | 359.00 | 15,591.29 |
| 7/8 | 13464 | Deposited OR Cashed Check | Supply material | | 2,450.00 | |
| 7/8 | 13460 | Check | Supply material | | 547.00 | |
| 7/8 | 13504 | Check | Supply material | | 591.66 | |
| 7/8 | 13338 | Check | Supply material | | 423.00 | |
| 7/8 | 13502 | Check | Supply material | | 95.00 | |
| 7/8 | 13391 | Check | Supply material | | 66.72 | |
| 7/8 | 13390 | Check | Supply material | | 468.33 | |
| 7/8 | 13462 | Check | Supply material | | 103.29 | 10,846.29 |
| 7/9 | | eDeposit IN Branch 07/09/26 03:59:12 PM 4 S Main St Coopersburg PA 8669 | material | 18,000.00 | | |
| 7/9 | | Online Transfer Ref #Ib0Yv9Vvzg to Wells Fargo Cash Wise VISA Signature Car Xxxxxxxxxxxx6430 on 07/09/26 | Payroll Jon | | 398.00 | |
| 7/9 | | Cash eWithdrawal IN Branch 07/09/2026 13:00 PM 4 S Main St Coopersburg PA 8669 | Payroll Jon | | 1,500.00 | |
| 7/9 | | Online Transfer to Billiard J Everyday Checking xxxxxx5755 Ref #Ib0Yvfz3Jt on 07/09/26 | Payroll Jon | | 600.00 | |
| 7/9 | < | Business to Business ACH Debit - Beacon Building BT0708 070826 000000360572595 Ubs Associates | Supply | | 1,500.00 | |
| 7/9 | 13479 | Check | Supply | | 422.50 | |
| 7/9 | 13503 | Check | Supply | | 140.77 | |
| 7/9 | | Discover E-Payment 260709 8330 Billiard Connie | Business CARD | | 2,600.00 | 21,685.02 |
| 7/10 | | Western Lehigh Payments Ubs Associates NTE*1554, 1547, 1540, 1557, 1563, 1512, 1535, 155 | | 33,332.61 | | |
| 7/10 | | Bankcard Fee - 0384007553 | Bank fee | | 44.95 | |
| 7/10 | | Bankcard Discount Fee - 0384007553 | Bank fee | | 65.15 | |
| 7/10 | | Donegal Ins Grp Insurance 260709 6311877 NA *Ubs Associates LLC | Insurance | | 858.15 | |
| 7/10 | < | Business to Business ACH Debit - General Floor IN 0215773001 070926 75432411 Ubs Associates | Supply | | 944.36 | |
| 7/10 | | Home Depot USA I Purchase 926070933402350 Ubs Associates | Supply's | | 6,208.54 | |
| 7/10 | 13453 | Check | sub Bill | | 1,144.00 | |
| 7/10 | 13505 | Check | sub Bill | | 2,000.00 | 43,752.48 |
| 7/13 | 13513 | Check | sub Bill | | 2,900.00 | |
| 7/13 | 13466 | Check | sub Bill | | 1,000.00 | |
| 7/13 | 13510 | Check | sub Bill | | 1,200.00 | |
| 7/13 | | Barclaycard US Creditcard 1433485033 Connie Billiard | CARD Lost one | | 300.00 | |
| 7/13 | < | Business to Business ACH Debit - Payorexpresscc1 Web Pay 260710 8162011--231287 Ubs 1 | Equipment Loan | | 400.00 | |
| 7/13 | | Gm Financial Gmf Pymt 260713 00211099862682 Ubs Associates, LLC | Truck Loan | | 1,581.85 | |
| 7/13 | 13323 | Check | Sub | | 1,000.00 | |
| 7/13 | < | Business to Business ACH Debit - Clover Fees Clover Fee 260713 2686438 Ubs Associates LLC | CARD fee | | 37.10 | |
| 7/13 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260710 Htf Ubs Associates, LLC | Equipment Loan | | 991.68 | |
| 7/13 | 13501 | Check | Supply | | 250.00 | |
| 7/13 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260713 5120811899059LF Ubs Associates LLC Ubs | Payroll | | 11,594.50 | |
| 7/13 | 13507 | Check | Supply | | 181.50 | |
| 7/13 | < | Business to Business ACH Debit - Capital One Crcardpmt CA0C8Dec92A20Bb Connie Billiard | Card payment Lost one | | 134.00 | 22,181.85 |
| 7/14 | 13530 | Deposited OR Cashed Check | sub | | 384.00 | |
| 7/14 | | Synchrony Bank Payment Jul 14 601918391912956 Billiard,Tiffany | Payment | | 173.00 | |
| 7/14 | | Gm Financial Gmf Pymt 260714 00211084264301 Ubs Associates, LLC | Truck Loan | | 1,178.81 | |

Exhibit D

| Date | Check Number | Description | | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|---|
| 7/14 | 13465 | Check | | | 271.37 | 20,174.67 |
| 7/15 | < | Business to Business ACH Debit - General Floor IN 0215773001 071426 75488228 Ubs Associates | Supply's | | 1,115.36 | 19,059.31 |
| 7/16 | | eDeposit IN Branch 07/16/26 04:06:55 PM 4 S Main St Coopersburg PA 8669 | | 18,000.00 | | |
| 7/16 | | Cash eWithdrawal IN Branch 07/16/2026 13:07 PM 4 S Main St Coopersburg PA 8669 | Jon Pay | | 1,000.00 | |
| 7/16 | | Online Transfer to Billiard J Everyday Checking xxxxxx5755 Ref #Ib0Yy88Pml on 07/16/26 | Jon Pay | | 500.00 | |
| 7/16 | | Synchrony Bank Payment Jul 16 524306400526092 Billiard,Connie | CARD Lott one | | 385.00 | |
| 7/16 | | Lowes Syf Paymnt Jul 16 798192739454244 Billardconstance | Business CARD | | 500.00 | |
| 7/16 | | Home Depot USA I Purchase 926071500072684 Ubs Associates | Supplys | | 7,472.28 | |
| 7/16 | 13431 | Check | Sub. | | 1,189.66 | |
| 7/16 | < | Business to Business ACH Debit - Capital One Crcardpmt CA00Ddf9A4A895C Connie Billiard | Busines CARD | | 256.00 | |
| 7/16 | | Discover E-Payment 260716 8330 Billiard Connie | Business CARD | | 2,252.66 | 23,503.71 |
| 7/17 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1566, 1567, 1568, 1557, 1548, 1555, 15 | | 25,710.16 | | |
| 7/17 | | Barclaycard US Creditcard 1435803565 Connie Billiard | CARD Lott one | | 200.00 | |
| 7/17 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260716 Htf Ubs Associates, LLC | | | 1,138.00 | |
| 7/17 | 13519 | Check | Bank Fee | | 15.00 | 47,860.87 |
| 7/20 | 13383 | Check | Sub | | 600.00 | |
| 7/20 | 13512 | Check | Drywall Sub | | 2,000.00 | |
| 7/20 | 13534 | Check | Drywall Sub | | 2,000.00 | |
| 7/20 | | Lafayette Fcu Sweb Pymt 1335876882 Connie Billiard | | | 261.94 | |
| 7/20 | < | Business to Business ACH Debit - Payorexpresscc1 Web Pay 260717 8162011--231287 Ubs 1 | Equipment loan | | 400.00 | |
| 7/20 | | Lafayette Fcu Sweb Pymt 1335875657 Connie Billiard | Business Loan | | 442.34 | |
| 7/20 | < | Business to Business ACH Debit - General Floor IN 0215773001 071726 75551647 Ubs Associates | Supply | | 649.74 | |
| 7/20 | 13516 | Check | Sub Bill | | 643.00 | |
| 7/20 | 13371 | Check | Sub Bill | | 1,000.00 | |
| 7/20 | | Lowes Syf Paymnt Jul 20 798192739454244 Billardconstance | Business CARD | | 300.00 | |
| 7/20 | | Discover E-Payment 260718 8330 Billiard Connie | Business CARD | | 600.00 | |
| 7/20 | | T-Mobile Fdc Paymen 260718 0010981 Ubs | Phone Bill | | 923.26 | |
| 7/20 | | Donegal Ins Grp Insurance 260718 0019361 NA *Ubs Associates LLC | Insurance | | 2,657.64 | |
| 7/20 | 13533 | Check | Sub | | 2,700.00 | |
| 7/20 | 13532 | Check | Sub | | 450.00 | |
| 7/20 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260720 9365415480909LF Ubs Associates LLC Ubs | Payroll | | 11,586.00 | |
| 7/20 | 13518 | Check | Sub | | 164.40 | 20,482.55 |
| 7/21 | 13480 | Deposited OR Cashed Check | Sub | | 350.00 | |
| 7/21 | | Northstar Locati Collection 260720 1942775 Ubs Associates LLC | CARD Medical Bill | | 202.30 | |
| 7/21 | < | Business to Business ACH Debit - Quarterly Fee Payment 260720 0000 Jonathan Billiard | CARD Payment | | 250.00 | |
| 7/21 | | Capital Blue Cro Debitpmt 260720 #639589285 Jonathan R Billiard | Insurance | | 781.07 | |
| 7/21 | | 094 Fwwebb Cnp Fwwebbcomp 556738412139 Jonathan Billiard | Supply | | 1,296.50 | |
| 7/21 | < | Business to Business ACH Debit - Beacon Building BT0720 072026 000000361805274 Ubs Associates | Supply | | 1,500.00 | |
| 7/21 | 13531 | Check | | | 260.00 | 15,842.68 |
| 7/23 | | eDeposit IN Branch 07/23/26 02:56:21 PM 4 S Main St Coopersburg PA 8669 | | 18,894.84 | | |
| 7/23 | 13493 | Cashed Check | Sub payment | | 1,800.00 | |
| 7/23 | 13509 | Deposited OR Cashed Check | Sub Contractor | | 780.00 | |
| 7/23 | 13541 | Deposited OR Cashed Check | Jon Deals | | 1,000.00 | |
| 7/23 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260722 Htf Ubs Associates, LLC | Equipment loan | | 641.35 | |

Exhibit D

| Date | Check Number | Description | | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|---|
| 7/23 | | Gm Financial Gmf Pymt 260723 00211054326172 Ubs Associates, LLC | Truck Loan | | 924.19 | |
| 7/23 | 13535 | Check | | | 2,250.00 | 27,341.98 |
| 7/24 | | Western Lehigh Payments Ubs Associates NTE*Inv# 1569, 1566, 1512, 1555, 1540, 1539, 1531 | | 20,569.69 | | 47,911.67 |
| 7/27 | 13550 | Deposited OR Cashed Check | Supply | | 272.00 | |
| 7/27 | 13508 | Deposited OR Cashed Check | Jon Pay | | 1,500.00 | |
| 7/27 | 13539 | Check | Tile Sub | | 2,350.14 | |
| 7/27 | < | Business to Business ACH Debit - Payorexpresscc1 Web Pay 260724 8162011--231287 Ubs 1 | Equipment loan | | 401.58 | |
| 7/27 | 13372 | Check | Jon Pay | | 1,000.00 | |
| 7/27 | 13540 | Check | Sub cost | | 2,000.00 | |
| 7/27 | | Citi Card Online Payment 260726 432074853546722 Connie Billiard | Business CARD | | 500.00 | |
| 7/27 | | Gm Financial Gmf Pymt 260727 00211083862607 Ubs Associates, LLC | Truck Loan | | 1,651.56 | |
| 7/27 | 13538 | Check | Supply | | 2,524.24 | |
| 7/27 | 13506 | Check | Glass, Bill | | 500.00 | |
| 7/27 | | Discover Cap One Online Pmt CA09A7E773C1F28 Connie Billiard | Business CARD | | 1,500.00 | |
| 7/27 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260727 7550814592379LF Ubs Associates LLC Ubs | Payroll | | 12,308.00 | 21,404.15 |
| 7/28 | < | Business to Business ACH Debit - State Farm Ro 27 Cpc-Client 13 S 1387725713 Jonathan Billiard | Insurance | | 67.76 | |
| 7/28 | | Service Electric E-Payment 260726 0783548336 Ubs | Business Inter.net | | 333.32 | |
| 7/28 | 13537 | Check | Glass Sub | | 648.00 | |
| 7/28 | 13461 | Check | Material | | 153.65 | 20,201.42 |
| 7/30 | | eDeposit IN Branch 07/30/26 04:39:41 PM 4 S Main St Coopersburg PA 8669 | | 15,000.00 | | |
| 7/30 | | Wire Trans Svc Charge - Sequence: 260730108048 Srf# 20260730Mmqfmp2+ Trn#260730108048 Rfb# 1000450114 | Payroll Fee | | 15.00 | |
| 7/30 | | WT Fed#03R01 Jpmorgan Chase Ban /Drw/Bnf=ADP Client Trust Srf# 20260730Mmqfmp2+ Trn#260730108048 Rfb# 1000450114 | Payroll Fee | | 250.00 | |
| 7/30 | 13557 | Deposited OR Cashed Check | Sub | | 2,800.00 | |
| 7/30 | 13481 | Cashed Check | Jon Bill | | 1,000.00 | |
| 7/30 | | Home Depot USA I Purchase 926072933407563 Ubs Associates | Supply | | 61.04 | |
| 7/30 | | Gm Financial Gmf Pymt 260730 00211098064719 Ubs Associates, LLC | Truck Loan | | 952.91 | |
| 7/30 | | Home Depot USA I Purchase 926072933407562 Ubs Associates | Supplys | | 6,303.10 | |
| 7/30 | 13517 | Check | material Supply | | 505.00 | |
| 7/30 | | Discover Cap One Mobile Pmt CA06241Dadfca94 Connie Billiard | Business CARD | | 2,000.00 | 21,314.37 |
| 7/31 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1566, 1562, 1561, 1556, 1573, 1575, 15 | | 20,659.80 | | |
| 7/31 | | Transactions Fee | Bank CARD | | 27.00 | 41,947.17 |

Debtor Name UBS Associates Case number 26-10564

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☒ | ☐ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☒ | ☐ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $24,478.53

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $202,942.93

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $185,474.29

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. + $17,468.64

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $41,947.17

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ NONE

*(Exhibit E)*

Exhibit F

Brian Lynch - 8,650.00
Kathy Cruz - 1,975.00
Grayson - 9,500.00
Meyer - 12,000.00
Wilson - 15,000.00
Conrad - 5,025.50
Wagner - 2,576.13
Berkowitz - 4,500.00
Lear - 2,920.36
Davy - 6269.68
Celli - 13,413.30
Liptak - 1,048.40
Wolf - 748.36
Farrell - 3,850.00
Smith - 1,254.31
Hodge - 850.00
Siberman - 2,000.00
Shelton - 3,000.00
Molzahn - 27,567.64

Total 122,149.08

Debtor Name UBS Associates Case number 26-10564

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 122,149.08

## 5. Employees

26. What was the number of employees when the case was filed? NONE
27. What is the number of employees as of the date of this monthly report? NONE

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ NONE
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ NONE
30. How much have you paid this month in other professional fees? $ NONE
31. How much have you paid in total other professional fees since filing the case? $ NONE

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** | – | Column B **Actual** | = | *Column C* **Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 190,000.00 | – | $ 202,942.93 | = | $ 12,942.93 |
| 33. **Cash disbursements** | $ 180,000.00 | – | $ 185,474.29 | = | $ 5,474.29 |
| 34. **Net cash flow** | $ 10,000.00 | – | $ 17,468.64 | = | $ 7,468.64 |

35. Total projected cash receipts for the next month: $ 195,000.00
36. Total projected cash disbursements for the next month: - $ 186,000.00
37. Total projected net cash flow for the next month: = $ 9,000.00

Debtor Name UBS Associates Case number 26-10564

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☒ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☒ 39. Bank reconciliation reports for each account.

☒ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☒ 41. Budget, projection, or forecast reports.

☒ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

# Initiate Business Checking℠



WELLS FARGO

UBS ASSOCIATES LLC
DEBTOR IN POSSESSION
CH11 CASE #26-10564 (EPA)
3771 STATE RD
COOPERSBURG PA 18036-1642

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
1-800-CALL-WELLS (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Vet travel sites and agents to help avoid vacation scams

Scammers use AI to create realistic ads, booking sites, and even follow-up emails to steal your money and personal information.

A few smart habits can help protect your trip - and your wallet:
- Use official sites and apps. Fake travel sites often appear in search ads and are designed to steal your payment or login details.
- Don't click links in unexpected or urgent emails. Scammers may hack real reservation emails to request extra fees.
- Be careful with sponsored customer service search results. Scammers buy ads with fake airline or hotel customer service numbers. Travelers often encounter these scams during flight delays or cancellations.
- Think twice about unusually cheap deals. Too-good-to-be-true prices - especially amid today's rising travel costs - are a common scam tactic.

Slow down and verify before you click, call, or pay. Report suspicious messages or charges right away.

WELLS FARGO

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $24,478.53 |
| Deposits/Credits | 202,942.93 |
| Withdrawals/Debits | - 185,474.29 |
| Ending balance on 7/31 | $41,947.17 |

Account number: 1716024086 (primary account)
UBS ASSOCIATES LLC
DEBTOR IN POSSESSION
CH11 CASE #26-10564 (EPA)

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/1 | | eDeposit IN Branch 07/01/26 04:19:45 PM 4 S Main St Coopersburg PA 8669 | 9,000.00 | | |
| 7/1 | 13463 | Deposited OR Cashed Check | | 1,300.00 | |
| 7/1 | | Cash eWithdrawal IN Branch 07/01/2026 13:20 PM 4 S Main St Coopersburg PA 8669 | | 800.00 | |
| 7/1 | < | Business to Business ACH Debit - State Farm Ro 27 Cpc-Client 13 S 1387725713 Jonathan Billiard | | 67.76 | |
| 7/1 | < | Business to Business ACH Debit - Financial Pacifi Lease Pymt 070126 015-2677081-301 Ubs Associates LLC | | 286.62 | |
| 7/1 | 13475 | Check | | 707.00 | |
| 7/1 | 13427 | Check | | 1,825.00 | |
| 7/1 | 13476 | Check | | 2,200.00 | 26,292.15 |
| 7/2 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1561, 1557, 1555, 1540, 1554, 1548, 15 | 23,775.83 | | |
| 7/2 | | Gm Financial Gmf Pymt 260702 00211056423330 Ubs Associates, LLC | | 307.63 | |
| 7/2 | | Barclaycard US Creditcard 1429953147 Connie Billiard | | 560.00 | |
| 7/2 | < | Business to Business ACH Debit - Jpmorgan Chase Ext Trnsfr 260702 29795896178 Jonathan R Billiard | | 2,607.68 | |
| 7/2 | 13435 | Check | | 90.69 | |
| 7/2 | 13434 | Check | | 104.96 | |
| 7/2 | | Discover E-Payment 260702 8330 Billiard Connie | | 1,422.38 | 44,974.64 |
| 7/3 | < | Business to Business ACH Debit - Beacon Building BT0702 070226 000000360387899 Ubs Associates | | 317.89 | |
| 7/3 | | Home Depot USA I Purchase 926070200070643 Ubs Associates | | 6,774.38 | |
| 7/3 | 13467 | Check | | 2,350.00 | 35,532.37 |
| 7/6 | 13477 | Deposited OR Cashed Check | | 464.00 | |
| 7/6 | < | Business to Business ACH Debit - ADP Payroll Fees ADP Fees 260706 372583038462 724956000Ubs Associate | | 80.00 | |
| 7/6 | | Honda Pmt 8005435636 C26183 2Wiy2Evq9Yn3Avd Ubs Associates | | 459.82 | |
| 7/6 | 13322 | Check | | 1,000.00 | |
| 7/6 | | Gm Financial Gmf Pymt 260706 00211098064719 Ubs Associates, LLC | | 952.91 | |
| 7/6 | 13400 | Check | | 1,126.82 | |
| 7/6 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260706 5640755978679LF Ubs Associates LLC Ubs | | 12,234.50 | |
| 7/6 | < | Business to Business ACH Debit - Capital One Crcardpmt CA084B982A690C4 Connie Billiard | | 35.00 | |
| 7/6 | < | Business to Business ACH Debit - Capital One Crcardpmt CA04B13Aafa6FC6 Connie Billiard | | 386.00 | 18,793.32 |
| 7/7 | 13500 | Deposited OR Cashed Check | | 180.00 | |
| 7/7 | 13469 | Deposited OR Cashed Check | | 420.00 | |
| 7/7 | 13468 | Deposited OR Cashed Check | | 420.00 | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/7 | 13433 | Deposited OR Cashed Check | | 655.00 | |
| 7/7 | 13432 | Deposited OR Cashed Check | | 719.00 | |
| 7/7 | | Erie Ins Group Eriexpspay Q080611512 Jonathan R Billiard | | 199.25 | |
| 7/7 | | 094 Fwwebb Cnp Fwwebbcomp 555835156412 Jonathan Billiard | | 249.78 | |
| 7/7 | | Comn Cap Apy F1 Auto Pay 070626 P26187068226832 Connie Billiard | | 359.00 | 15,591.29 |
| 7/8 | 13464 | Deposited OR Cashed Check | | 2,450.00 | |
| 7/8 | 13460 | Check | | 547.00 | |
| 7/8 | 13504 | Check | | 591.66 | |
| 7/8 | 13338 | Check | | 423.00 | |
| 7/8 | 13502 | Check | | 95.00 | |
| 7/8 | 13391 | Check | | 66.72 | |
| 7/8 | 13390 | Check | | 468.33 | |
| 7/8 | 13462 | Check | | 103.29 | 10,846.29 |
| 7/9 | | eDeposit IN Branch 07/09/26 03:59:12 PM 4 S Main St Coopersburg PA 8669 | 18,000.00 | | |
| 7/9 | | Online Transfer Ref #Ib0Yv9Vvzg to Wells Fargo Cash Wise VISA Signature Car Xxxxxxxxxxxx6430 on 07/09/26 | | 398.00 | |
| 7/9 | | Cash eWithdrawal IN Branch 07/09/2026 13:00 PM 4 S Main St Coopersburg PA 8669 | | 1,500.00 | |
| 7/9 | | Online Transfer to Billiard J Everyday Checking xxxxxx5755 Ref #Ib0Yvfz3Jt on 07/09/26 | | 600.00 | |
| 7/9 | < | Business to Business ACH Debit - Beacon Building BT0708 070826 000000360572595 Ubs Associates | | 1,500.00 | |
| 7/9 | 13479 | Check | | 422.50 | |
| 7/9 | 13503 | Check | | 140.77 | |
| 7/9 | | Discover E-Payment 260709 8330 Billiard Connie | | 2,600.00 | 21,685.02 |
| 7/10 | | Western Lehigh Payments Ubs Associates NTE*1554, 1547, 1540, 1557, 1563, 1512, 1535, 155 | 33,332.61 | | |
| 7/10 | | Bankcard Fee - 0384007553 | | 44.95 | |
| 7/10 | | Bankcard Discount Fee - 0384007553 | | 65.15 | |
| 7/10 | | Donegal Ins Grp Insurance 260709 6311877 NA *Ubs Associates LLC | | 858.15 | |
| 7/10 | < | Business to Business ACH Debit - General Floor IN 0215773001 070926 75432411 Ubs Associates | | 944.36 | |
| 7/10 | | Home Depot USA I Purchase 926070933402350 Ubs Associates | | 6,208.54 | |
| 7/10 | 13453 | Check | | 1,144.00 | |
| 7/10 | 13505 | Check | | 2,000.00 | 43,752.48 |
| 7/13 | 13513 | Check | | 2,900.00 | |
| 7/13 | 13466 | Check | | 1,000.00 | |
| 7/13 | 13510 | Check | | 1,200.00 | |
| 7/13 | | Barclaycard US Creditcard 1433485033 Connie Billiard | | 300.00 | |
| 7/13 | < | Business to Business ACH Debit - Payorexpresscc1 Web Pay 260710 8162011--231287 Ubs 1 | | 400.00 | |
| 7/13 | | Gm Financial Gmf Pymt 260713 00211099862682 Ubs Associates, LLC | | 1,581.85 | |
| 7/13 | 13323 | Check | | 1,000.00 | |
| 7/13 | < | Business to Business ACH Debit - Clover Fees Clover Fee 260713 2686438 Ubs Associates LLC | | 37.10 | |
| 7/13 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260710 Htf Ubs Associates, LLC | | 991.68 | |
| 7/13 | 13501 | Check | | 250.00 | |
| 7/13 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260713 5120811899059LF Ubs Associates LLC Ubs | | 11,594.50 | |
| 7/13 | 13507 | Check | | 181.50 | |
| 7/13 | < | Business to Business ACH Debit - Capital One Crcardpmt CA0C8Dec92A20Bb Connie Billiard | | 134.00 | 22,181.85 |
| 7/14 | 13530 | Deposited OR Cashed Check | | 384.00 | |
| 7/14 | | Synchrony Bank Payment Jul 14 601918391912956 Billiard,Tiffany | | 173.00 | |
| 7/14 | | Gm Financial Gmf Pymt 260714 00211084264301 Ubs Associates, LLC | | 1,178.81 | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/14 | 13465 | Check | | 271.37 | 20,174.67 |
| 7/15 | < | Business to Business ACH Debit - General Floor IN 0215773001 071426 75488228 Ubs Associates | | 1,115.36 | 19,059.31 |
| 7/16 | | eDeposit IN Branch 07/16/26 04:06:55 PM 4 S Main St Coopersburg PA 8669 | 18,000.00 | | |
| 7/16 | | Cash eWithdrawal IN Branch 07/16/2026 13:07 PM 4 S Main St Coopersburg PA 8669 | | 1,000.00 | |
| 7/16 | | Online Transfer to Billiard J Everyday Checking xxxxxx5755 Ref #Ib0Yy88Pml on 07/16/26 | | 500.00 | |
| 7/16 | | Synchrony Bank Payment Jul 16 524306400526092 Billiard,Connie | | 385.00 | |
| 7/16 | | Lowes Syf Paymnt Jul 16 798192739454244 Billardconstance | | 500.00 | |
| 7/16 | | Home Depot USA I Purchase 926071500072684 Ubs Associates | | 7,472.28 | |
| 7/16 | 13431 | Check | | 1,189.66 | |
| 7/16 | < | Business to Business ACH Debit - Capital One Crcardpmt CA00Ddf9A4A895C Connie Billiard | | 256.00 | |
| 7/16 | | Discover E-Payment 260716 8330 Billiard Connie | | 2,252.66 | 23,503.71 |
| 7/17 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1566, 1567, 1568, 1557, 1548, 1555, 15 | 25,710.16 | | |
| 7/17 | | Barclaycard US Creditcard 1435803565 Connie Billiard | | 200.00 | |
| 7/17 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260716 Htf Ubs Associates, LLC | | 1,138.00 | |
| 7/17 | 13519 | Check | | 15.00 | 47,860.87 |
| 7/20 | 13383 | Check | | 600.00 | |
| 7/20 | 13512 | Check | | 2,000.00 | |
| 7/20 | 13534 | Check | | 2,000.00 | |
| 7/20 | | Lafayette Fcu Sweb Pymt 1335876882 Connie Billiard | | 261.94 | |
| 7/20 | < | Business to Business ACH Debit - Payorexpresscc1 Web Pay 260717 8162011--231287 Ubs 1 | | 400.00 | |
| 7/20 | | Lafayette Fcu Sweb Pymt 1335875657 Connie Billiard | | 442.34 | |
| 7/20 | < | Business to Business ACH Debit - General Floor IN 0215773001 071726 75551647 Ubs Associates | | 649.74 | |
| 7/20 | 13516 | Check | | 643.00 | |
| 7/20 | 13371 | Check | | 1,000.00 | |
| 7/20 | | Lowes Syf Paymnt Jul 20 798192739454244 Billardconstance | | 300.00 | |
| 7/20 | | Discover E-Payment 260718 8330 Billiard Connie | | 600.00 | |
| 7/20 | | T-Mobile Fdc Paymen 260718 0010981 Ubs | | 923.26 | |
| 7/20 | | Donegal Ins Grp Insurance 260718 0019361 NA *Ubs Associates LLC | | 2,657.64 | |
| 7/20 | 13533 | Check | | 2,700.00 | |
| 7/20 | 13532 | Check | | 450.00 | |
| 7/20 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260720 9365415480909LF Ubs Associates LLC Ubs | | 11,586.00 | |
| 7/20 | 13518 | Check | | 164.40 | 20,482.55 |
| 7/21 | 13480 | Deposited OR Cashed Check | | 350.00 | |
| 7/21 | | Northstar Locati Collection 260720 1942775 Ubs Associates LLC | | 202.30 | |
| 7/21 | < | Business to Business ACH Debit - Quarterly Fee Payment 260720 0000 Jonathan Billiard | | 250.00 | |
| 7/21 | | Capital Blue Cro Debitpmt 260720 #639589285 Jonathan R Billiard | | 781.07 | |
| 7/21 | | 094 Fwwebb Cnp Fwwebbcomp 556738412139 Jonathan Billiard | | 1,296.50 | |
| 7/21 | < | Business to Business ACH Debit - Beacon Building BT0720 072026 000000361805274 Ubs Associates | | 1,500.00 | |
| 7/21 | 13531 | Check | | 260.00 | 15,842.68 |
| 7/23 | | eDeposit IN Branch 07/23/26 02:56:21 PM 4 S Main St Coopersburg PA 8669 | 18,894.84 | | |
| 7/23 | 13493 | Cashed Check | | 1,800.00 | |
| 7/23 | 13509 | Deposited OR Cashed Check | | 780.00 | |
| 7/23 | 13541 | Deposited OR Cashed Check | | 1,000.00 | |
| 7/23 | < | Business to Business ACH Debit - Huntington Natio Ebpp Pmt 260722 Htf Ubs Associates, LLC | | 641.35 | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/23 | | Gm Financial Gmf Pymt 260723 00211054326172 Ubs Associates, LLC | | 924.19 | |
| 7/23 | 13535 | Check | | 2,250.00 | 27,341.98 |
| 7/24 | | Western Lehigh Payments Ubs Associates NTE*Inv# 1569, 1566, 1512, 1555, 1540, 1539, 1531 | 20,569.69 | | 47,911.67 |
| 7/27 | 13550 | Deposited OR Cashed Check | | 272.00 | |
| 7/27 | 13508 | Deposited OR Cashed Check | | 1,500.00 | |
| 7/27 | 13539 | Check | | 2,350.14 | |
| 7/27 | < | Business to Business ACH Debit - Payorexpresscc1 Web Pay 260724 8162011--231287 Ubs 1 | | 401.58 | |
| 7/27 | 13372 | Check | | 1,000.00 | |
| 7/27 | 13540 | Check | | 2,000.00 | |
| 7/27 | | Citi Card Online Payment 260726 432074853546722 Connie Billiard | | 500.00 | |
| 7/27 | | Gm Financial Gmf Pymt 260727 00211083862607 Ubs Associates, LLC | | 1,651.56 | |
| 7/27 | 13538 | Check | | 2,524.24 | |
| 7/27 | 13506 | Check | | 500.00 | |
| 7/27 | | Discover Cap One Online Pmt CA09A7E773C1F28 Connie Billiard | | 1,500.00 | |
| 7/27 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 260727 7550814592379LF Ubs Associates LLC Ubs | | 12,308.00 | 21,404.15 |
| 7/28 | < | Business to Business ACH Debit - State Farm Ro 27 Cpc-Client 13 S 1387725713 Jonathan Billiard | | 67.76 | |
| 7/28 | | Service Electric E-Payment 260726 0783548336 Ubs | | 333.32 | |
| 7/28 | 13537 | Check | | 648.00 | |
| 7/28 | 13461 | Check | | 153.65 | 20,201.42 |
| 7/30 | | eDeposit IN Branch 07/30/26 04:39:41 PM 4 S Main St Coopersburg PA 8669 | 15,000.00 | | |
| 7/30 | | Wire Trans Svc Charge - Sequence: 260730108048 Srf# 20260730Mmqfmp2+ Trn#260730108048 Rfb# 1000450114 | | 15.00 | |
| 7/30 | | WT Fed#03R01 Jpmorgan Chase Ban /Drw/Bnf=ADP Client Trust Srf# 20260730Mmqfmp2+ Trn#260730108048 Rfb# 1000450114 | | 250.00 | |
| 7/30 | 13557 | Deposited OR Cashed Check | | 2,800.00 | |
| 7/30 | 13481 | Cashed Check | | 1,000.00 | |
| 7/30 | | Home Depot USA I Purchase 926072933407563 Ubs Associates | | 61.04 | |
| 7/30 | | Gm Financial Gmf Pymt 260730 00211098064719 Ubs Associates, LLC | | 952.91 | |
| 7/30 | | Home Depot USA I Purchase 926072933407562 Ubs Associates | | 6,303.10 | |
| 7/30 | 13517 | Check | | 505.00 | |
| 7/30 | | Discover Cap One Mobile Pmt CA06241Dadfca94 Connie Billiard | | 2,000.00 | 21,314.37 |
| 7/31 | | Western Lehigh Payments Ubs Associates NTE*Inv#'S 1566, 1562, 1561, 1556, 1573, 1575, 15 | 20,659.80 | | |
| 7/31 | | Transactions Fee | | 27.00 | 41,947.17 |
| **Totals** | | | $202,942.93 | $185,474.29 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

WELLS FARGO

Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 13322 | 7/6 | 1,000.00 | 13465 | 7/14 | 271.37 | 13509 | 7/23 | 780.00 |
| 13323 | 7/13 | 1,000.00 | 13466 | 7/13 | 1,000.00 | 13510 | 7/13 | 1,200.00 |
| 13338 * | 7/8 | 423.00 | 13467 | 7/3 | 2,350.00 | 13512 * | 7/20 | 2,000.00 |
| 13371 * | 7/20 | 1,000.00 | 13468 | 7/7 | 420.00 | 13513 | 7/13 | 2,900.00 |
| 13372 | 7/27 | 1,000.00 | 13469 | 7/7 | 420.00 | 13516 * | 7/20 | 643.00 |
| 13383 * | 7/20 | 600.00 | 13475 * | 7/1 | 707.00 | 13517 | 7/30 | 505.00 |
| 13390 * | 7/8 | 468.33 | 13476 | 7/1 | 2,200.00 | 13518 | 7/20 | 164.40 |
| 13391 | 7/8 | 66.72 | 13477 | 7/6 | 464.00 | 13519 | 7/17 | 15.00 |
| 13400 * | 7/6 | 1,126.82 | 13479 * | 7/9 | 422.50 | 13530 * | 7/14 | 384.00 |
| 13427 * | 7/1 | 1,825.00 | 13480 | 7/21 | 350.00 | 13531 | 7/21 | 260.00 |
| 13431 * | 7/16 | 1,189.66 | 13481 | 7/30 | 1,000.00 | 13532 | 7/20 | 450.00 |
| 13432 | 7/7 | 719.00 | 13493 * | 7/23 | 1,800.00 | 13533 | 7/20 | 2,700.00 |
| 13433 | 7/7 | 655.00 | 13500 * | 7/7 | 180.00 | 13534 | 7/20 | 2,000.00 |
| 13434 | 7/2 | 104.96 | 13501 | 7/13 | 250.00 | 13535 | 7/23 | 2,250.00 |
| 13435 | 7/2 | 90.69 | 13502 | 7/8 | 95.00 | 13537 * | 7/28 | 648.00 |
| 13453 * | 7/10 | 1,144.00 | 13503 | 7/9 | 140.77 | 13538 | 7/27 | 2,524.24 |
| 13460 * | 7/8 | 547.00 | 13504 | 7/8 | 591.66 | 13539 | 7/27 | 2,350.14 |
| 13461 | 7/28 | 153.65 | 13505 | 7/10 | 2,000.00 | 13540 | 7/27 | 2,000.00 |
| 13462 | 7/8 | 103.29 | 13506 | 7/27 | 500.00 | 13541 | 7/23 | 1,000.00 |
| 13463 | 7/1 | 1,300.00 | 13507 | 7/13 | 181.50 | 13550 * | 7/27 | 272.00 |
| 13464 | 7/8 | 2,450.00 | 13508 | 7/27 | 1,500.00 | 13557 * | 7/30 | 2,800.00 |

* *Gap in check sequence.*

Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2026 - 07/31/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | $2,000.00 | $10,846.29 ☑ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 154 | 100 | 54 | 0.50 | 27.00 |
| **Total service charges** | | | | | $27.00 |

WELLS FARGO

TIP Report check fraud right away. Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so it's important to review the check image as soon as it clears. Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

WELLS FARGO

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.
- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.
- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.
- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance shown on your statement ........................ $ ____________

**ADD**

B. Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ____________
$ ____________
$ ____________
+ $ ____________

........................................ TOTAL $ ____________

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

........................................ TOTAL $ ____________

**SUBTRACT**

C. The total outstanding checks and withdrawals from the chart above ............. - $ ____________

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register ............................ $ ____________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

UBS ASSOCIATES LLC

| JOB NAMES | MOUCHERON | STEIGERWALT | PAASSHAUS | WHITE | MOLZAHN | CELESTE |
|---|---|---|---|---|---|---|
| TOTAL OF JOB | 61,000 | 31,921.70 | 45,784.77 | 17,400.00 | 55,135.28 | 36,000.00 |
| DATES | 6/3/26-6/29/26 | 6/30/26-7/14/26 | 7/15/26-7/31/26 | 8/3/26-8/7/26 | 8/10/26-8/28/26 | 8/29/26-9/12/26 |
| SUPPLY | 11,500.00 | 4,450.00 | 8,850.00 | 2,150.00 | 11,400.00 | 6,500.00 |
| INSURANCE | 2,731.25 | 1,581.25 | 1,868.75 | 718.75 | 2,156.25 | 1,437.50 |
| LIABILITY INS | 922.83 | 534.27 | 631.41 | 242.85 | 728.55 | 485.70 |
| TRUCK PAYMENT | 8,096.85 | 4,687.65 | 5,539.95 | 2,130.75 | 6,392.25 | 4,261.50 |
| TRUCK LICENSE | | | 450.00 | | 844.00 | |
| TRUCK SUPPLY | | | | | | |
| FUEL | 1,882.90 | 1,090.10 | 1,288.30 | 495.50 | 1,486.50 | 991.00 |
| PERMITS | | | | | | |
| MAINTENANCE | | | | | | |
| CELL PHONES | 922.45 | 534.05 | 631.15 | 242.75 | 728.25 | 485.50 |
| TOLLS | | | | | | |
| SUB COST | 12,500.00 | 6,100.00 | 10,450.00 | 5,500.00 | 15,000.00 | 10.450.00 |
| OFFICE SUPPLY | | | | | | |
| TRAILER COST | | | | | | |
| EQUIPMENT COST | 16,313.02 | 9,444.38 | 11,161.54 | 4,292.90 | 12,878.70 | 8,585.80 |
| COURT COST | 250.00 | | 250.00 | | 250.00 | |
| | | | | | | |
| TOTAL EXPENSE | 55,119.30 | 28,421.70 | 41,121.10 | 15,773.50 | 51,864.50 | 33,197.00 |
| NET INCOME | 5,880.70 | 3,500.00 | 3,878.90 | 1,626.50 | 3,270.78 | 2,803.00 |