**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **UBS ASSOCIATES, LLC.,** | : | |
| | : | |
| **Debtor.** | : | **Case No. 26-10564 (PMM)** |
| | : | **Hearing Date: 10/20/26** |
| | : | **Time: 11:00 AM** |

## NOTICE FOR HEARING ON MOTION

To the Debtor, its Creditors, Equity Holders, and other parties in interest:

**A MOTION TO CONVER THE DEBTOR'S CASE FROM CHAPTER 11 TO CHAPTER 7** (the "Motion") has been filed by the Debtor on SEPTEMBER 25, 2026 and Notice is hereby given that:

1. A Hearing to consider the merits of the Debtor's Motion shall be held on **OCTOBER 20, 2026 at 11:00 a.m.** in the **United States Bankruptcy Court for the Eastern District of Pennsylvania Reading Division at 201 Penn Street, 4th Floor, Reading, PA.**

2. That **OCTOBER 12, 2026** is fixed as the last day for filing and serving, in accordance with Bankruptcy Rule 3017(a), written objections to the Motion.

3. Objections to the Motion shall be filed with the Clerk of the United States Bankruptcy Court and served on the Debtor, the Office of the United States Trustee, and members of the Creditors Committee, along with any other entity or party who has requested the service of all Notices pursuant to Bankruptcy Rule 2002.

4. Request for copies of the Motion shall be made directly to counsel for the Debtor-in-Possession at the address listed below:

Maggie S. Soboleski, Esquire
**Center City Law Offices, LLC.**
1632 ELLSWORTH Street
Philadelphia, PA 19146
Phone: 215-620-2132
Fax: 215-977-9644

5. The cost for obtaining copies of the Motion and the mailing to a designated address is $25. Payment of this sum to the order of Center City Law Offices, LLC. is required to be received prior to the delivery of the requested copies.

FOR THE DEBTOR

CENTER CITY LAW OFFICES, LLC

By: ***/s/ Maggie S. Soboleski***

MAGGIE S. SOBOLESKI
PA Identification No. 88268
1632 ELLSWORTH Street
Philadelphia, PA 19146

Dated: September 25, 2026