**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| UBS ASSOCIATES, LLC | : | Case No. 26-10564-pmm |
| Debtor | : | Judge: The Patricia M. Mayer |
| | : | |
| WELLS FARGO VENDOR FINANCIAL SERVICES, LLC | : | **Hearing Date and Time:** |
| v. Movant, | | **November 3, 2026 at 10 A.M.** |
| v. | : | |
| UBS ASSOCIATES, LLC | : | |
| and HOLLY SMITH MILLER, TRUSTEE | : | |
| Respondents. | | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE NOTICE OF OPPORTUNITY TO OBJECT AND HEARING**

Wells Fargo Vendor Financial Services, LLC has filed a Motion for Relief from the Automatic Stay.

Your rights may be affected. You should read these papers carefully and discuss them with an attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, at least seven (7) days prior to the hearing date, you or your attorney must do all of the following:

a. File an answer explaining your position at:

Clerk of the Bankruptcy Court
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so it will be received on or before the date stated above; and

b. Mail a copy to movants' attorney:

Kristen Wetzel Ladd, Esquire
Unruh, Turner, Burke & Frees, P.C.
P.O. Box 515
17 West Gay Street
West Chester, PA 19381
(610)692-1371

2. If you or your attorney do not take the steps described in paragraphs 1(a) and (b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer, Bankruptcy Judge, November 3, 2026, at 10:00 A.M., in Courtroom 2, at the United States Bankruptcy Court, Eastern District of Pennsylvania, The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 19601. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses testify with respect to the disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5030 to find out whether the hearing has been cancelled because no one filed an answer.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Kristen Wetzel Ladd*____________
Kristen Wetzel Ladd, Esquire
ID# 208755
Unruh, Turner, Burke & Frees, P.C.
P.O. Box 515
West Chester, PA 19381
Attorneys for the Creditor