**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| UBS ASSOCIATES, LLC, | : | Case No. 26-10564-pmm |
| Debtor, | : | Judge: The Patricia M. Mayer |
| | : | |
| WELLS FARGO VENDOR FINANCIAL SERVICES, LLC, | : | |
| v. Movant, | : | **Hearing Date and Time: November 3, 2026 at 10 A.M.** |
| v. | : | |
| UBS ASSOCIATES, LLC and | : | |
| HOLLY SMITH MILLER, TRUSTEE, | : | |
| Respondents. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE STAY, DOCUMENT 94**

The undersigned hereby certifies that, as of the date hereof, there is no objection to the Motion for Relief from the Stay, filed on October 13, 2026 (Doc. No. 94). The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 27, 2026.

It is hereby respectfully requested that the Order attached to the Motion (another copy of which is attached to this Certification) be entered by the Court.

Dated: October 28, 2026

Respectfully submitted,

_/s/ Kristen Wetzel Ladd_
Kristen Wetzel Ladd, Esquire
ID# 208755
Unruh, Turner, Burke & Frees, P.C.
P.O. Box 515
17 West Gay Street
West Chester, PA 19381
Attorney For
Wells Fargo Vendor Financial Services, LLC

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| UBS ASSOCIATES, LLC, | : | Case No. 26-10564-pmm |
| Debtor, | : | Judge: The Patricia M. Mayer |
| | : | |
| WELLS FARGO VENDOR FINANCIAL SERVICES, LLC, | : | |
| v. | : | **Hearing Date and Time: November 3, 2026 at 10 A.M.** |
| Movant, | | |
| v. | : | |
| UBS ASSOCIATES, LLC and HOLLY SMITH MILLER, TRUSTEE, | : | |
| | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

I, Kristen Wetzel Ladd, hereby certify that on this 28th day of October, 2026, a true and correct copy of Wells Fargo Vendor Financial Services, LLC's Certificate of No Objection to Motion for Relief from Stay was sent via CM/ECF or United States First Class mail, prepaid, to the following:

| | |
|---|---|
| **UBS ASSOCIATES, LLC**<br>3771 State Road<br>Coopersburg, PA 18036 | **MAGGIE S SOBOLESKI**<br>Maggie Soboleski<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>Email: msoboleski@kmllawgroup.com |

| | |
|---|---|
| **HOLLY SMITH MILLER, ESQ.**<br>Gellert Seitz Busenkell & Brown LLC<br>901 Market Street<br>Suite 3020<br>Philadelphia, PA 19107<br>215-238-0012 | **RACHEL WOLF**<br>DOJ-Ust<br>One Newark Center<br>Ste 2100<br>Newark, NJ 07102<br>973-645-3014<br>Email: rachel.wolf@usdoj.gov |
| **U.S. Trustee**<br>**United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107<br>(215)597-4411 | |

*/s/ Kristen Wetzel Ladd*
Kristen Wetzel Ladd

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| UBS ASSOCIATES, LLC, | : | Case No. 26-10564-pmm |
| Debtor, | : | Judge: The Patricia M. Mayer |
| | : | |
| WELLS FARGO VENDOR FINANCIAL SERVICES, LLC, | : | |
| v. Movant, | : | **Hearing Date and Time: November 3, 2026 at 10 A.M.** |
| v. | : | |
| UBS ASSOCIATES, LLC | : | |
| and HOLLY SMITH MILLER, TRUSTEE, | : | |
| Respondents. | : | |

**ORDER MODIFYING § 362 AUTOMATIC STAY**

**AND NOW**, this _______ day of _________________________, 2026, upon consideration of the Motion of Wells Fargo Vendor Financial Services, LLC for Relief from the Stay, and after due notice and hearing and for good cause shown, it is hereby:

**ORDERED** that Wells Fargo Vendor Financial Services, LLC (the "Creditor") is hereby granted relief from the automatic stay under 11 U.S.C. §362 for the purpose of enforcing its security interest in and its repossession rights regarding the Polaris and the Leased Equipment (as those terms are defined in the Motion), as to allow Creditor to enforce its rights and remedies, including without limitation, repossession and sale of the Polaris and Leased Equipment; and it is

**FURTHER ORDERED** that this Order shall bind the Debtor and any trustee hereafter appointed, regardless of the dismissal, withdrawal, consolidation, conversion, or re-filing of this case; and it is

**FURTHER ORDERED** that Rule 4001(a)(3) is not applicable and Creditor may immediately enforce and implement the Order granting relief from the automatic stay.

____________________________
Patricia M. Mayer, Bankruptcy Judge